# EXHIBIT A

# TO

# COMPLAINT

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| FEPA | |
| X EEOC | 130-2005-04878 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Ms. Kim Foreman | HOME TELEPHONE (Include Area Code) 334-741-7075 |
|---|---|
| STREET ADDRESS 8355 Lee Rd. 390 Lot 42     CITY, STATE AND ZIP CODE Opelika, AL 36804 | DATE OF BIRTH November 21, 1978 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME Masterbrand Cabinets | NUMBER OF EMPLOYEES, MEMBERS Over 15 | TELEPHONE (Include Area Code) 337-887-5600 |
|---|---|---|
| STREET ADDRESS 300 Webster Rd. | CITY, STATE AND ZIP CODE Auburn, AL 36830 | COUNTY Lee |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

RACE **XXX**    COLOR    SEX    HARASSMENT

RELIGION    NATIONAL ORIGIN    RETALIATION

AGE    DISABILITY

OTHER *(Specify)* Gender **XXX**

DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE *(Month/Day/Year):*

FIRST:

LAST: 4/14/2005

## THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):

## CHARGE OF DISCRIMINATION

SSN: 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       Sex: Female       Race: African-American

**Please see following page for particulars.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

EXP 5-17-200_

[signature: Julie Palme]

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT
[signature: Kim Foreman]

Date 5-26-05    Charging Party (Signature) [signature: Kim Foreman]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 5-26-05

EEOC FORM 5 (Rev. 06/92)

Page 2
EEOC Charge of Kim Foreman
Social Security Number: 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

1. I commenced my employment with Respondent on July 24, 2000 as an expeditor.

2. My job duties consisted of re-ordering rejected materials and shipping finished cabinets to buyers.

3. I arrived for work on April 13, 2005 for my regularly scheduled shift, beginning at 7 a.m.

4. Prior to 9 a.m., I began feeling ill due to my regular monthly menstruation period. I went to the bathroom and discovered that my outer clothes had been visibly stained.

5. I immediately left work and went home to change.

6. Upon my arrival at home, I attempted to call my supervisor, Buddy Smith (male Caucasian), at the assembly line phone number. I tried calling four times while I was at home changing.

7. I returned to work at 3 p.m. I attempted to contact the production manager, Norm (LNU) (Caucasian male), plant manager, Anthony Zellars (male African-American) and Buddy Smith. I was unable to speak with them and I returned to my duties.

8. At 5 p.m., Norm informs me that I am suspended and that I will need to speak with Tom Darknell (Caucasian male), the Human Resources Manager, at 7 a.m. the next day.

9. On April 14, 2005, I met with Darknell at 7 a.m. and he informed me I was terminated for abandoning my job. I explained the situation regarding my menstruation period and Darknell reiterated that I was terminated. I informed Darknell that others had left their post for personal reasons or worse and he responded that he was "talking about [me], not other people."

10. I know DeWayne Nazareth (Caucasian male), walked off his post and announced he had quit, but returned the next day with a doctor's excuse. Darknell only issued Nazareth a write-up, let him retain his job, and transferred him to the Assembly Division.

11. I know Thomas "Mike" Clack (Caucasian male) left his shift, packed up company tools, and walked off his post without informing Smith. Clack was not terminated by Darknell despite Smith's request for termination.

12. I believe that I have been singled out and treated differently, including my termination of employment by Responding Party, because of my race, African-American, and my gender, in violation of Title VII of the Civil Rights Act of 1964.

_____
Kim Foreman

The foregoing instrument was acknowledged before me this the 26 day of MAY, 2005, by Kim Foreman.

_____
Notary Public

My commission expires: 5-17-2009