# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 1, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Kim Foreman v. Masterbrand Cabinets, Inc.
Civil Action No. 3:06-cv-00449-VPM

The above-styled case has been  reassigned to  Judge Myron H. Thompson.

Please note that the case number is now 3:06cv00449(MHT).  This new case number should be used on all future correspondence and pleadings in this action.