UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JUN 16  A 10:37

KIM FOREMAN,                        )
                                    )
        Plaintiff,                   )    CAUSE NO. 3:06-cv-449-VPM
                                    )
v.                                  )
                                    )
MASTERBRAND CABINETS, INC.,         )
                                    )
        Defendant.                   )

## APPEARANCE

The undersigned counsel hereby enter their appearance on behalf of the defendant, MasterBrand Cabinets, Inc.

                         Respectfully submitted,

                         BAKER & DANIELS

                         By: _____
                         Mark J. Romaniuk, (IN Bar #15255-49)
                           (application for admission pending)
                         Christopher C. Murray
                           (application for admission pending)

300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

Attorneys for MasterBrand Cabinets, Inc.

BDDB01 4435520v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15 2006, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

>David R. Arendall
>Allen D. Arnold
>ARENDALL & ASSOCIATES
>2018 Morris Avenue
>Birmingham, Alabama 35203

_____
Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com