UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 3:06-cv-449-VPM |
| ) | |
| v. ) | |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant MasterBrand Cabinets, Inc. ("MasterBrand"), by and through counsel, respectfully moves for an enlargement of time to file its response to Plaintiff Kim Foreman's Complaint by thirty (30) days to, and including, July 13, 2006. On June 13, 2006, counsel for MasterBrand conferred by telephone with David A. Arendall, counsel for Plaintiff, who indicated that he does not oppose this Motion.

WHEREFORE, MasterBrand respectfully requests that this Motion be granted and that the time for it to file its response to Plaintiff's Complaint be enlarged to, and including, July 13, 2006.

Respectfully submitted,
BAKER & DANIELS LLP

By: _____
Mark J. Romaniuk, (IN Bar #15255-49)
  (application for admission pending)
Christopher C. Murray
  (application for admission pending)
Attorneys for MasterBrand Cabinets, Inc.

300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

BDDB01 4435548v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15 2006, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

> David R. Arendall
> Allen D. Arnold
> ARENDALL & ASSOCIATES
> 2018 Morris Avenue
> Birmingham, Alabama 35203

_____
Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

BDDB01 4435548v1