UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME**

The Court, having considered DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the time for filing Defendant's response to Plaintiff's Complaint shall be enlarged by thirty (30) days to, and including, July 13, 2006.

Date: _____     _____
                                        Judge, United States District Court
                                        Middle District of Alabama
                                        Eastern Division

Copies to:

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203

Mark J. Romaniuk
Christopher C. Murray
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782

BDDB01 4435548v1