IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


KIM FOREMAN,                    )
                                )
    Plaintiff,                  )
                                )         CIVIL ACTION NO.
    v.                          )         3:06cv449-MHT
                                )
MASTERBRAND CABINETS, INC.,)
                                )
    Defendant.                  )

                            ORDER

    It is ORDERED that the motion for enlargement of time

(doc. no. 6) is granted.

    DONE, this the 19th day of June, 2006.


                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE