RECEIVED
2006 JUN 26 A 10: 53

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-~~VPM~~ MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1, Mark J. Romaniuk and Christopher C. Murray hereby move for pro hac vice admission with respect to the above-captioned case. In support of this Motion, please find attached Certificates of Good Standing from the United States District Court for the Southern District of Indiana for each movant and checks for the required fees.

Respectfully submitted,

_____
Mark J. Romaniuk, (IN Bar #15255-49)

_____
Christopher C. Murray (IL 6275571)

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

Attorneys for MasterBrand Cabinets, Inc.

BDDB01 4436653v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

>David R. Arendall
>Allen D. Arnold
>ARENDALL & ASSOCIATES
>2018 Morris Avenue
>Birmingham, Alabama 35203

_____
Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

# United States District Court

*For the Southern District of Indiana*

# CERTIFICATE OF GOOD STANDING



I, *Laura A. Briggs*, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

**MARK J. ROMANIUK**

was duly admitted to practice in this Court on the 15th Day of June, 1990 A.D., and is in good standing as a member of the bar of this Court. Furthermore, as of June 14th, 2006, no pending disciplinary action is on record.

Clerk of the United States District Court

By _____ Deputy Clerk





# United States District Court
### For the Southern District of Indiana

# CERTIFICATE OF GOOD STANDING

I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## CHRISTOPHER C. MURRAY

was duly admitted to practice in this Court on the 8th Day of December, 2005 A.D., and is in good standing as a member of the bar of this Court. Furthermore, as of June 14th, 2006, no pending disciplinary action is on record.

_Laura A. Briggs_
Clerk of the United States District Court

By _Sandra Farrell_
Deputy Clerk

