IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN,              )<br>                           )<br>    Plaintiff,             )<br>                           )          CIVIL ACTION NO.<br>    v.                     )          3:06cv449-MHT<br>                           )<br>MASTERBRAND CABINETS, INC.,)<br>                           )<br>    Defendant.             ) | |

### ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 9) is granted.

DONE, this the 29th day of June, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE