UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, | ) |
| | ) |
| Plaintiff, | )   CAUSE NO. 3:06-cv-449-MHT |
| | ) |
| v. | ) |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, MasterBrand Cabinets, Inc., states that it is not a publicly held company. However, MasterBrand Cabinets, Inc. is a wholly owned subsidiary of Fortune Brands Inc., which is a publicly held company. Fortune Brands Inc.'s common stock is listed on the New York Stock Exchange.

.                                             Respectfully submitted,


                                              s/ Christopher C. Murray
                                              Mark J. Romaniuk (admitted pro hac vice)
                                              Christopher C. Murray (admitted pro hac vice)
                                              BAKER & DANIELS, LLP
                                              300 North Meridian Street, Suite 2700
                                              Indianapolis, IN  46204
                                              Telephone:  (317)237-0300
                                              Facsimile: (317)237-1000

                                              Attorneys for MasterBrand Cabinets, Inc.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David R. Arendall
>Allen D. Arnold
>ARENDALL & ASSOCIATES
>2018 Morris Avenue
>Birmingham, Alabama  35203

>s/ Christopher C. Murray_____
>Christopher C. Murray (admitted pro hac vice)
>
>BAKER & DANIELS LLP
>300 North Meridian Street, Suite 2700
>Indianapolis, Indiana 46204-1782
>Telephone: (317) 237-0300
>Facsimile:  (317) 237-1000
>christopher.murray@bakerd.com