UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.   *Appearances:*

Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held on July 28, 2006 and was conducted by:

    a.    Appearing on behalf of Plaintiff:    Allen D. Arnold

    b.    Appearing on behalf of Defendant:    Christopher C. Murray

2.   *Pre-Discovery Disclosures*.  The parties will exchange by August 28, 2006, the information required by Fed.R.Civ.P. 26(a)(1).

3.   *Discovery Plan*.  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

    a.    *Plaintiff's Statement:*    Conduct discovery on all aspects of Plaintiff's claims and Defendant's defenses.

    b.    *Defendant's Statement:*    Conduct discovery on all aspects of Plaintiff's

-2-

claims and Defendant's defenses.

    c.    ***Discovery cut-off:***    Unless modified by the Court for good cause shown, all discovery must be commenced in time to be completed by February 15, 2007.

    4.    ***Discovery Limitations:***

    a.    Unless modified by stipulation of the parties:

*Depositions*:

Maximum of 10 depositions for the plaintiff and 10 depositions for the defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

*Request for Admission:*

Maximum of 25 by each party, with responses due within 30 days after service.

*Interrogatories:*

Maximum of 45 by each party, with responses due within 30 days after service.

*Request for Production*

Maximum of 45 by each party, with responses due within 30 days after service.

*Supplementation:*

Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days before the close of discovery.

    5.    ***Parties and Pleadings:***

    a.    The plaintiff shall have until November 1, 2006, to join any additional parties and amend the pleadings.

    b.    The defendant shall have until November 17, 2006, to join any additional parties

-3-

and amend the pleadings.

6. ***Dispositive Motions:***

All potentially dispositive motions must be filed by March 23, 2007.

7. ***Expert Testimony:***

Unless modified by stipulation of the parties, the disclosure of expert witnesses -- including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert are due:

a. From the plaintiff:   January 12, 2007

b. From the defendant:   February 12, 2007

8. ***Pre-trial conference:***

This case will be ready for pretrial conference in June of 2007.

9. ***Trial:***

This case will be ready for trial by July 2007.

Trial is expected to last 2-3 day(s).

10. ***Final lists:***

Final lists of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

a. By the plaintiff:   40 days prior to trial

b. By the defendant:   40 days prior to trial

Objections are to be filed within 14 days after receipt of final lists.

-4-

11. ***Scheduling Conference:***

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Date submitted:		July 28, 2006

ATTORNEY FOR PLAINTIFF:			ATTORNEY FOR DEFENDANT:


s/Allen D. Arnold				s/Christopher C. Murray
Allen D. Arnold, Esq.				Mark J. Romaniuk
Attorney for the Plaintiff			Christopher C. Murray
ARENDALL & ASSOCIATES			BAKER & DANIELS LLP
2018 Morris Avenue, Third Floor		300 North Meridian Street, Suite 2700
Birmingham, Alabama  35203			Indianapolis, Indiana 46204-1782
Telephone: (205)252-1550			Telephone: (317) 237-0300
Facsimile: (205)252-1556			Facsimile:  (317) 237-1000