IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN,                )  |   |
|                             )  |   |
|     Plaintiff,              )  |   |
|                             )  | CIVIL ACTION NO. |
|     v.                      )  | 3:06cv449-MHT |
|                             )  |   |
| MASTERBRAND CABINETS, INC., )  |   |
|                             )  |   |
|     Defendant.              )  |   |

**ORDER**

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order is amended to reflect that the pretrial will be on August 8, 2007, with all deadlines tied to the pretrial date adjusted accordingly.

DONE, this the 21st day of February, 2007.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**