UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, | ) |
| | ) |
| Plaintiff, | )   CAUSE NO. 3:06-cv-449-MHT |
| | ) |
| v. | ) |
| | ) |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO AMEND**
**THE UNIFORM SCHEDULING ORDER**

Defendant MasterBrand Cabinets, Inc. ("MBCI"), by and through counsel, respectfully moves to amend the Uniform Scheduling Order to reflect that the trial date and the date of the pretrial hearing in this case are postponed for one-hundred-twenty (120) days, with all deadlines tied to the pretrial date adjusted accordingly, to allow the parties additional time to complete discovery. In support of this motion, MBCI states as follows:

1. Pursuant to this Court's Uniform Scheduling Order dated August 2, 2007, this case is set for trial on September 5, 2007.

2. Pursuant to this Court's Order dated February 21, 2007, the Uniform Scheduling Order was amended to reflect that a pretrial hearing will be on August 8, 2007. Under the Uniform Scheduling Order, multiple other deadlines are tied to the Pretrial date, including the due date for dispositive motions (May 10, 2007), the close of discovery (May 15, 2007), the deadline for the parties to conduct a face-to-face settlement conference (May 31, 2007), and the deadline for the parties to exchange information regarding witnesses and exhibits (July 27, 2007).

3. The parties have exchanged and answered initial written discovery.

BDDB01 4758986v1

4. Plaintiff Kim Foreman ("Plaintiff") served her First Request for Admissions, Interrogatories, and Requests for Production of Documents on September 20, 2006. MBCI served its Responses to Plaintiff's Requests for Admission on December 4, 2006, and its Answers and Responses to Plaintiff's Interrogatories and Requests for Production on January 19, 2007.

5. MBCI served its First Request for Production of Document and First Set of Interrogatories on Plaintiff on March 2, 2007. Plaintiff served her Responses and unsigned Answers to these on April 10, 2007, and served her signed Answers to MBCI's Interrogatories on May 4, 2007.

6. No depositions have yet been taken in this matter by either party.

7. MBCI respectfully requests that the trial date and the date of the pretrial hearing be rescheduled to a date one-hundred-and-twenty (120) days later to allow the parties additional time to complete discovery, including the deposing of witnesses. MBCI has not previously requested a rescheduling of the trial date or the date of the pretrial hearing.

8. Mark J. Romaniuk is MBCI's lead counsel in this matter. This motion is requested on the basis of MBCI's lead counsel's engagement in other litigation and in spite of the exercise of due diligence. Specifically, MBCI's lead counsel has been responsible for preparing a number of cases for trials scheduled during the months immediately preceding the summary judgment due date, pretrial date, and trial date presently set in this case. In *Leister v. MasterBrand Cabinets, Inc.*, No. 3:04-cv-186 (S.D. Ind.), trial was set April 9, 2007. In *Harrison v. MasterBrand Cabinets, Inc.*, CV-05-785 (Cir. Ct. Lee County, Alabama), trial was set for April 16, 2007. In both of these cases, MBCI's lead counsel was required to engage in extensive final trial preparations during the early Spring, including conducting numerous witness depositions. Both of these matters were rescheduled after final trial preparations were

commenced upon the courts' own motions. *Harrison* is now reset for trial on June 11 in Alabama, and *Leister* is now reset for trial on August 13, 2007 in Indiana. In addition, MBCI's lead counsel is scheduled for trial in *Meta Langley v. NHB Industries, Inc.*, No. CV-04-BE-2648-E (N.D. Ala.) on May 14, 2007, in *NHB Industries, Inc. v. Rodriguez*, CV-2004-000199 (Cir. Ct. Talladega County, Alabama) on May 15, 2007, and *Ming v. MasterBrand Cabinets, Inc.*, No. 05CV0324 (Cir. Ct. Josephine County, Oregon) on June 12, 2007. MBCI's lead counsel has been required to devote substantial time and attention to trial preparation for these matters.

9. In order to complete the discovery required for the present case, MBCI's lead counsel anticipates that it will be necessary for the Parties to conduct depositions. In addition, a number of out-of-state witnesses may be involved in further discovery.

10. MBCI does not make this motion for the purposes of delay but to allow sufficient time to complete discovery in preparation for dispositive motions, the required settlement conference, and trial.

11. MBCI's counsel, Christopher C. Murray, attempted to discuss this Motion with Plaintiff's counsel by telephone prior to filing, leaving messages for Allen Arnold, counsel for Plaintiff, on May 8, 2007 and May 9, 2007. MBCI's counsel has not yet received a return telephone call from Plaintiff's counsel prior to filing this motion.

WHEREFORE, MasterBrand respectfully requests that this Motion be granted and that the Uniform Scheduling Order be amended to reflect that the trial date, the pretrial date, and the deadlines tied to the pretrial date, are rescheduled for dates one-hundred-twenty (120) days later.

                    Respectfully submitted,
                    BAKER & DANIELS LLP

                    By:     s/ Christopher C. Murray
                           Mark J. Romaniuk, (IN Bar #15255-49)
                           Christopher C. Murray (IN Bar #26221-49)
                               (both admitted *pro hac vice*)

300 North Meridian Street, Suite 2700      Attorneys for MasterBrand Cabinets, Inc.
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 10, 2007, the foregoing was filed electronically.  Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

                    David R. Arendall
                    Allen D. Arnold
                    ARENDALL & ASSOCIATES
                    2018 Morris Avenue
                    Birmingham, Alabama  35203

                                   s/ Christopher C. Murray
                                      Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com