UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-VPM |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO AMEND
THE UNIFORM SCHEDULING ORDER**

The Court, having considered DEFENDANT'S MOTION TO AMEND THE UNIFORM SCHEDULING ORDER, finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Uniform Scheduling Order is amended to reflect that this cause will be set for trial on _____ and the pretrial hearing in this case will be on _____, with all deadlines tied to the pretrial date adjusted accordingly.

DONE, this _____ day of May, 2007.


Date: _____        _____
                                              United States District Judge
                                              Middle District of Alabama
                                              Eastern Division


Copies to:

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203

Mark J. Romaniuk
Christopher C. Murray

BDDB01 4759097v1

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782