IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                    CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.

DEFENDANT.

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

**COMES NOW** Plaintiff, Kim Foreman, by and through her attorneys of record and opposes in part Defendant's Motion to Amend Scheduling Order and shows in support thereof as follows:

1.  This Court issued its Uniform Scheduling Order on August 2, 2007. In that Order the discovery cutoff of May 15, 2007 was set. This allowed the parties some eight and one-half months to conduct discovery.

2.  Plaintiff opposes any extension of the discovery cutoff, but does not oppose accommodating opposing counsel's trial schedule to the extent agreeable with this Court.

3.  Defendant is correct that neither party has taken depositions. Plaintiff

1

has been disadvantaged in that regard, as well as has Defendant. Further, Plaintiff has been disadvantaged with Defendant's substantial deficiencies in response to written discovery. Regardless, Plaintiff opposes an extension of the discovery cutoff.

4. Both parties have known of the discovery cutoff for some eight and one-half months. Defendant has failed to articulate any reason why discovery should be extended because of trials that took place within the last month or two as to why necessary discovery was not completed prior to those trials. While Defendant needs to fully comply with Rule 26 in regards to Initial Disclosures and other evidence relied upon by it in defense of this case, Plaintiff is otherwise prepared to go to trial.

5. Defendant has waited until three work days before the close of discovery to file this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff opposes Defendant's extension of the discovery cutoff, but otherwise is amenable to any changes in the Uniform Scheduling Order this Court elects to provide to accommodate opposing counsel.

/s/ David R. Arendall

David R. Arendall
Counsel for Plaintiff

2

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
205.252.1550 – Office; 205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Mark J. Romaniuk, Esq.
    Christopher C. Murray, Esq.

                                           /s/ David R. Arendall

                                           Of Counsel