IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIM FOREMAN,                   )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )       3:06cv449-MHT
                               )
MASTERBRAND CABINETS, INC.,    )
                               )
    Defendant.                 )
```

ORDER

It is ORDERED that the motion to amend scheduling order (Doc. No. 18) is denied. The trial and pretrial dates and the deadlines set forth in the uniform scheduling order (Doc. No. 15) were not only accepted by the parties, they were more generous than those suggested by the parties in their Rule 26(f) report (Doc. No. 14).

DONE, this the 15th day of May, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE