IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**KIM FOREMAN,**

**PLAINTIFF,**               **CIVIL ACTION NO. 3:06cv00449 (MHT)**

**V.**

**MASTERBRAND CABINETS, INC.,**

**DEFENDANT.**

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW** Plaintiff, Kim Foreman, by and through her attorneys of record and submits this notice pursuant to the Court's Scheduling Order of August 2, 2006:

1. Defendant's counsel, Mark Romaniuk, and the undersigned met and conducted a "face-to-face" settlement conference on May 24, 2007 at the undersigned's office in Birmingham, Alabama.

2. Prior to the conference, Plaintiff submitted a settlement offer. Defendant made no response to Plaintiff's offer. A settlement between the parties was not reached during the conference.

3. The undersigned inquired about the possibility of mediation and Defendant's counsel indicated mediation is a possible option.

1

        Respectfully submitted,

        /s/ Allen D. Arnold
        _____
        Allen D. Arnold
        Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office;
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

  Mark J. Romaniuk, Esq.
  Christopher C. Murray, Esq.

        /s/ Allen D. Arnold
        _____
        Of Counsel