UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,                    )

                                 )

          Plaintiff,          )      CAUSE NO. 3:06-cv-449-MHT

                                 )

         v.                 )

                                 )

MASTERBRAND CABINETS, INC.,    )

                                 )

         Defendant.      )

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
THE PRETRIAL HEARING**

Defendant MasterBrand Cabinets, Inc. ("MBCI"), by and through counsel, respectfully moves to continue the Pretrial Hearing set in this case for August 14, 2007.  In support of this motion, MBCI states as follows:

1.       Pursuant to this Court's Uniform Scheduling Order dated August 2, 2007, this case is set for trial on September 5, 2007.  The Uniform Scheduling Order initially set the Pretrial Hearing for August 3, 2007.

2.       On the Court's own motion, due to a scheduling conflict, the Uniform Scheduling Order was amended by order dated February 21, 2007, to reflect that the Pretrial Hearing would be on August 8, 2007.

3.       On the Court's own motion, due to a scheduling conflict, the Uniform Scheduling Order was amended by order dated June 8, 2007, to reflect that the Pretrial Hearing would be on August 14, 2007.

4.       According to the Court's Order Setting Pretrial Hearing, "all lead attorneys must appear" and be prepared to state the facts of the case in the most minute detail, be

authorized to admit all facts that are true, and be prepared to argue any outstanding motions. (Order dated June 22, 2007, at 1.)

5.    MBCI's lead counsel, Mark Romaniuk, did not have a conflict with respect to either August 3 or August 8 dates set for the Pretrial Hearing in this matter.  However, MBCI's lead trial counsel is scheduled to be in trial in the United States District Court for the Southern District of Indiana on August 14, 2007 in *Leister v. MasterBrand Cabinets, Inc.*, No. 3:04-cv-186 (S.D. Ind.).  The trial in *Leister* is set to commence on August 13, 2007, and is expect to last three to four days, thus creating a conflict with the Pretrial Hearing in this case set for August 14, 2007.

6.    The trial in *Leister* had been granted a first-choice setting for April 9, 2007, and the parties were prepared for trial at that time, having completed jury instructions and other trial preparations.  However, immediately preceding the trial date, the *Leister* court was informed that the first-choice trial from the preceding week would require more time, and so the court continued the *Leister* trial from April 9 to August 13, 2007.  The trial date in *Leister* of August 13, 2007 is therefore a date certain, barring extraordinary, unforeseen circumstances.

7.    MBCI respectfully requests that the Pretrial Hearing in this case be continued from August 14, 2007, to allow its lead trial counsel to attend.  MBCI respectfully proposes that the Pretrial Hearing be continued to a date convenient for the Court following the completion of the trial in *Leister*, which is anticipated to run from August 13 through August 15 or 16, 2007.

8.    The undersigned counsel for MBCI has consulted with Allen Arnold, counsel for Plaintiff, and is authorized to state that Plaintiff does not oppose Plaintiff's motion to continue the Pretrial Hearing.

WHEREFORE, MasterBrand respectfully requests that this Motion be granted and that the Pretrial Hearing set for August 14, 2007, be continued.

Respectfully submitted,
BAKER & DANIELS LLP

By: _____s/ Christopher C. Murray_____
    Mark J. Romaniuk, (IN Bar #15255-49)
    Christopher C. Murray (IN Bar #26221-49)
    (both admitted *pro hac vice*)

300 North Meridian Street, Suite 2700       Attorneys for MasterBrand Cabinets, Inc.
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203

<u>     s/ Christopher C. Murray          </u>
Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

BDDB01 4805220v1