UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE THE PRETRIAL HEARING**

The Court, having considered DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE PRETRIAL HEARING, finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Pretrial Hearing set for August 14, 2007, in this case is continued until _____.

DONE, this _____ day of July, 2007.

Date: _____          _____
                                        United States District Judge
                                        Middle District of Alabama
                                        Eastern Division

Copies to:

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203

Mark J. Romaniuk
Christopher C. Murray
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782

BDDB01 4810024v1