```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

| | |
|---|---|
| KIM FOREMAN,              ) | |
|     Plaintiff,        ) | |
|                            ) | CIVIL ACTION NO. |
|    v.                     ) | 3:06cv449-MHT |
| MASTERBRAND CABINETS, INC.,) | |
|     Defendant.         ) | |

ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 24) is granted.

(2) The pretrial hearing is reset for August 21, 2007, at 9:00 a.m.

DONE, this the 10th day of July, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE