**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendant MasterBrand Cabinets, Inc., ("MBCI"),

submits its pretrial disclosures.

**A.  Rule 26(a)(3)(A):  Witnesses**

MBCI expects to call the following witnesses at trial:

1.  Buddy Smith, 300 Webster Road, Auburn, Alabama 36832 (334-887-5600)

2.  Dot Humphries, 300 Webster Road, Auburn, Alabama 36832 (334-887-5600)

3.  Anthony Zellars, One Millrace Drive, Lynchburg, Virginia 24502 (434-385-8200)

4.  Eugene Murray, 651 Collier-Loftin Road, Kinston, North Carolina (252-523-4131)

5.  Michael Winder, One MasterBrand Cabinets, Drive, Jasper, Indiana 47546 (812-482-2527)

6.  Perry Ezell, 300 Webster Road, Auburn, Alabama 36832 (334-887-5600)

7.  Norm Krogh, Jr., One Millrace Drive, Lynchburg, Virginia 24502 (434-385-8200)

8.  Any witness identified by Plaintiff in Plaintiff's Pretrial Disclosures or Final Pretrial Order.

9.  Any witness called by Plaintiff at trial.

10. Any witness necessary for the purposes of impeachment or rebuttal.

MBCI may call the following witnesses at trial if the need arises:

1. Tom Barthel, 440 Blake Street, Auburn, Alabama 36830 (334-361-7202)

2. DuWayne Nazworth, 251 Bay Ridge Drive, Jackson Gap, Alabama 36861 (256-825-0297)

3. Thomas Clack, 987 Flournoy Road, Dadeville, Alabama 36853

4. Lorenzo Betties, 8355 Lee Rd 390 Lot 42, Opelika, Alabama 36804

5. Ronald A. Flowers, One MasterBrand Cabinets Drive, Jasper, Indiana  47546 (812-482-2527)

6. Jim C. Rosalez, One MasterBrand Cabinets Drive, Jasper, Indiana  47546 (812-482-2527)

**B.    Rule 26(a)(3)(B):  Depositions**

MBCI does not expect to present deposition testimony at trial.

**C.    Rule 26(a)(3)(C):  Exhibits**

At this time, MBCI expects to introduce the following exhibits at trial:

A. iSeries Timekeeper: Schrock – Auburn (Plaintiff's time punches for April 12, 2005), MBCI-0046

B. iSeries Timekeeper: Schrock – Auburn (Lorenzo Betties' time punches for April 12, 2005), MBCI-0047

C. Memorandum to Plaintiff's personnel file authored by Tom Barthel dated April 13, 2005 regarding Plaintiff's conduct, MBCI-0055

D. Letter authored by Tom Barthel dated April 26, 2005 regarding Plaintiff's eligibility for unemployment compensation benefits, MBCI-0053 – MBCI-0054

E. Investigation Call Report completed by Jim Rosalez dated May 18, 2005, MBCI-0140

F. MasterBrand Cabinets Auburn Hourly Associate Handbook Effective January 2003, MBCI-0456 – MBCI-0513

G. MasterBrand Cabinets Standards of Business Conduct, May 2004, MBCI-0514 – MBCI-0553

H. Notice of Charge of Discrimination filed by Plaintiff on June 8, 2005 (EEOC Charge No. 130-2005-04878)

BDDB01 4816245v1

I.  Written statement of Anthony Zellars dated June 30, 2005, MBCI-0554

J.  Written statement of Dot Humphries dated June 28, 2005, MBCI-0555

K.  Written statement of Norm Krogh dated June 30, 2005, MBCI-0556

L.  Written statement of Michael Winder dated June 30, 2005, MBCI-0557

M.  Plaintiff's 2005 state and federal tax returns

N.  Plaintiff's 2006 state and federal tax returns

O.  Plaintiff's 2002, 2003, 2004 and 2005 Form W-2 from MasterBrand Cabinets, Inc.

P.  Plaintiff's 2005 Form W-2 from Capitol Vial of Alabama

Q.  Plaintiff's 2005 Form W-2 from Burt Employment Services & Training, Inc.

R.  Any additional Form W-2's for Plaintiff evidencing income earned between 2005 and the present.

S.  Plaintiff's pay stub from SCA, Inc. for pay period 3/15/07 to 3/28/07

T.  Any additional documentation from Plaintiff evidencing income earned between 2005 and the present.

U.  Plaintiff's Answers to First Set of Interrogatories And Responses To Requests For Production of Documents From Defendant to Plaintiff in this action

V.  Any exhibit identified by Plaintiff in Plaintiff's Final Pretrial Order.

W.  Any exhibit used by Plaintiff at trial.

X.  Any exhibit necessary for the purposes of impeachment or rebuttal.

MBCI may introduce the following exhibits at trial if the need arises:

A.  New Hire Orientation With Team Leader, MBCI-0028

B.  Application for Employment, MBCI-0030 – MBCI-0033

C.  Employee Acknowledgement and Receipt, MBCI-0039

D.  Employee Acknowledgement and Receipt, MBCI-0040

E.  Associate Receipt, MBCI-0042

F.  Employee Certification, MBCI-0043

G.  iSeries Timekeeper: Schrock – Auburn (Thomas Clack's time punches for May 16, 2005), MBCI-0048

H.  E-mail communication between Paula DeCheck and Jim Rosalez, MBCI-0049

I.  Hourly Status Form for DuWayne Nazworth dated September 29, 2004, MBCI-0146

J.  Employee Written Warning Notice for Thomas Clack dated May 15, 2005, MBCI-0222

Respectfully submitted,

_____s/Christopher C. Murray_____
Mark J. Romaniuk (admitted pro hac vice)
Christopher C. Murray (admitted pro hac vice)
BAKER & DANIELS, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile: (317) 237-1000

Attorneys for MasterBrand Cabinets, Inc.

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203


s/Christopher C. Murray

BDDB01 4816245v1