IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                    CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.

DEFENDANT.

## PLAINTIFF'S WITNESS LIST

Plaintiffs submits the following as her list of witnesses as required by this Court's Order of August 2, 2006:

1. Kim Foreman, Plaintiff
   c/o David R. Arendall and Allen D. Arnold
   Attorneys for Plaintiff

2. Norm Krogh
   c/o Defendant

3. Tom Barthel
   c/o Defendant

4. DeWayne Nazareth
   Address unknown

5. Thomas "Mike" Clack
   987 Flournoy Rd.
   Dadeville, AL 36853-3230
   256-825-2115

6. Anthony Zellars
   c/o Defendant

1

7. Buddy Smith
c/o Defendant

8. Lorenzo Betties
c/o David R. Arendall and Allen D. Arnold
Attorneys for Plaintiff

9. Dot Humphries
c/o Defendant

10. Any witness necessary for impeachment purposes

11. Any witness on Defendant's witness list

Respectfully submitted,

/s/ Allen D. Arnold
_____
Allen D. Arnold
Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mark J. Romaniuk, Esq.
Christopher C. Murray, Esq.

/s/ Allen D. Arnold
_____
Of Counsel

2