IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                            CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.

DEFENDANT.

## PLAINTIFF'S EXHIBIT LIST

Plaintiff submits the following as her list of exhibits as required by this Court's Order of August 2, 2006:

1. Defendant's Answers to Plaintiff's First Set of Interrogatories

2. Defendant's Responses to Plaintiff's Requests for Production.

3. Defendant's Responses to Plaintiff's Requests for Admission

4. Defendant's Answer to Plaintiff's Complaint

5. Freedom of Information Documents for E.E.O.C. Charge # 130-2005-04878

6. Personnel File of Plaintiff (Bates Label MBCI 0001-0140)

7. Personnel File of Duwayne Nazworth (Bates Label MBCI 0141-0176)

8. Personnel File of Thomas Clack (Bates Label MBCI 0177-0233)

9. Personnel File of Tom Barthel (Bates Label MBCI 0234-0281)

1

10. Personnel File of Buddy Smith, Jr. (Bates Label MBCI 0282-0325)

11. Personnel File of Anthony Zellars (Bates Label MBCI 0326-0349)

12. Personnel File of Norm Krogh (Bates Label MBCI 0350-0455)

13. Defendant's Auburn Hourly Associates Handbook (Bates Label MBCI 0456-0513)

14. Defendant's "Standards of Business Conduct" Pamphlet. (Bates Label MBCI 0514)

15. Plaintiff's 2005 and 2006 IRS 1040 Forms

16. Plaintiff's Earnings Records from Subsequent Employment

17. Defendant's Payroll Records and Check Stubs for Plaintiff

18. Any charts, diagrams, graphs, and tables prepared for use as illustrative or demonstrative exhibits

19. Any document produced by Defendant during the course of discovery

20. Any document necessary for impeachment

21. Any Exhibit on Defendant's Exhibit List

Respectfully submitted,

/s/ Allen D. Arnold
_____
Allen D. Arnold
Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office;
205.252.1556 - Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Mark J. Romaniuk, Esq.
    Christopher C. Murray, Esq.

                                           /s/ Allen D. Arnold
                                           _____
                                           Of Counsel