UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 3:06-cv-449-MHT |
| ) | |
| v. ) | |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR SPECIAL TRIAL SETTING

Plaintiff, Kim Foreman ("Foreman") and Defendant, MasterBrand Cabinets, Inc. ("MBCI"), by and through their respective counsel, jointly and respectfully move the Court for an Order setting a special first choice trial setting in this case.

Pursuant to this Court's Uniform Scheduling Order dated August 2, 2007, this case is set for trial during the Opelika trial term commencing September 5, 2007. It is the parties' understanding that the trial in this case could begin at any time during the two-week trial term beginning September 5, depending on factors such as the number of cases to go to trial during the term, the order assigned to each case, and the duration of each trial. Currently, it is counsel's understanding that there are seven cases set for trial during this term and due to the Labor Day holiday there are only eight available trial days during the two-week term.

The parties suggest to the Court that establishing a first choice special trial setting in this matter would be most efficient and effective in terms of securing witness testimony. In this regard, both parties may seek to present testimony from a number of out-of-state witnesses during the trial. The witness lists of both parties identify several witnesses who are no longer employed by MBCI and who no longer reside in Alabama. Specifically, Anthony Zellars and

Norm Krogh are believed to reside in Virginia and Tom Barthel is believed to reside in Georgia. All three of these witnesses are identified on both Forman's and MBCI's witness lists.

WHEREFORE, Plaintiff, Kim Foreman and Defendant, MasterBrand Cabinets, Inc., respectfully request that this Motion be granted and that this case be set for trial in Opelika on a date certain at the convenience of the Court.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| s/ David R. Arendall | s/Christopher C. Murray |
| David R. Arendall | Mark J. Romaniuk  (IN Bar #15255-49) |
| Allen D. Arnold           . | Christopher C. Murray(IN Bar #26221-49) |
| ARENDALL & ASSOCIATES | (both admitted *pro hac vice*) |
| 2018 Morris Avenue, Third Floor | BAKER & DANIELS LLP |
| Birmingham, Alabama  35203 | 300 North Meridian Street, Suite 2700 |
| Telephone: (205)252-1550 | Indianapolis, Indiana 46204-1782 |
| Facsimile: (205)252-1556 | Telephone: (317) 237-0300 |
| dra@arendalllaw.com | Facsimile:  (317) 237-1000 |
| ada@arendalllaw.com | mark.romaniuk@bakerd.com |
|  | christopher.murray@bakerd.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

                David R. Arendall
                Allen D. Arnold
                ARENDALL & ASSOCIATES
                2018 Morris Avenue
                Birmingham, Alabama  35203

                                          <u>s/Christopher C. Murray</u>
                                          Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com