UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 3:06-cv-449-MHT |
| ) | |
| v. ) | |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER ON THE PARTIES'**
**JOINT MOTION FOR A SPECIAL TRIAL SETTING**

The Court, having considered the Parties' JOINT MOTION FOR A SPECIAL TRIAL SETTING, finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that this case be given a first choice special trial setting in Opelika, Alabama for _____, commencing at _____.

DONE, this _____ day of August, 2007.

Date: _____          _____
                                        United States District Judge
                                        Middle District of Alabama
                                        Eastern Division

Copies to:

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203

Mark J. Romaniuk
Christopher C. Murray
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782

BDDB01 4842422v1