IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**KIM FOREMAN,**

**PLAINTIFF,**                    CIVIL ACTION NO. 3:06cv00449 (MHT)

**V.**

**MASTERBRAND CABINETS, INC.,**

**DEFENDANT.**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through his attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: This party is an individual.

Dated: August 7, 2007

/s/ David R. Arendall
_____
David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile

1

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on August 7, 2007, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy to the attorney for the Defendant, Mark J. Romaniuk, and Christopher C. Murray.

      /s/ David R. Arendall
      _____
      Of Counsel