IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MASTERBRAND CABINETS, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>3:06cv449-MHT |

ORDER

It is ORDERED that the joint motion for special trial setting (Doc. No. 29) is denied.

DONE, this the 7th day of August, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE