IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**KIM FOREMAN,**

**PLAINTIFF,**   CIVIL ACTION NO. 3:06cv00449 (MHT)

**V.**

**MASTERBRAND CABINETS, INC.,**

**DEFENDANT.**

### NOTICE OF APPEARNCE

COMES NOW the Stephanie S. Woodard, and enters her Notice of

Appearance as an additional counsel for the Plaintiff in the above matter.

Respectfully submitted,

/s/ Stephanie S. Woodard

_____
Stephanie S. Woodard
woodardjd@bellsouth.net

OF COUNSEL:
Stephanie S. Woodard
c/o Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, AL  35203
205.252.1550 – Office; 205.252.1556 – Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon: Mark J. Romaniuk, Esq. and Christopher C. Murray, Esq.

/s/ Allen D. Arnold

_____

Of Counsel