**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

**KIM FOREMAN,**

**PLAINTIFF,**             **CIVIL ACTION NO. 3:06cv00449 (MHT)**

**V.**

**MASTERBRAND CABINETS, INC.,**

**DEFENDANT.**

## PLAINTIFF'S REQUESTED VOIR DIRE

COMES NOW the Plaintiff and proposes the following voir dire to be given by the Court. Plaintiff understands she will be allowed to ask additional questions.

1. How many of you have heard of Master Brand Cabinets?

2. How many of you know anyone who worked for or has used any product of Master Brand?

3. Would the fact that you have used their product influence your verdict, pro or con, in this case?

4. Please provide details in what management jobs you have had.

5. Have you ever been involved with disciplining employees, including either firing or recommending their termination of employment? Please provide details.

6. Have you or anyone in your immediate family ever worked in a Human Resources capacity for an employer? If so, have you been involved with consistent application of discipline for employees?

7. Have you been involved with drafting of employment policies? Have you been involved with decisions regarding discipline up to and including termination of employment?

8.   Have any of you ever been involved with either filing a charge of discrimination or retaliation with the Equal Employment Opportunity Commission or acting on behalf of your employer in dealing with a charge of discrimination or retaliation filed by a co-worker?  Provide details.

9.   Have any of you filed an internal grievance with a company that you worked for or handled grievances as part of your job duties for your employer regarding anything dealing with discrimination or unfair work practices?  Please provide details

10.   Have you or any immediate member of your family ever owned a business?  If so, please provide details.

11.   Have you or any member of your family ever been involved in the insurance business?  If so, please provide details.

12.   Have any of you ever heard of, used the services, or know any lawyers in the law firm of Baker and Daniels of Indianapolis, Indiana?  If so, please give details.

13.   You have met the Plaintiff, Kim Foreman, whom I am sure you have noticed is African American.  The witnesses for the company are white.  Would those facts make you be inclined to rule one way or the other in this case as a result of the race of the parties?

14.   Have any of you ever been accused of discrimination in regards to your work?  If so, please provide details.

15.   Do each of you understand that the Plaintiff's burden of proof in this case is a preponderance of the evidence?  This means that if you believe that it is more likely true than not, that Plaintiff was the victim of discrimination, you should rule for the Plaintiff.

16.   Have any of you ever had to leave work due to an emergency?  If so, please provide details.

17. Have any of you or anyone in your family ever received discipline up to and including termination of employment because of an emergency departure from work?

Respectfully submitted,

/s/ David R. Arendall

_____
David R. Arendall

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 - Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on August 22, 2007:

Mark J. Romaniuk
Kelley Bertoux Creveling

/s/ David R. Arendall

_____
Of Counsel