UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED VERDICT FORM

Defendant, MasterBrand Cabinets, Inc. ("MasterBrand"), by counsel, respectfully submits the following proposed verdict form. MasterBrand requests that it be permitted to supplement or modify this Proposed Verdict Form as may be necessary or appropriate after submission of all evidence or during conference with the Court.

            Respectfully submitted,

            s/ Christopher C. Murray
            Mark J. Romaniuk (admitted pro hac vice)
            Christopher C. Murray (admitted pro hac vice)
            BAKER & DANIELS, LLP
            300 North Meridian Street, Suite 2700
            Indianapolis, IN  46204
            Telephone:  (317)237-0300
            Facsimile: (317)237-1000

            Attorneys for Defendant,
            MasterBrand Cabinets, Inc.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED VERDICT FORM**

Ladies and Gentlemen of the Jury:

  1. Do you find by the preponderance of the evidence that Ms. Foreman's sex was a substantial or motivating factor in MasterBrand's decision to terminate her employment?

  _____ Yes  _____ No

  2. Do you find by a preponderance of the evidence that Ms. Foreman's race was a substantial or motivating factor in MasterBrand's decision to terminate her employment?

  _____ Yes  _____ No

  **IF YOUR ANSWER IS "NO" TO QUESTIONS NO. 1 AND NO. 2, STOP HERE. SIGN/DATE THIS FORM BELOW AND GIVE IT TO THE BAILIFF. IF YOUR ANSWER TO ONE OR BOTH QUESTIONS IS "YES", PROCEED TO QUESTION 3.**

   3. Do you find by a preponderance of the evidence that MasterBrand would have terminated Ms. Foreman's employment for other reasons even in the absence of consideration of the her race or sex?

   _____ Yes   _____ No

**IF YOU ANSWERED "NO" TO QUESTION 3, ANSWER QUESTIONS 4 AND 5. IF YOU ANSWERED "YES" TO QUESTION 3, STOP HERE.  SIGN/DATE THIS FORM BELOW AND GIVE IT TO THE BAILIFF.**

   4. Do you find by a preponderance of the evidence that Ms. Foreman should be awarded damages to compensate her for lost wages and benefits?

   _____ Yes   _____ No

   If your answer is "Yes", in what amount?  $ _____

   5. Do you find by a preponderance of the evidence that Ms. Foreman should be awarded damages to compensate for mental/emotional pain and suffering?

   _____ Yes   _____ No

   If your answer is "Yes", in what amount?  $ _____

   6(a). Do you find by a preponderance of the evidence that a management representative of MasterBrand acted with malice or reckless indifference to Ms. Foreman's federally protected rights?

_____ Yes        _____ No

      6(b).   If your answer to 6(a) is "Yes", do you further find by a preponderance of the evidence that MasterBrand itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

_____ Yes        _____ No

      6(c)   If your answers are "Yes" to both 6(a) and 6(b), what amount of punitive damages, if any, should be assessed against MasterBrand?

$ _____.

SO SAY WE ALL.

                                                      _____

Dated: _____                                 Foreperson

## **CERTIFICATE OF SERVICE**

I certify that on August 22, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David R. Arendall
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue, Suite 300
Birmingham, Alabama 35203

                                                s/Christopher C. Murray