IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIM FOREMAN,                  )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )    3:06cv449-MHT
                              )
MASTERBRAND CABINETS, INC.,   )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that plaintiff's objections (Doc. No. 35) are set for submission, without oral argument, on August 30, 2007, with all briefs due by said date.

DONE, this the 23rd day of August, 2007.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE