IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv449-MHT |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
|     Defendant. ) | |

### ORDER

It is ORDERED that the motion in limine (Doc. No. 46) is set for submission, without oral argument, on August 30, 2007, with all briefs due by said date.

DONE, this the 24th day of August, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE