IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIM FOREMAN,                  )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )     3:06cv449-MHT
                              )
MASTERBRAND CABINETS, INC.,   )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the amended objections (Doc. No. 48) are set for submission, without oral argument, on August 30, 2007, with all briefs due by said date.

DONE, this the 27th day of August, 2007.

/s/  Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**