IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**KIM FOREMAN,**

**PLAINTIFF,**     CIVIL ACTION NO. 3:06cv00449 (MHT)

**V.**

**MASTERBRAND CABINETS, INC.**

**DEFENDANT.**

**PLAINTIFF'S AMENDED MOTION IN LIMINE**

COMES NOW, the Plaintiff by and through undersigned counsel, and amends her motion in limine:

**III.   Previous Misdemeanor Conviction**

Plaintiff anticipates Defendant will argue that the conviction is a crime of dishonesty on the basis of the police incident report. This incident report, which contains inadmissible hearsay, indicated that Plaintiff allegedly gave the police a false name. The State of Alabama did not convict Plaintiff of giving the police a false name. Plaintiff maintains that the previous misdemeanor conviction is not admissible.

Whereas, Premises Considered, Plaintiff requests this Court preclude the Defendant from presenting evidence of Plaintiff's misdemeanor conviction.

            Respectfully submitted,

            /s/ Allen D. Arnold
            _____
            Allen D. Arnold
            Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office;
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Mark J. Romaniuk, Esq.
    Christopher C. Murray, Esq.

            /s/ Allen D. Arnold
            _____
            Of Counsel