IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv449-MHT |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion in limine (Doc. No. 50) is set for submission, without oral argument, on August 31, 2007, with all briefs due by said date.

DONE, this the 30th day of August, 2007.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE