# EXHIBIT A



# MasterBrand
### Cabinets, Inc.

HUMAN RESOURCES DEPARTMENT
RISK AND SAFETY MANAGEMENT

## CONFIDENTIAL

## INVESTIGATION CALL REPORT

| | | |
|---|---|---|
| **Date/Time Call Received:** 16-May-05  11:28 | **Date/Time Call Retrieved:** 16-May-05  0:00 | |
| **Name of Caller:** Foreman, Kim | **Means Reported by:** Hotline Call | |
| **Address of Caller:** | | |
| **Phone Number of Caller:** 334.741.1075 | **Employee Involved:** Kim L. Foreman | |
| **Reporting Facility/ Incident Location:** Auburn, AL | **HR Manager:** Tom Barthel | |
| **Nature of Investigation:** Walked of Job | **Business Unit:** Stock | |

**Brief Narrative of Details:**

Employee claims she was terminated on 04/12/05 for leaving her work location. Said she had a medical issue that caused her to have the "runs" and soiled herself she left the building to go home and change. When she returned she was called into the office by her Supv. And Norm told her she was fired.

**Action Taken / To Be Taken:** Employee Resigned    **Action Date:** 16-May-05

05/16/05 Asked Ms. Foreman if she had notified anyone she was leaving. She said no. Said she was embarrassed because she had soiled her pants and didn't want anyone to know. Said she later returned and it was then she was terminated. When she went to the unemployment office she was denied benefits because the file said she had resigned. She say's she was terminated. Have put a call into Tom but he is out in 1 in 4. Left message for Paula in his office to call me.

05/17/05 Received email from Paula Decheck. Based on information received, Ms. Foreman did walk off the job and Auburn Policy states this is a voluntary resignation.
05/18/05 Paula to communicate that to the ex employee today.
CASE CLOSED

**Final Resolution:** Termination    **Staus:** Closed
**Terminiation Letter Sent:** ☐  Attach Copy    **Date Sent:**
**Mater Investigation File Location::**
**Law Enforcement Action:** ☐    **Referred Legal Councel:** ☐
**Dept:**    **Attorney Name:** 0
**Officer**    **Date**
**Location:**
**Signature of Person Completing Report:** Jim Rosalez    **Date** 18-May-05

MBCI-0140