# EXHIBIT B

Anthony Zellars  
06/30/2005 09:08 AM

To: Eugene Murray/Kinston/MBCI/FortuneBrands@FortuneBrands  
cc:  
Subject: Statement

Eugene, here is a summary of what happened with my conversation.
Kim called and requested to talk to me the day after she was suspended. I told her to come in the next day. She came in and told me that she had to leave the day of the incident because she had "female problems". I asked her why did she not call back once she got home. She told me that she had tried to call the shop floor phone but did not get anyone. I told her that we would perform the investigation and then get back with her.

***********************************************************

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

MBCI-0554

Dottie Humphries  To: Eugene Murray/Kinston/MBCI/FortuneBrands@FortuneBrands
06/28/2005 08:32 AM  cc: Michael Winder/Jasper/MBCI/FortuneBrands@FortuneBrands
Subject: Kim Fuman

On the date of the termination I was in the Human Resource office concerning another issue in my department when Tom ask that I come in his office. Tom was already on the way with the termination of Kim, where she was sitting I had to look around to see her face to know who it was All I could understand was that she had left the plant without letting anyone know.

Sorry I can not help with this issue more in depth.

Thanks


*****************************************************************

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

MBCI-0555

 Norm Krogh     To: Eugene Murray/Kinston/MBCI/FortuneBrands@FortuneBrands
06/30/2005 10:55 AM    cc:
Subject: Statement

On April 12, Lorenzo Betties had informed Buddy Smith, Baseline Leader, that he had to leave work, something about his son was in trouble. He did return back to work later in the day.

Kim Foreman, expeditor for the baseline, reported for work on April 12, and was noticed missing sometime mid-morning that day. Personnel was re-arranged so that expediting could continue. She re-appeared some 6 hours later. When asked who she had informed as to her leaving the plant, she said she had informed no one.

Thomas Clack, support tech. for the baseline was part of the DMR crew. The purpose of the DMR crew is to "clean up" all units left from the days run and to insure all units that are scheduled to load or ship that day are accounted for and scanned out  This work takes place after the core work hours for the line and after the line is released for the day. Once that task is accomplished the crew calls it a day. Mr. Clack had left at /around 7:00PM believeing the task had been accomplished. As a support tech for the line he was supposed to check in with the line leader to make sure there was'nt anything else. He had neglected to that and was removed from the support tech position as a result.

****************************************************************

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

MBCI-0556



Michael Winder
06/30/2005 04:26 PM

To: Eugene Murray/Kinston/MBCI/FortuneBrands@FortuneBrands
cc:
Subject: Your Questions - Our Responses

Eugene,

I was able to talk to Anthony and Norm. Anthony said he just sent the statement and Norm said he would this morning. Hopefully all that has happened.

Here is what I found out from my additional conversation with Buddy Smith:

He was not asked by Kim Foreman, or anyone else, if Kim could leave early. He was not informed by anyone that Kim left a message for him that she had to leave. Buddy did say that in her job as an expediter, she would regularly be walking parts through a variety of processes and because of that may be gone from the base line for 10 to 20 minutes at a time. As such, she was not immediately missed. Buddy also offered that Kim and Lorenzo Betties had a relationship. I asked if this relationship was known. Buddy replied that most people knew it and, in fact, the relationship became a topic among the line employees on more than one occasion.

I went to the line today and asked several people about the events of April 12, 2005. I said that Kim evidently needed to leave in a hurry and asked if they knew anything about that and I Kim had left a message with anyone for Buddy saying she needed to leave. Of the six people I asked, 4 said they don't really recall any real detail from that date. One person said she heard a bunch of rumors. She also said she didn't know what to believe because of so much going around. A last person, (Cheryl Collier) from the dovetail cutting area said she remembered seeing Kim that day. She asked Kim if she was OK. According to her, Kim was looking for Buddy. I then specifically asked this lady if Kim left any kind of message with her for Buddy - about needing to leave, having an emergency, etc. She said NO! I also asked her if she was aware of any message left with anyone for Buddy - from Kim. She said NO!

With the responsibility as an expediter, Kim would typically be walking around and, as such, would typically be close to various rest rooms in her walking. If her emergency occurred closer to the time clock exit, her opportunity to see someone to say something would be significantly less. Yet, from what I heard today from Cheryl, she was in a location where she would walk by many people on her way out of the building and would then have at least a few opportunities to say something to someone. Because of this scenario with Kim as an expediter, I didn't think a map of her area would be really helpful.

I am faxing the accumulated hours for Lorenzo Betties to you this evening.

I'm leaving shortly to go home until Tuesday - returning to the plant on Wednesday.

Have a great holiday weekend.

Mike Winder
Sr. Manager, Leadership Development
MasterBrand Cabinets, Inc.
(812)634-0545
mwinder@masterbrandcabinets.com

*********************************************************************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

MBCI-0557