# EXHIBIT E

# BAKER & DANIELS LLP
### EST. 1863

300 North Meridian Street, Suite 2700 • Indianapolis, Indiana 46204
Tel. 317.237.0300 • Fax 317.237.1000
www.bakerdaniels.com

**FILE COPY**

CHRISTOPHER C. MURRAY
Attorney at Law
Direct 317.237.1118
Direct Fax 317.237.8518
christopher.murray@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

August 17, 2007

**VIA E-MAIL AND FIRST-CLASS MAIL**

Mr. Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203

    Re:    Kim Foreman v. MasterBrand Cabinets, Inc.
              Cause No. 3:06-cv-449-MHT

Dear Allen:

    Because you mentioned in your letter yesterday that you are having some technical difficulties, I'll be glad to take responsibility for incorporating our different versions of the draft Joint Pretrial Order into a single document and getting it electronically filed following your review and approval.

    Regarding the drafts, I understood from our brief conversation yesterday afternoon that you are not inclined to agree to any of our proposed stipulations. I do think we should discuss this further to try to avoid burdening the Court with as many unsubstantial issues as we can. For example, as I mentioned yesterday, some of our proposed stipulations are included in Plaintiff's own statement of her contentions, and it seems we should be able to stipulate to these facts. (For instance, her contentions state that she arrived to work on April 12, 2007, at 7 a.m. and that she was suspended). I also respectfully suggest that our proposed stipulations (b) through (e) are verifiable through the documents MBCI has produced in discovery. Again, it seems we should be able to stipulate to those matters. If your concern is over phrasing, we're certainly open to considering alternatives. Finally, I suggest that we should also be able to reach agreement regarding the income Plaintiff earned based on the W-2s and tax returns that she, herself, produced. (See our proposed stipulations (j), (k), and (l).) I do not understand the basis for not stipulating to the above facts. I know you said you were concerned generally about authentication. If you have questions about specific documents or information that we've produced in discovery, we would be glad to talk about them to try to address your concerns.

    In the event that we are able to reach agreement on some or all of the issues above, we would be willing to agree to the stipulations (c) and (e) that you have proposed since these also appear to be based on documents produced by MBCI in discovery.

BDDB01 4855610v1

Mr. David R. Arendall                -2-                August 17, 2007

      I will forward a copy of the combined document to you shortly for your review. I look forward to discussing these matters with you more fully.

      Very truly yours,

      Christopher C. Murray