# EXHIBIT F

April 26, 2005

Unemployment compensation
Montgomery, Al.

RE:   Kim Foreman
      SS# ▮▮▮▮▮▮▮

Ms. Foreman came to work for MasterBrand Cabinets, Inc. on July 24, 2000 and was terminated on April 13, 2005. Her last day worked was April 12, 2005. She worked as an assembler making $12.60/hr.

On April 12, 2005 Ms. Foreman walked out of the plant without notifying her supervisor or any other member of management. She returned six (6) hours later. When questioned she said she had developed a female problem and had to go home to change her cloths. She was suspended and told to return to Human Resources in the morning.

The decision was made to terminate and we offer the following in support of that decision and request unemployment be denied:

1. A copy of the April 13th interview concerning her walking off the job.
2. Employee certificate, signed by Ms. Foreman acknowledging receipt of the handbook.
3. New hire checklist signed by Ms. Foreman, which, among other things, covered procedures if leaving your department (5).
4. Pages 22 & 23 of associate's handbook paying particular attention to P. 23 item 20.

This employee has given no rational explanation why it took her six hours. She volunteered that she did not see a doctor because I had asked her why she didn't stop and tell someone prior to leaving. When she responded it was too severe I had asked why not a doctor. The other issue I asked about, was if it was that severe why not a doctor rather than drivng home to change cloths. She said she just wanted to get home.

Giving her the benefit of the doubt, she lives in Opelika. I could understand 30 minutes home, 30 minutes to clean up and change cloths and 30 minutes back to work. That totals 90 minutes. When pressed about what she did with all that time her only answer was she needed time to get herself together.

With no other information present by Ms. Foreman we could reach no other conclusion:
- She walked off the job
- While leaving the plant she walked within twenty feet of HR and did not report her problem
- She was gone for an excessive period of time

MBCI-0053

- She did not have the best interest of the company in her thoughts
- She was aware of the policies concerning reporting when leaving her work area
- She should have been aware of the consequences

We request that for all the reasons covered above she barred from receiving unemployment compensation.

If you require additional information you can contact my office at 334-502-1049 or call my associate, Paula, at 334-502-1000.


Sincerely,

*Tom Barthel*

Tom Barthel, SPHR
Manager, Human Resources

MBCI-0054