# EXHIBIT A

# ARENDALL & ASSOCIATES
## ATTORNEYS AT LAW

DAVID R. ARENDALL
STEPHANIE S. WOODARD
ALLEN D. ARNOLD

2018 MORRIS AVENUE
BIRMINGHAM, ALABAMA 35203
205.252.1550 - OFFICE
205.252.1556 - FACSIMILE

August 16, 2007

VIA FACSIMILE: (317) 237-1000
Christopher C. Murray, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, Indiana 46204

Re: *Kim Foreman v. Masterbrand Cabinets, Inc.*

Dear Christopher:

For some reason, I am unable to e-mail you a copy of the Proposed Pre-Trial Order. I wish I could explain this problem because you can email me quite easily. Please send me a copy of your client's position statement so that I may insert it into the draft. Please review the pre-trial stipulations and make suggestions of anything you oppose or wish to add.

Please supplement with Deborah Paradise's pay information through the date of trial. The interrogatory answers indicate your client will argue this dollar-figure as the basis for damages. I have only the amounts through May 4, 2007. Naturally, if I have to show mitigation set off through the date of trial, your client needs to produce Ms. Paradise's documentation as well.

Additionally, I will need to have someone review the files at MBCI as described in your client's supplemental interrogatories. Please provide me with available dates so I can have someone inspect the documents. I would appreciate access to a Xerox machine as well. Due to the resumption of school, Monday August 20, 2007 would be best for the persons who may be able to come and look at documents.

Sincerely,

Allen Arnold