# EXHIBIT 2

## TO

## PLAINTIFF'S REPLY

## TO

## DEFENDANT'S RESPONSE

## TO

## PLAINTIFF'S MOTION IN LIMINE

# BAKER & DANIELS LLP

EST. 1863

300 North Meridian Street, Suite 2700 • Indianapolis, Indiana 46204
Tel. 317.237.0300 • Fax 317.237.1000
www.bakerdaniels.com

CHRISTOPHER C. MURRAY
Attorney at Law
Direct 317.237.1118
Direct Fax 317.237.8518
christopher.murray@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

August 21, 2007

**VIA E-MAIL AND FIRST-CLASS MAIL**

Mr. Allen D. Arnold
**ARENDALL & ASSOCIATES**
2018 Morris Avenue
Birmingham, AL  35203

    Re:    Kim Foreman v. MasterBrand Cabinets, Inc.
             Cause No. 3:06-cv-449-MHT

Dear Allen:

    We have not heard back from you in response to our letter of August 17, 2007, regarding our request for confirmation that Plaintiff will supplement her discovery responses.  We have therefore assumed that the document inspection will not be going forward on August 22, 2007.

    Please let me know if you would like to discuss the issues raised in our August 17, 2007 letter.

                            Very truly yours,

                            Christopher C. Murray

CCM/nh

cc:    Mark Romaniuk
       Penny Szoliz

BDDB01 4857926v1