# EXHIBIT 3



June 3, 2005

*Tom Barthel*
*312-1795 cell*
*Direct Dep.  Processed 5-27  June 3*

To Whom It May Concern:

This letter is to confirm that Tom Barthel's employment has ended on June 3, 2005. In addition, his insurance will cease as of June 30, 2005.

If you should have any questions, please call me at the number below.

Regards,

*Paula E. DeCheck*

Paula E. DeCheck - HR Specialist
MasterBrand Cabinets, Inc
300 Webster Rd.
Auburn, AL 36830
Phone: (334) 502-1008
Fax: (334) 502-1031
pdecheck@masterbrandcabinets.com

Personnel file

MBCI-0243