# EXHIBIT 4

# EMPLOYEE WRITTEN WARNING NOTICE

Employee Name: Thomas Clack    Date 5-16-05
Position Support Spec.    Department Base Assym.

_X_ First Warning    _X_ Second Warning    ___ Third Warning

Had verbal but changed per Norm Knight 5/19/05 pds

3 issues

Description of problem requiring improvement or correction (include specific dates & examples): On 5-16-05 Thomas Clack was observed by Team Leader Buddy Smith Damaging Cabinets (3) as He Carried Them to the Front of the Line for Repairs. Cabinets Bang Objects as He Pulled Them to the Front. Also Mr Clack Left Without Informing Team Leader, After He'd Ask to Do So By Norm (Production Mgr.).

Specific changes in performance or behavior required and the time frame in which they must occur. Mr. Clack Must Make sure He Transport Cabinets Without Damaging Them & Inform Team Leader Before He Leaves.

Employee Comments:

Refused to sign. N.K.

Employee Signature: _____    Date: _____

*Document if employee declines to comment or sign and obtain witness signature.*

Supervisor Comments: These Changes In Behavior must Change Immediate or Termination Should Be Considered. Mr. Clack Is Not Conducting Himself As A Leader.

Supervisor Signature: _N.K.___    Date: 5/17/05

Buddy Smith

Next Level of Supervision or Witness Signature: _____

Mike is to removed from Support Tech Position As of 5/23/05  N.K.

LACP 5/18/05 KR

pdu 5/19/05

MBCI-0222