UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENTAL MOTION IN LIMINE

Pursuant to the Federal Rules of Evidence and the Federal Rules of Civil

Procedure, the Defendant, MasterBrand Cabinets, Inc., ("MBCI"), respectfully files this

supplemental motion seeking an order in limine precluding the Plaintiff, Kim Foreman

("Foreman") from making any reference in her opening or closing statements and from

offering any evidence in the form of statements, arguments, questions, testimony,

writings, or documents regarding any alleged damages she has incurred after 2006

because she has failed to supplement her discovery responses.

MBCI served a number of requests for the production of documents

relating to Ms. Foreman's claims for damages, including the following:

Request No. 1:     All documents that evidence, refer or relate to the
allegations in the Complaint:

. . . .

(K)    In Paragraph 20 that "Plaintiff has been damaged, suffering loss of
pay and benefits and mental anguish."

. . .

(N)    In Paragraph 24 that "Plaintiff has been damaged, suffering loss of pay and benefits and mental anguish."

Request No. 6:    All documents that evidence, refer or relate to your claims, or the basis of your claims, for damages, including punitive and compensatory damages, and all documents that would assist in quantifying such alleged damages.

Request No. 7:    All documents that evidence, refer or relate to your earnings, job benefits, or income from 2003 to the present, including, but not limited to, paycheck stubs, W-2 forms, 1099 forms, federal income tax returns, financial statements, medical insurance benefits statements, retirement benefits statements, and any documents relating to worker's compensation benefits, social security benefits, disability compensation benefits, and/or any welfare assistance benefits.

(Def's 1st Req. Produc. Docs. To Pl., Reqs. #1, #6 & #7.)

In response to these requests, in April 2007, Ms. Foreman produced certain W-2 Forms and tax returns from 2005 and 2006. Ms. Foreman also produced a single pay stub from 2007 showing year-to-date earning of only a few hundred dollars. Upon review, her response to RFP #7, in particular, appeared to be incomplete at the time it was given.

As of today, Ms. Foreman has failed to supplement her responses under Fed. R. Civ. P. 26(e)(2) to MBCI's requests. By letter dated August 17, 2007, MBCI requested supplementation of Ms. Foreman's discovery responses in multiple respects, but no supplemental response has been received.

In addition, Ms. Foreman has not produced in this case any specific computation of her alleged damages, nor has she produced documents for any such computation as required under Fed. R. Civ. P. 26(a)(1)(C).

Ms. Foreman has no basis for withholding the requested documents or the computation of her alleged damages. MBCI would be prejudiced if Ms. Foreman were permitted to proceed with her claims for damages and to present evidence on these issues at trial where she has failed to supplement her discovery responses and has failed to provide a specific computation of her alleged damages. Under such circumstances, MBCI has been unable to anticipate the specific damage amounts Ms. Foreman intends to claim and to dispute at trial.

WHEREFORE, MasterBrand Cabinets, Inc. respectfully requests that its Supplemental Motion in Limine be granted and that Ms. Foreman be precluded from demanding any damages (or, at a minimum, precluded from demanding damages beyond 2006) and precluded from offering evidence of such damages and that MBCI be granted all other appropriate relief.

Respectfully submitted,
BAKER & DANIELS LLP

By: _____s/ Christopher C. Murray_____
    Mark J. Romaniuk, (IN Bar #15255-49)
    Christopher C. Murray (IN Bar #26221-49)
      (both admitted *pro hac vice*)
    Attorneys for MasterBrand Cabinets, Inc.

300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2007, the foregoing was filed electronically.

Notice of this filing will be sent to the following counsel of record by operation of the

Court's electronic filing system.

> David R. Arendall
> Allen D. Arnold
> ARENDALL & ASSOCIATES
> 2018 Morris Avenue
> Birmingham, Alabama  35203

> _____s/ Christopher C. Murray_____
> Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

4