IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,        CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION IN LIMINE**

COMES NOW the Plaintiff and submits her response to Defendant's Supplemental Motion in Limine:

1. Plaintiff has submitted to Defendant the requested documentation via facsimile responsive as mandated by 42 U.S.C. § 2000e-5(g)(1). This documentation reflects Plaintiff's earnings through August 31, 2007 (Exhibit A).

Respectfully submitted,

/s/ Allen D. Arnold

_____
Allen D. Arnold

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on September 4, 2007, which will forward a copy to:

Mark J. Romaniuk
Christopher C. Murray

/s/ Allen D. Arnold
_____
Of Counsel