# EXHIBIT A

# TO

# PLAINTIFF'S RESPONSE

# TO

# DEFENDANT'S

# SUPPLEMENTAL MOTION IN LIMINE

MEMORY TRANSMISSION REPORT

```
TIME       : SEP-04-2007 09:48AM
TEL NUMBER : 205-252-1556
NAME       : DAVID R ARENDALL
```

| | |
|---|---|
| FILE NUMBER | : 792 |
| DATE | : SEP-04 09:44AM |
| TO | : 13172371000 |
| DOCUMENT PAGES | : 002 |
| START TIME | : SEP-04 09:44AM |
| END TIME | : SEP-04 09:48AM |
| SENT PAGES | : 002 |
| STATUS | : OK |
| FILE NUMBER : 792 | *** SUCCESSFUL TX NOTICE *** |

# ARENDALL & ASSOCIATES

David R. Arendall
Allen D. Arnold
www.@arendalllaw.com

Attorneys at Law
2018 Morris Avenue
Birmingham, AL 35203
205.252.1550 — Office
205.252.1556 — FAX

## FAX TRANSMITTAL COVER SHEET

TO: Chris Murray
FROM: Allen Arnold
DATE: 9-4-07
FAX #: 317.237.1000
# PAGES: 2
RE: Foreman v. MBCI

### MESSAGE

Attached is a copy of my client's pay stub dated 8-31-07.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (205) 252-1550 AS SOON AS POSSIBLE.

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR THE DELIVERY OF IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU!

# ARENDALL & ASSOCIATES

David R. Arendall
Allen D. Arnold
www.@arendalllaw.com

Attorneys at Law
2018 Morris Avenue
Birmingham, AL 35203
205.252.1550 – Office
205.252.1556 – FAX

## FAX TRANSMITTAL COVER SHEET

TO: Chris Murray
FROM: Allen Arnold
DATE: 9-4-07
FAX #: 317.237.1000
# PAGES: 12
RE: Foreman v. MBCI

*************************************************************

## MESSAGE

Attached is a copy of my client's pay stub dated 8-31-07.

*************************************************************

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (205) 252-1550 AS SOON AS POSSIBLE.

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR THE DELIVERY OF IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU!

SCA INC
764 WEST VETERANS BLVD
AUBURN, AL 36832-4302

M251-000100

66-0798
631

08/31/2007 | 4586804207
DATE | CHECK NO.

PAY TO THE
ORDER OF

KIM L FOREMAN
237 LEE RD 2093
VALLEY AL 36854

VOID AFTER 180 days

**VOID**

*AMOUNT*

***VOID***THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

** Non Negotiable **

BANK OF AMERICA
(800) 325-4296
ASHEVILLE, NC

DEPOSIT ACCOUNT #
DEPOSIT AMOUNT
*****634.80

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                           FOLD AND REMOVE

**YOUR BANKING**

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 634.80 | |

**EARNINGS**

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 80.00 | 8.750 | 700.00 | |
| OVERTIME | 4.63 | 13.125 | 60.77 | |
| BONUS | | | 17.50 | |
| | | | | |
| TOTAL EARNINGS | | | 778.27 | 11322.49 |

**EMPLOYER INFORMATION**

SCA INC
764 WEST VETERANS BLVD
AUBURN, AL 36832-4302

PAY PERIOD 08/16/07 TO 08/29/07
CHECK DATE 08/31/07    CHECK # 4586804207

**FILING STATUS**

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 48.25 | 701.99 |
| | MEDICARE | 11.28 | 164.18 |
| S 02 | FEDERAL | 47.86 | 728.24 |
| S 02 | AL | 28.30 | 406.01 |
| S 02 | AUBRN | 7.78 | 113.21 |
| | | | |
| TOTAL WITHHOLDINGS | | 143.47 | 2113.63 |

**PERSONAL INFORMATION**

KIM L FOREMAN
237 LEE RD 2093
VALLEY AL 36854

SS# [redacted]   EMPL# 000187  DEPT# 000100

**ADJUSTMENTS**

| | AMOUNT | YTD AMOUNT |
|---|---|---|
| ADVANCE | | 16.00 - |