IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                    CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

## PLAINTIFF'S REQUESTED JURY INSTRUCTION

COMES NOW the Plaintiff, by and through undersigned counsel, and request the Court issue the following instruction to the jury:

1. Plaintiff requests the Court issue the following instruction to the jury:

    "You have heard testimony regarding the disciplinary and attendance policies of the Defendant. Under the circumstances of this case, it is for you to decide whether the Defendant followed its policies with respect to the termination of the Plaintiff. A violation of its own policies by a Defendant is a factor which may be considered by you in determining whether the Defendant considered Plaintiff's race or gender was a substantial motivating factor in the Defendant's decision to terminate the Plaintiff."

2. A similar instruction was given by the Court in the case of *Ronnie Giles v. Masterbrand Cabinets, Inc.*, 3:06-cv-00528-WKC-WC (M.D. Ala. August 21, 2007) (Doc. 76, p. 6).

Wherefore, Premises Considered, Plaintiff requests this Court instruct the jury as described herein.

          Respectfully submitted,

          /s/ Allen D. Arnold
          _____
          Allen D. Arnold
          Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office;
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Mark J. Romaniuk, Esq.
    Christopher C. Murray, Esq.

          /s/ Allen D. Arnold
          _____
          Of Counsel