≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF  ALABAMA

KIM FOREMAN  
V.  
MASTERBRAND CABINETS, INC.

**PLAINTIFF'S EXHIBIT LIST**

Case Number:  3:06CV-449-MHT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE MYRON H. THOMPSON | ALLEN D. ARNOLD<br>DAVID ARENDALL | CHRISTOPHER MURRAY<br><br>MARK J. RAMANIUK |
| TRIAL DATE (S)<br>SEPTEMBER 5 - 10   2007 JURY TRIAL | COURT REPORTER | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 9/5/07 | 9/5/07 | 1 | | NO | Masterbrand Cabinets Employee Handbook |
| YES | 9/5/07 | 9/5/07 | 2 | | NO | Plaintiff's Time Card for April 11, 2005 - April 13, 2005 |
| YES | 9/5/07 | 9/5/07 | 3 | | NO | Time Card record for Lorenzo Betties for April 11, 2005 |
| | | | | | | To April 20, 2005 |
| YES | 9/5/07 | 9/5/07 | 4 | | NO | Employee Written Warning Notice for Thoms Clack date |
| | | | | | | May 16, 2005 |
| YES | 9/5/07 | 9/5/07 | 5 | Buddy Smith | NO | Duwayne Nazworth Hourly Status Form |
| YES | 9/5/07 | 9/5/07 | 7 | Buddy Smith | NO | Memo from Perry Ezell to Buddy Smith dated regarding |
| | | | | | | July 14, 2006; regarding employee's concern; |
| YES | 9/5/07 | 9/5/07 | 8 | Buddy Smith | NO | Memo from Perry Ezell to Buddy Smith dated |
| | | | | | | October 30, 2006 re: Professional Conduct |
| YES | 9/6/07 | 9/6/07 | 9 | Anthony Zellars | NO | Memo from Tom Barthel to Anthony Zellars |
| YES | 9/6/07 | 9/6/07 | 12 | Eugene Murray | NO | Duwayne Nazworth -New Hire Orientation |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE BINDER |
| | | | | | | WITH FILE |
| | | | | | | |