AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  MIDDLE  | DISTRICT OF | ALABAMA |
|---|---|---|

KIM FOREMAN
V.
MASTERBRAND CABINETS, INC.

## DEFENDANT'S EXHIBIT LIST

Case Number:  3:06CV-449-MHT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE MYRON H. THOMPSON | ALLEN D. ARNOLD<br>DAVID ARENDALL | CHRISTOPHER MURRAY<br><br>MARK J. RAMANIUK |
| TRIAL DATE (S)<br>SEPTEMBER 5 - 10,  2007 JURY TRIAL | COURT REPORTER<br>MITCHELL REISNER | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 9/5/07 | 9/5/07 | 1 | | NO | Kim Foreman New Hire Orientation with Team |
| | | | | | | Team Leader |
| YES | 9/5/07 | 9/5/07 | 2 | | NO | Kim Foreman - Hourly Handbook Associate Receipt |
| YES | 9/5/07 | 9/5/07 | 3 | | NO | Kim Foreman Employee Acknowledgment and |
| | | | | | | Receipt |
| YES | 9/5/07 | 9/5/07 | 4 | | NO | iSeries Timekeeper: for Kim Foreman |
| YES | 9/5/07 | 9/5/07 | 5 | | NO | iSeries Timekeeper for Lorenzo Betties |
| YES | 9/5/07 | 9/5/07 | 6 | | NO | Memo from Tom Barthel to Personnel file dated |
| | | | | | | April 13, 2005 re: Kim Foreman conduct |
| YES | 9/5/07 | 9/5/07 | 7 | TOM BARTHEL | NO | Letter from Tom Barthel dated April 26, 2005 |
| | | | | | | to Unemployment Compensation |
| YES | 9/5/07 | 9/5/07 | 8 | | NO | Masterbrand Cabinets Auburn Hourly Associate |
| | | | | | | Handbook |
| YES | 9/5/07 | 9/5/07 | 9 | | NO | Masterbrand Cabinets Standard of Business |
| | | | | | | Conduct Handbook |
| YES | 9/5/07 | 9/5/07 | 17 | | NO | iSeries Timekeeper: for Thomas Clack |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE BINDER |
| | | | | | | WITH FILE |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |