IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                              CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

## PLAINTIFF'S MOTION FOR A BRIEFING SCHEDULE REGARDING EQUITABLE RELIEF

COMES NOW the Plaintiff, by and through undersigned counsel and submits the following motion to the Court:

1. Plaintiff filed her Complaint against the Defendant on May 18, 2006. (Doc. 1). Plaintiff made claims for gender and race discrimination. In the "Prayer for Relief" of her complaint, Plaintiff sought the equitable relief of "front pay."[1]

2. Plaintiff reasserted her request for front pay in this Court's Pre-Trial Order of August 23, 2007. (See Doc. 43).

3. A jury trial was held on September 5, 6, and 10, 2007.

4. On September 10, 2007, the jury rendered a verdict in Plaintiff's

---

[1] Plaintiff did not request reinstatement in her Complaint or Pre-Trial Order, but notes that the law prefers reinstatement over the awarding of front pay. However, the District Court has discretion in making this determination. *See Goldstein v. Manhattan Industries*, 758 F.2d 1435, 1449 (11th Cir. 1985). The Defendant may wish to be heard on this issue prior to any ruling by the Court.

1

favor on her claim of gender discrimination. (Doc. 66).

5. Plaintiff moves this Honorable Court to set a briefing schedule regarding the equitable relief of front pay or reinstatement.

Wherefore, Premises Considered, Plaintiff requests this Court issue a briefing schedule regarding the equitable relief of front pay or reinstatement.

Respectfully submitted,

/s/ Allen D. Arnold
_____
Allen D. Arnold
Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office;
205.252.1556 – Facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mark J. Romaniuk, Esq.
Christopher C. Murray, Esq.

/s/ Allen D. Arnold
_____
Of Counsel

2