IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIM FOREMAN,                    )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )   3:06cv449-MHT
                                )
MASTERBRAND CABINETS, INC.,     )
                                )
    Defendant.                  )
```

ORDER

It is ORDERED that the motion for briefing schedule (Doc. No. 70) is denied as moot.

The plaintiff has already been given until September 21, 2007, to file a motion for reinstatement or other equitable relief.  In that motion, the plaintiff should make clear exactly what type of equitable relief she is seeking (reinstatement or front pay) and why and how the law and the evidence support her request.  The plaintiff should also address whether additional discovery is

needed and whether a hearing is necessary. The defendant will then be given an opportunity to respond.

In the meantime, the parties are encouraged to try to settle the equitable relief issue (along with the attorneys fee issue) between themselves.

DONE, this the 12th day of September, 2007.

    /s/  Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**