IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                    CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

### Joint Motion to Extend Equitable Relief Briefing Deadline

COMES NOW, the Plaintiff and Defendant, by and through undersigned counsel and files this joint motion requesting this Court extend the equitable briefing deadline and submits in support as follows:

1.   Following a trial, the Court entered a judgment on September 11, 2007.

2.   In its order of judgment, the Court issued a deadline for briefs on plaintiff's equitable relief for September 21, 2007. The Court requested the parties attempt to resolve this issue without Court involvement.

3.   The parties have discussed resolving equitable relief and request the Court to extend the deadline for briefing until Monday, September 24, 2007. The Defendant's decision-maker on the issue of reinstatement is unavailable until Monday, September 24, 2007.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request an extension of the equitable relief filing deadline in order to continue resolution discussions.

        Respectfully submitted,

        /s/ Allen D. Arnold
        _____
        Allen D. Arnold
        Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 – Facsimile

        Respectfully submitted,

        /s/ Christopher Murray
        _____
        Christopher Murray
        Counsel for Defendant

OF COUNSEL:
BAKER & DANIELS
300 N. Meridian Street
Suite 2700
Indianapolis, Indiana 46204
317.237.1100 - Phone
317.237.1000 – Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on September 20, 2007, which will forward a copy to:

Mark J. Romaniuk
Christopher C. Murray

                              /s/ Allen D. Arnold
                              _____
                              Of Counsel