IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


KIM FOREMAN,                    )
                                )
      Plaintiff,                )
                                )    CIVIL ACTION NO.
      v.                        )    3:06cv449-MHT
                                )
MASTERBRAND CABINETS, INC.,     )
                                )
      Defendant.                )

                        ORDER

      It is ORDERED that the joint motion to extend (Doc.

No. 73) is granted.

      DONE, this the 24th day of September, 2007.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE