UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
AND ITS MOTION IN THE ALTERNATIVE FOR A NEW TRIAL**

Pursuant to Rules 50(b) and 59(a) of the Federal Rules of Civil Procedure ("Rules 50(b) and 59(a)"), Defendant, MasterBrand Cabinets, Inc. ("MBCI"), respectfully renews its motion for judgment as a matter of law and its motion in the alternative for a new trial on Plaintiff Kim Forman's claim of sex discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, and her claim for punitive damages under 42 U.S.C. § 1981a ("§1981a")  The legal and factual grounds for this Motion are set forth in MBCI's contemporaneously filed Brief In Support Of Its Renewed Motion For Judgment As A Matter Of Law And Its Motion In The Alternative For A New Trial ("Brief") and are incorporated by reference herein.

WHEREFORE, for the reasons set forth in its Brief, MasterBrand Cabinets, Inc., respectfully requests that its renewed motion pursuant to Rule 50(b) be granted, that judgment as a matter of law be entered in MBCI's favor on Plaintiff sex discrimination claim under Title VII and on her claim for punitive damages under § 1981a, and that MBCI be granted all other appropriate relief.  Furthermore, MBCI respectfully requests that its motion in the alternative for a new trial pursuant to Rule 59(a) be granted both on Plaintiff's claim of sex discrimination

BDDB01 4893890v1

2

under Title VII and on her claim for punitive damages, that a new trial be ordered on both of

these claims as additional, alternative relief to granting judgment as a matter of law in MBCI's

favor, and that MBCI be granted all other appropriate relief.

BAKER & DANIELS LLP

By: s/  Mark J. Romaniuk
Mark J. Romaniuk (IN Bar #15255-49)
Christopher C. Murray (IN Bar #26221-49)
(both admitted *pro hac vice*)

300 North Meridian Street, Suite 2700          Attorneys for MasterBrand Cabinets, Inc.
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

BDDB01 4893890v1

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

David R. Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203


s/Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

BDDB01 4893890v1