# EXHIBIT A

# MASTERBRAND CABINETS

# AUBURN HOURLY ASSOCIATE HANDBOOK

**EFFECTIVE:** January 2003



DEFENDANT'S
EXHIBIT

CASE NO. 3:06-cv-449

EXHIBIT NO. 8

MBCI-0456

# WELCOME!

Welcome to history in the making! As part of the MasterBrand Cabinets' team, we are pleased to have you on board. MasterBrand Cabinets, Inc., is made up of multiple cabinet brands which include Schrock, Diamond, Kemper Aristokraft, Decora, and Axis. These brands have a combined total of more than 200 years of experience in manufacturing kitchen and bath cabinetry. It is this type of dedication that keeps each brand in our family focused on the goal of producing the finest quality products in the marketplace.

MasterBrand Cabinets, Inc. recognizes that it is the employees who make a successful business possible. Good people are vital to any organization that is committed to quality, leadership, and growth. You have been selected to be a part of MasterBrand Cabinets, Inc.'s team because we believe you have the potential, the ability, and the desire to help us maintain our leadership position and to help us reach new heights of success in the future.

As a MasterBrand Cabinets Inc. employee, you can make a difference. We depend on people like you – people with creativity, enthusiasm, and initiative – to help us reach our goals. We hope you will find your work environment one in which you can grow and progress to reach your own personal goals, as well!

MasterBrand Cabinets, Inc. is part of the Fortune Brands Family. Fortune Brands is a leading consumer products company. This company consists of powerful brands with commanding market positions in growing categories… home and office products, golf equipment, and spirits and wine. Fifteen brands make up our FORTUNE family.

Fortune starts with powerhouse brands… some of the most recognized and trusted brands in the world. Moen, Titleist and Jim Beam are our biggest. Please refer to the charts to better explain your part in the FORTUNE BRANDS FAMILY. They were developed to give you a better understanding of your part in this large and very diversified company. We are proud to be able to include you as a very valued part of our family.

Sincerely,

MASTERBRAND CABINETS, INC.

Richard E. Forbes
President






# MASTERBRAND CABINETS
# AUBURN

**This is your handbook:**

_____

**Your associate number is:** _____

**Your date of hire is:** _____

**Job title:** _____

**Your dept. name & number is:** _____

**Your Team Leader's name is:** _____

**Your insurance benefits become effective:** _____

**The call-in line telephone number is:**

       **AUBURN:**    **(334) 502-1017**

2

MBCI-0458

# WHO'S WHO IN THE FORTUNE BRAND FAMILY





2

MBCI-0459

# TABLE OF CONTENTS

## A. WHO WE ARE AND WHAT WE BELIEVE

A Word of Welcome................................................................6

Expectations......................................................................12

Overview............................................................................8

Quality..............................................................................12

SCC Story...........................................................................9

SCC Values.........................................................................7

Unions..............................................................................11

What We Believe...................................................................10

## B. COMMUNICATION - AN IMPORTANT JOB FOR ALL

Bulletin Boards...................................................................14

Communication Program.........................................................14

Open Door Policy.................................................................14

## C. WORKING AT MBCI

Associate's Records..............................................................19

Attendance.........................................................................23

Conduct.............................................................................21

Corrective Action.................................................................20

Equal Employment Opportunity................................................17

Garnishments......................................................................19

Interim Period.....................................................................19

No Solicitation Policy.............................................................20

Positive Reinforcement/Corrective Action Procedure.....................20

Promotions/Job Changes........................................................ 25

Sexual Harassment...............................................................18

Substance Abuse Policy..........................................................18

Temporary Transfers.............................................................26

Weapons In The Workplace......................................................26

## D. YOUR PAY AND BENEFITS

Bereavement Leave...............................................................29

Cabinet Purchase Program.......................................................32

Call Time............................................................................28

Choice Plus Employee Benefits................................................ 29

Compensation......................................................................28

Continuation of Health Insurance.............................................30

Educational Assistance...........................................................32

Employee Savings Plan.......................................................... 30

Employee Assistance Program..................................................32

Family Medical Leave.............................................................32

3

Holidays........................................................................30
Jury Duty......................................................................28
Military Leave................................................................32
Overtime.......................................................................28
Personal Leave of Absence................................................ 31
Prescription Safety Glasses.................................................33
Report in Pay.................................................................28
Scholarship Program.........................................................33
Shift Differential.............................................................28
Short Term Disability.......................................................32
Vacations......................................................................31

## E. ON THE JOB AT MBCI

Breaks..........................................................................36
Clothing........................................................................35
Company Service.............................................................37
Food and Beverages..........................................................35
Hours of Work................................................................36
Inclement Weather............................................................38
Lay-offs/Recall................................................................37
Lunch Period..................................................................36
Lunchroom and Restrooms..................................................35
Parking.........................................................................35
Paydays........................................................................36
Performance Feedback........................................................37
Personal Business.............................................................37
Property Removal.............................................................35
Separation.....................................................................37
Smoke Free Workplace.......................................................35
Time Records..................................................................36
Visitors.........................................................................35

## F. SAFETY - A BIG PART OF EVERYONE'S JOB

Hazardous Materials..........................................................42
Housekeeping..................................................................40
Lock-Out /Tag-Out............................................................42
On-The-Job-Injury............................................................42
Personal Protection Equipment..............................................42
Safety Committee.............................................................43
Safety Rule Enforcement Policy..............................................41
Safety Rules....................................................................40

## G. THE JOURNEY AHEAD

Closing Remarks...............................................................45
Handbook Receipt............................................................. 46

4

MBCI-0461

# WHO WE ARE AND WHAT WE BELIEVE

## MBCI - AUBURN

5

MBCI-0462

# WELCOME

At MasterBrand Cabinets, Inc. (MBCI), we sincerely believe that people are our greatest asset. Many companies talk that philosophy...we live it.

As a matter of fact, one purpose of this handbook is to give you some insight into how much we believe in and live our people-oriented thinking. In addition, this handbook is intended to give you a broad-based understanding of our company. We also use several other means of communication to keep you informed of any changes in the work environment. A prime focus of such communication is your team leader - your first point of contact for just about anything involving your job. Anytime you have questions, anytime you want to make use of a company program, or have a concern involving the workplace, start off by checking with your team leader. If an answer isn't immediately available, your team leader will get back to you with one just as soon as possible.

If you are a new associate, we have special orientation sessions to familiarize you with our practices, benefits and other things you need to know.

An ongoing practice encourages you to take part in the informational meetings and other vehicles we have in place to inform everyone about our business. These tools are intended to make it easier for us to communicate with one another. Despite all these programs, the time will come when you have a question. When you do, please do not hesitate to ask your team leader, operating team member or any member of the Human Resources Team.

We are proud of MBCI, and we are confident that few companies anywhere offer more positive features for employment. We are always striving for perfection and consider excellence to be an operating norm. Similarly, we realize that you have high expectations of MBCI. That is as it should be.

This handbook has been prepared to give you a greater insight into the organizational practices and philosophy of MBCI. It is designed to serve as a guideline for decision making, but not an all-inclusive manual covering every circumstance of employment.

Although we strongly believe in consistency and uniformity, we will continue to practice flexibility and discretion in our decision making process. Because of the great variety of situations that can develop, as well as fluctuating personnel needs, we may sometimes make decisions in a manner other than as provided for or stated in this handbook. Due to the constant changing and dynamic environment, in which we all work, the ability to make timely and effective decisions regarding employment and business matters is crucial to our ongoing success.

A final thought before you read on, a position with MBCI is both employment and an opportunity. Working as a member of the MBCI Auburn team, you can make the most of both.

**Your Operating Team**

6

# MBCI
# MISSION, VALUES AND BELIEFS

**Our Mission:**    To provide the best overall kitchen and bath solution in North America.

### Our Values and Beliefs:

- Success in the marketplace will be based upon the degree to which customers actively choose to do business with us. We will be successful by:

  - Supplying superior quality products at competitive prices.
  - Providing superior customer service.
  - Employing the best people.
  - Providing innovative product leadership.

- Integrity will not be compromised in anything we do. We will always honor our commitments.

- Customers, associates, and vendors will be treated with honesty and respect.

- Teamwork and cooperation will prevail to ensure success.

- Quality people, who openly accept accountability and responsibility, will be recruited, trained, and given equal opportunities to succeed.

- Protection of the environment and associate safety will be priority objectives.

- Continuous improvement of processes and performance in all areas will be imperative.

- Local community involvement will be essential to the well being of the organization.

MBCI-0464

# OVERVIEW

This handbook contains MasterBrand Cabinet's (MBCI) policies and practices for Auburn. It supersedes all prior versions in force prior to the revision date shown on the cover sheet.

This handbook is not to be considered an employment contract. MBCI reserves the right to amend, from time to time, these policies and practices, or to establish new ones as may be needed.

MBCI follows a general policy of **"EMPLOYMENT AT WILL."** This means that your employment is by mutual agreement and may be terminated by either you or MBCI with or without cause or notice at any time. No manager, team leader, representative or agent of MBCI, other than the Sr. Vice President, has any authority to enter into any agreement with you for employment for any specified period of time, or to make any agreement contrary to these policies.

The last page of this handbook contains an acknowledgment form for your signature. Ask your team leader or Human Resources if you have questions about any MBCI policy. After reviewing all the policies and practices in this handbook, please sign and return the form to Human Resources.

8

MBCI-0465

# MBCI STORY

MasterBrand Cabinets (MBCI) is made up of multiple cabinet brands that include Schrock, Diamond, Kemper, Aristokraft, Decora, NHB, Kitchen Classics, Georgetown Collection, Parkhill, Qualitec, Omega, Kitchen Craft and Home Crest. These brands have a combined total of more than 200 years of experience in manufacturing kitchen and bath cabinetry. It is this type of dedication that keeps each brand in our family focused on the goal of producing the finest quality products in the marketplace.

We believe in a team environment in which our associates are encouraged to provide input for improving our business. We believe working together, we can improve our company and work environment. We offer training programs to help our associates be successful both on and off the job. We are seeking self-motivated, positive people who are interested in seeing the team and company succeed.

MasterBrand Cabinets is a part of the Fortune Brands family, a consumer products company with headquarters in Old Greenwich, Connecticut. Its operating companies have premier brands and leading market positions in home and office products, golf equipment, and distilled spirits. Home and Office brands, include Moen Faucets, Master Locks, ACCO, and MasterBrand Cabinets. Golf equipment companies include Titleist, Cobra and Footjoy. Distilled spirits include Jim Beam and Knob Creek Bourbon, DeKuyper cordials, and Whyte and Mackay Scotch. Nineteen brands make up our FORTUNE family.

With our strong market share and links to Fortune Brands, we believe our facility and company are positioned for continued growth and profitability.

MBCI-0466

# WHAT WE BELIEVE

We believe it is important for you to be aware of many of the principles and philosophies by which we operate our facility. Some of these are as follows:

1.  MBCI is committed to the safety of individual health and real property. Acting safely and maintaining areas in a safe and clean condition are requirements of employment. We are also committed to our responsibility to the environment. We will handle hazardous materials within the regulations for these substances and will work, whenever possible, to eliminate these products from our manufacturing processes.

2.  We are all adults and should conduct ourselves accordingly.

3.  The success of the individual is directly related to the success of the team.

4.  Individuals desire more than monetary rewards from employment. Some of these are appreciation, recognition, self-esteem, empathy, support and encouragement, opportunity for growth and the freedom to express ideas and opinions.

5.  Humans make mistakes, but mistakes can be useful if they are learned from, shared openly and used so that others may profit and avoid them in the future.

6.  Our team success depends on our ability to meet our customers' needs. These needs include (a) shipping complete, (b) shipping on time (c) ensuring that our quality meets or exceeds customer expectations and (d) providing fashionable kitchen and bath products at competitive prices.

10

MBCI-0467

# UNIONS

Like more than eighty-five percent of the businesses and institutions throughout the United States, MBCI's Auburn facility is union-free. For this reason, it is important that you understand our position concerning unions. We believe remaining union-free has definite advantages for our employees. Along with labor unions usually comes many changes such as; (a) restrictions of individual freedom to discuss and solve your problems directly with us without any union involvement; (b) compulsory membership and dues; (c) union discipline, fines, suspension and expulsion from membership; (d) union control over you through its constitution and by-laws; (e) union strikes and strike assessment; (f) job replacements, temporary or permanent, resulting from strikes.

There is always a chance that, in the future, a labor union organizer will try to persuade some of our employees to sign union authorization cards. Although you have the legal right to join a labor union, you also have the legal right not to. If you are ever asked to sign a union authorization card, remember that it can be a legally binding document. You may be signing away your legal right of individual freedom in our work place for exclusive representation by that union. We hope you would think carefully before signing any such union pledge card. It might be like signing a blank check and giving it to a stranger.

We believe a labor union is unnecessary and unwanted in the Auburn plant because we have the ability, desire, expertise, and personnel to solve our problems and move forward by working together without interference from union outsiders.

MBCI-0468

# QUALITY POLICY

Our mission is to be the best cabinet company in North America by executing daily the four basics of our business.

### *The Four Basics*

- *Shipping complete*
- *Shipping On Time*
- *Ensuring that our Quality Meets or Exceeds Customer Expectations*
- *Providing Fashionable Kitchen & Bath Products at Competitive Prices*

You are part of a company that has great pride in the quality of its products. Our products have an excellent reputation in the market place and it is now your responsibility to continue and enhance this reputation. Quality is the responsibility of every MBCI associate - not just the Quality Department.

Quality control and quality products are like an insurance program. Customers return to a certain brand because they know they can rely on the quality of the product. Sales people can sell confidently knowing that the product delivered to the customer is a quality product. Your customers are not limited to external purchasers of our cabinets. Every person or department in the company that you deliver a service, part, or product to is your customer. Your charge is to deliver quality parts, products, and services to all of your customers. Management can plan for the future with confidence in the acceptance that MBCI's products will not decline due to customer disappointment.

Each associate must place emphasis on conforming to specifications. Quality cannot be inspected "into" the product. Keep in mind that your job is not only to do your work, but to do it right the first time, each time.

# EXPECTATIONS

MBCI's expectations of all associates are high. Only those associates who display the appropriate willingness, desire, and ability can be a part of our team.

There are a number of things that will be expected of you as a MBCI associate. Some of the most important are (1) prompt and regular attendance at work, (2) a fair day's work, both in quantity and quality, (3) cooperation - getting along with others, and (4) loyalty, honesty and good character.

We also recognize that you have certain expectations of our organization and because of those expectations, we will continue to provide those things that have value to you and your family. Some of these things include (1) opportunity for growth, (2) competitive wages, (3) good benefits, (4) safe working conditions and (5) a pleasant and challenging work environment.

MBCI-0469

12

# COMMUNICATION - AN IMPORTANT JOB FOR ALL

## MBCI - AUBURN

13

MBCI-0470

## BULLETIN BOARDS

At MBCI, there are bulletin boards with important company information including MBCI policies, federal and state laws, job postings, safety rules, and important announcements. Each associate is responsible for his/her own awareness of information on these boards.

The following are guidelines to be used when posting information to help ensure consistent, updated information:

1. Only post information that has been approved by Human Resources. The bulletin boards may not be used to post non-company related information, such as advertisements for items or services for sale or requests for charitable donations.

2. Post information under appropriate headings.

3. Each department is responsible for removing outdated information. Information should only be posted for 30 days unless a date for removal is indicated.

4. Boards should be kept as organized as possible to get the maximum usage from them.

## OPEN DOOR POLICY

Associates who are experiencing problems, which may have an affect on their work life, are encouraged to discuss them first with their team leader. Associates are also free to meet with any management personnel to discuss a problem or question. If the situation is of a delicate nature or relates to a specific area, the associate is welcome to discuss it with the Human Resource Manager.

This procedure is open and free of any type of pressure. Associates will not be penalized in any way for bringing up their problems or concerns with management. However, it is the responsibility of the associate to seek help with a problem before the problem leads to conduct that results in disciplinary action. An employee's request for help with a problem will not be a defense to discipline imposed for prior misconduct. It is the company's desire to reduce problems or answer questions associates may have in order to maintain a productive relationship.

## COMMUNICATION PROGRAM

We recognize that one of the keys to our success as an organization is our ability to communicate information on a timely and efficient basis. Maintaining open lines of communication is a fundamental principle and a core value at MBCI. It is central to the five success traits of Passion, Hard Work, Teamwork, Integrity, and Confidence. We believe that in order to truly empower associates, we must first transfer knowledge. Good communication does not happen by accident, it must be planned for. With that in mind, this Open Communication Policy emphasizes the importance of open, honest, and productive communication that benefits all key stakeholders at MBCI. These stakeholders include customers, suppliers, managers, and associates that pool their talents to make MBCI the best cabinet company in North America.

Several communication activities will take place throughout the year. However, they are not meant to preclude other forms of appropriate communication. Some forms of communication that may take place include:

Meetings will be held with all Associates to communicate progress towards goals and announce changes.

Attitude surveys may be conducted periodically to give you a chance to tell us how you feel about your work environment. Through these surveys, we will be able to better understand our strong and weak points and make changes where applicable.

Periodic newsletters will be distributed to communicate business goals and progress to increase associate knowledge of the business and how associates can enhance our results.

14

Letters will be sent to associates' homes periodically to communicate various business issues.

It is expected that supervisors and managers promote an atmosphere wherein an Associate feels comfortable and free to share ideas, offer process improvement or product suggestions, ask questions, seek advice and counsel, or express concerns of a job-related nature with the assurance that no adverse consequences will result from this action. This is also consistent with our belief that job-related issues or concerns be addressed by the individuals who are closest to the situation. We also understand that some Associates may need to escalate an issue to another level because it was not resolved, or the issue may be of a serious nature (such as unlawful or unethical behavior or violation of company policy) and require another level of review. Therefore, if necessary, an Associate may share ideas or suggestions and discuss misunderstandings, dissatisfaction, or other matters beyond his or her immediate supervisor. Unless the issue is of a serious nature, we encourage Associates, as a matter of courtesy, to notify their immediate supervisor of their intention to escalate the matter to another level.

Associates typically begin by communicating issues with their immediate supervisor. In situations where the Associate does not feel it is appropriate to do so, or his/her concern has not been adequately addressed, he/she may go to the next level manager or to his/her local Human Resources Representative. If that approach is inadequate, an Associate may continue to escalate the issue by talking to the facility or department manager and ultimately, if necessary, Associates may call a confidential password-protected voice mail telephone hot line at 1-888-786-2949. Only members of a Corporate Compliance Committee will retrieve voice mail messages left on that telephone line.

The Human Resources Department is responsible for developing and revising this policy. Questions on the administration of this policy should be referred to the local Human Resources Representative.

MBCI-0472

# WORKING AT

# MBCI - AUBURN

MBCI-0473

# EQUAL EMPLOYMENT OPPORTUNITY POLICY

**Policy Statement**

MBCI is committed to a policy of equal employment opportunity for all applicants and associates. Under this policy, employment decisions shall comply with all applicable state and federal employment discrimination laws. In this regard, all employment decisions will be made without regard to race, color, gender, sex, religion, national origin, age, disability, veteran's status, or (in the case of U.S. citizens or intending citizens) citizenship. In addition, MBCI will not tolerate any unlawful discriminatory employment practice or procedure by anyone, including co-workers, team leaders, managers, executives and visitors. This policy applies to all employment practices and procedures including, but not limited to, recruiting, hiring, compensation, training, promotions, terminations and all other terms and conditions of employment. Any associate who believes that they have witnessed or been subjected to discrimination has an obligation to report the matter to the company in accordance with this policy.

**Definition of Discriminatory Conduct**

For purposes of this policy, discriminatory conduct is generally defined as; conduct which shows disrespect, hostility or aversion to an associate because of an associate's race, color, gender, sex, religion, national origin, age, disability, veteran status or (in the case of U.S. citizens or intending citizens) citizenship. Discriminatory conduct involves verbal, visual or physical conduct relating to race, color, gender, sex, religion, national origin, age, disability, veteran status or (in the case of U.S. citizens or intending citizens) citizenship, which interferes with an associate's ability to work. For more detailed information concerning what type of conduct constitutes unlawful harassment, and specifically sexual harassment, and what an associate should do if they either witness or are subjected to unlawful harassment, see the company's anti-harassment policy, a copy of which is contained in this handbook.

**Computer and Voice-Mail System** - Associates may not use the computer system or voice mail to create, send, or receive any information that could be defined as discriminatory conduct.

**Reporting Discriminatory Conduct** - Any associate who believes that they have either witnessed or been subjected to discriminatory conduct shall immediately report the discriminatory conduct to the company. Associates have a duty to report discriminatory conduct to the company in order to protect themselves, their colleagues and MBCI.

In order to ensure that a report of discriminatory conduct is properly recorded, an associate must report the discriminatory conduct to the Human Resources Manager, the Operations Manager or the Corporate Hotline at 1-888-786-2949.

**Associates who believe they have either witnessed or been subjected to unlawful harassment and specifically sexual harassment, should report the alleged harassment in accordance with the company's anti-harassment policy, a copy of which is contained in this handbook.**

All reports of discriminatory conduct shall be investigated. To the extent feasible, any complaint and investigation of alleged discrimination will be handled in a confidential manner. MBCI will not tolerate any retaliation against an Associate who makes a good faith report of discrimination. If the investigation reveals that the report has merit, disciplinary action, up to and including termination will be taken to remedy the situation. However, it is also important to understand that accusing an associate of discriminatory conduct is a serious matter. Consequently, MBCI reserves the right to discipline any associate who intentionally makes a false report of discriminatory conduct. False reports have the potential of causing harm to innocent parties and waste the company's time and resources.

MBCI-0474

## ANTI-HARASSMENT POLICY

### Policy Statement

MBCI is committed to a policy of equal employment opportunity for all applicants and associates. Harassment on any basis adversely impacts the morale and productivity of associates and the company will not tolerate such harassment in the workplace by anyone, including supervisors, managers, co-workers, clients, vendors, or customers.

### Definition of Harassment

Sexual harassment includes unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

(1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment,

(2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual, or

(3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment

### Other Forms of Harassment

MBCI similarly will not tolerate harassment based upon an individual's race, color, sex, age, national origin, religion, disability, veteran status, or (in the case of U.S. citizens or intending citizens) citizenship.

### Complaint Procedure:

Any associate who reasonably believes that he/she has either witnessed or been subjected to harassment in any form shall immediately report the discriminatory conduct to the Human Resources Manager, the Operations Manager or the Corporate Hot Line at 1-888-786-2949

### Investigation and Resolution of Complaint:

All reports of harassment shall be investigated. To the extent feasible, any complaint and the investigation of alleged harassment will be handled in a confidential manner. The company will not tolerate any retaliation against an associate who makes a good faith report of harassment. If the investigation reveals that the report has merit, disciplinary action, up to and including termination, will be taken to remedy the situation. However, it is also important to understand that accusing an associate of harassment is a serious matter. Consequently, the company reserves the right to discipline any associate who intentionally makes a false report of harassment. False reports have the potential of causing harm to innocent parties and waste the company's time and resources.

## DRUG FREE WORKPLACE & SUBSTANCE ABUSE POLICY

### POLICY STATEMENT

MBCI is committed to providing a safe, efficient and productive work environment for all associates. Associates who distribute, possess, sell, transfer, use, are under the influence or otherwise abuse drugs or alcohol in the workplace pose a safety risk to themselves and everyone around them. Impaired associates are prone to accidents and tend to be absent from work more often than unimpaired associates. Impaired associates also tend to be less reliable and less productive than unimpaired associates. Simply put, drugs and alcohol interfere with a safe and productive workplace.

MBCI desires to protect associates, customers, suppliers, and the public from accident, injury or property damage caused by associates who are unable to safely perform assigned duties because of problems associated with substance abuse. All associates are required to report to work free of alcohol, drugs, and the misuse of medications.

18

MBCI requires all of its associates, regardless of title or position, to adhere to this policy and cooperate in any investigation of alleged violations of this policy.

## TESTING OF ASSOCIATES

As a condition of continued employment, all associates are subject to drug and alcohol testing under the following circumstances.

(A)     Reasonable Suspicion.  An associate must submit to testing upon reasonable suspicion that he/she is under the influence of drugs or alcohol during the workday.

(B)     Post-Accident.

## INTERIM PERIOD

All newly hired employees of MBCI will be placed on a ninety calendar day interim period, which will commence upon date of hire.  At the Company's discretion, this interim period may be extended, due to extenuating circumstances.  During the interim period, you will have an opportunity to sit down with your supervisor and discuss your work performance, attendance, attitude and various other factors relating to your employment.  Upon successful completion of your interim period, you will acquire regular status.

## ASSOCIATE'S RECORDS

An associate's personnel file is a confidential record of employment and may be reviewed only by those at MBCI who have a need to know. As necessary, management associates may review an associate's file for performance information, consideration for promotions, transfer, or other actions affecting employment at MBCI operations. MBCI will maintain all medical-related documents in separate files in accordance with the provision of the American with Disabilities Act ("ADA").

The accuracy of personnel records is essential for the proper handling of many items of great importance, including emergency notification of family, income tax deductions, insurance coverage and other benefits MBCI provides. It is each associate's responsibility to notify the Human Resources Department of any change in home address, telephone number, emergency contact, and marital status to the extent applicable for benefits and beneficiaries or dependents.

## GARNISHMENTS

Garnishment or wage attachment, by law, must be withheld from an associate's pay. Responding to garnishments is a time-consuming and costly process for MBCI because this involves preparing additional payroll records and submitting documents to court officials. The company does not wish to become involved in the personal finances of its associates and, therefore, strongly encourages associates to resolve their financial disputes in order to avoid garnishment proceedings. This spares the company the cost involved in processing the garnishment and, in most situations, works to the associate's advantage.

19

MBCI-0476

## NO SOLICITATION POLICY

To prevent any interference by unauthorized solicitors, salespersons, etc., and to promote the safe and efficient operation of the plant, MBCI has established the following rules governing solicitation of associates on company property:

1. Persons not employed by MBCI are prohibited from soliciting associates or passing out literature on MBCI premises or property at any time.

2. There will be no solicitation of any kind by associates during work time. Work time includes only scheduled work time and does not include other times, such as, lunchtime, break time, or before and after working time.

3. Solicitations of any kind by individual associates for social, charitable, or any other purpose is permitted only during non-work time and in non-work areas, provided that the associates being solicited are also on non-working time.

4. Literature for social, religious, charitable, or other organizations may not be distributed in working areas or on working time. Violation of these rules can lead to disciplinary action.

Associates having any questions concerning this policy should contact the Human Resources Manager.

## POSITIVE REINFORCEMENT

We believe that many of our associates will contribute positively to the safe, orderly, and productive operation of our business. These associates will grow and prosper as a result of planned training and coaching, application of rules and regulations, effective communication, and involvement in the improvement of work processes and decisions about their work. Working in a positive environment that includes positive reinforcement for significant achievement that furthers team goals will enhance personal motivation.

Positive reinforcement is any action taken to recognize, maintain, or reward desired behavior or performance. Examples of recognition include:

- Verbal praise or expression of thanks
- Letter to associate recognizing specific behavior
- Verbal recognition of associate at team meeting, plant-wide meeting, etc.
- Newsletter article or bulletin board posting recognizing an associate or team
- Recognition certificate acknowledging behavior that reinforces MBCI Values
- Personal expression of gratitude from one associate to another

## CORRECTIVE ACTION

Unfortunately, some associates may not perform to standards or exhibit behaviors that enhance team success or help satisfy our customers' needs. For these instances, performance improvement may have to be addressed by corrective action or termination.

Examples include:

- **Coaching** - verbal one-to-one discussion to identify and try to correct deviations from acceptable behavior or performance.
- **Written Notice** - any form of written notification issued to the associate and placed in his/her personnel file that details the negative effects the behavior or performance is having on the team.
- **Written Notice(s)** - receiving three (3) written notices of any kind for any reason, including a combination of written notices for performance/conduct and/or attendance during any 365-day period will lead to termination of employment.

MBCI-0477

It is important to note that these three examples are not the only forms of corrective action which may be taken by MBCI and are not necessarily progressive in nature. MBCI may determine, at its discretion, that certain offenses warrant a certain form of corrective action, including termination without prior notice.

## CONDUCT POLICY

How we conduct ourselves every day with each other and with customers is a major part of our overall job responsibility. The behavior and conduct displayed by each MBCI associate is just as important as the quality and quantity of each associate's work. Positive behaviors promote cooperation and teamwork among associates, provide a safe work place, and provide the basis for our continued success. Only through total cooperation and support by everyone can we accomplish these objectives. Any associate who cannot or will not cooperate in the accomplishment of these objectives will not be allowed to remain a member of the MBCI team. Examples of the types of behavior and/or performance that promote team success include:

- conduct and behavior consistent with MBCI Values
- using safe work habits
- exercising care while using company property or equipment
- maintaining clean and sanitary housekeeping conditions
- honesty
- team cooperation
- enhancing the company's reputation
- continuously improving work processes or solving work problems
- producing work at high quality levels
- helping fellow associates
- regular and prompt attendance at work
- using conduct away from work which enhances the company's image
- going beyond the call of duty - working overtime when needed
- assuming additional responsibilities
- being results oriented and accomplishing team objectives

We will attempt to positively reinforce those behaviors, which promote team success. The degree and frequency of positive behavior and/or performance will determine the appropriate reinforcing technique.

We will take corrective action whenever behavior or performance falls below acceptable standards or has a negative impact on team success. The appropriate corrective action will be based on the severity and/or frequency of the unsatisfactory behavior or performance that would normally result in either coaching or written notice. Examples of unsatisfactory behavior include:

1.  idleness on the job, inattention to job duties, wasting time, or leaving the job without the team leader's approval

2.  unauthorized solicitation, use of bulletin boards, canvassing, selling, or any type of gambling on company premises

3.  smoking, eating, or drinking in non-designated areas

4.  absenteeism

5.  carelessness that results in or could result in damage or loss

6.  horseplay which results in or could result in personal injury or property damage

7.  reckless use of company or personal vehicles on company premises or while acting as an agent of the company

8.  failure to properly report absence or late arrival to work

21

MBCI-0478

9. failure to perform quantity and/or quality standards or expectations

10. creating or contributing to unsanitary conditions or poor housekeeping practices

11. failure to follow established safety rules/procedures or wear/use required safety equipment

12. failure to perform job assignments as directed

The above listing does not include all circumstances when behavior or performance may negatively impact team success and which may warrant corrective action. As noted previously, all individuals are employees at will and should be aware that they may be terminated for any of the above listed offenses if the company, in its sole discretion, determines that the circumstances so warrant.

There are certain actions which, because of their nature, are in such conflict with the goals and values of MBCI that their occurrence may result in immediate termination. Conduct that causes harm or injury to the health, safety, or well-being of our associates, damage to our associate's property or the property of the company, or conduct that undermines the authority of associates in leadership positions will not be tolerated. Additionally, conduct, which compromises basic citizenship responsibilities of integrity, honesty, and common decency, is not acceptable. Some examples of misconduct, which may result in immediate termination, include:

1. gross negligence or acts which result in or could result in personal injury or damage to property or equipment

2. unauthorized use or possession of company tools or equipment

3. refusal or failure to perform an assigned task or follow established procedures

4. sabotage, restriction of output, industrial espionage or other acts which may affect the security and well-being of the company, our associates, and/or our customers

5. possession/use or being under the influence or alcohol, illegal drugs, or controlled substances not prescribed for the associate by a licensed practitioner and /or the use of legal drugs in a manner not prescribed by a licensed practitioner on company premises or while acting as an agent of the company or otherwise violating the company's substance abuse policy

6. failure to notify the company of working under the influence of a controlled substance provided by a licensed practitioner for the associate which may impair the Associate's ability to perform his/her job in a safe manner

7. falsification of records or other administrative dishonesty, i.e., misrepresentation of written or verbal facts

8. theft or unauthorized possession of company or associate property

9. hindering or interfering with another associate's work

10. violation of any safety procedure

11. abusive, inflammatory, profane or intimidating language or behavior

12. engaging in any type of physical altercation with anyone on company premises

13. harassment, as covered in the company's anti-harassment policy, or discrimination, as covered in the company's equal opportunity policy

14. behavior or conduct inconsistent with the company's weapons policy

15. clocking another associate in or out or allowing another associate to clock you in or out; failure to clock in and then reporting to work to avoid being late; or any other misuse of the time and attendance system

MBCI-0479

16. absence from work for three (3) consecutive work days without proper notice, or for an unacceptable reason

17. misconduct away from company premises that results in a conviction of a felony or incarceration for a period of more than five (5) working days

18. sleeping on the job

19. receiving three (3) written notices of any kind for any reason, including a combination of written notices for performance/conduct and/or attendance during any 365 day period

20. misconduct which is inappropriate or unreasonable given the circumstances and is comparable to one or more of the other items in this listing

It is our desire that no associate engage in such negative behavior to warrant termination, but because such behavior is harmful to the objectives of our company, this remedy will be exercised when appropriate, as determined in the company's sole discretion. Again, the above listing is not all-inclusive of behavior that is detrimental to our success, but it does serve as a guideline for actions that undermine a harmonious and productive work force.

Neither this document, nor any other Company document, constitutes a contract or agreement of any kind. From time to time, employees may be informed orally or in writing of changes in Company rules, including additions and deletions. The company reserves the right to change policies at any time with or without notice.

## ATTENDANCE POLICY

Every associate's position is essential to the operation of our facility. Any absence or tardiness from the job creates a hardship to fellow team members and the business as a whole. We also understand that, from time to time, it might be necessary to be away from work. Therefore, the following procedures have been established:

**Reporting Absences:**

Whenever you know in advance that you will be late or absent from work, you must make the fact known to your team leader. On the day of your absence or late arrival, you are required to call and report any full absence or any late arrival to work of more than two (2) hours. This reporting must be accomplished prior to the beginning of your scheduled starting time. The reporting of your absence gives your team leader the opportunity to plan work around your absence.

Reports of absence by associates must be communicated to the call-in phone line at 334-502-1017. Call-in logs are maintained in the Human Resources Department.

Each consecutive day of absence must be reported individually unless, (1) you have obtained an approved leave of absence, (2) submitted a physician's statement beforehand as to the length of the absence, or (3) presented a copy of a jury duty summons or subpoena to the Human Resources Department prior to reporting to court. Any associate traveling out of town will be excluded from the call-in requirement as long as notification is given the day before to your Team Leader and recorded in the call-in log in Human Resources. Although MBCI recognizes that associates will be absent, from time-to-time, due to non-medical reasons, all absences must be for legitimate purposes.

## UNACCUMULATED HOURS/TIME:

Absences and tardiness meeting the following criteria **WILL NOT** count towards the accumulation of hours:

1. Personal or family illnesses accompanied by a written medical authorization. Medical authorization is a written statement from a physician, dentist, or optician for the associate, spouse, children, or parents. Only those days indicated on the medical authorization, submitted within ten (10) working days of the absence, will be considered to be excused hours. In order to provide all associates with a reasonable opportunity to visit a doctor, all associates will have a twenty-four– (24) hour period beginning with the start of their absence in which to visit a physician. The doctor's statement must include the patient's name, as well as date and time of the visit.

23

MBCI-0480

The original of the note is to be given to the Human Resources Department.

2. Approved leave of absence, including under the company's family and medical leave policy, a summary copy of which is contained in this handbook.

3. Prior notification of jury duty, military duty, or subpoena served requiring you to appear in court.

4. Absences due to the death of an immediate family member, which is accompanied by written verification. See bereavement leave policy.

5. Absences associated with on-the-job injuries or illnesses (worker's compensation) provided the absence is medically authorized.

Associates are encouraged to schedule regular doctor, dentist, or optician visits during non-working hours to the degree possible.

## ACCUMULATED TIME

Those absences not listed above will be considered towards the following policy:

1. **UNREPORTED ABSENCES:** Any associate who is absent from work three (3) consecutive days without proper notification will be considered to have voluntarily quit and will be removed from employment.

2. **TARDINESS:** Tardiness is the late arrival to your work station at the start of your shift or the late arrival back to your work station at the end of your scheduled lunch or break period. The action taken for accumulated tardiness in any six-month period is as follows:

   A. **Sixth** occasion in any six- (6) month period results in a **WRITTEN NOTICE.**
   B. **Seventh** occasion in any six- (6) month period results in a **WRITTEN NOTICE.**
   C. **Eighth** occasion in any six- (6) month period results in **DISCHARGE.**

3. **ATTENDANCE:** The action taken for accumulated absences in any six (6) month period is as follows:

   A. **Thirty-two (32)** hours absent in any six- (6) month period results in a **WRITTEN NOTICE.**
   B. **Forty (40)** hours absent in any six- (6) month period results in a **WRITTEN NOTICE.**
   C. **Forty-eight (48)** hours absent in any six- (6) month period results in **DISCHARGE.**

Partial day accumulated absences (late in or early out with notice) will be included towards the accumulation of the above hours.

A six- (6) month period is considered to be any consecutive 182- calendar day period. The following example illustrates how an associate could receive multiple notices for 32 hours absence within different 182 periods:

| | |
|---|---|
| 5/5/98 | 8 hours |
| 6/8/98 | 8 hours |
| 7/22/98 | 8 hours |
| 10/30/98 hours | total = 32 within 182 day period |
| 11/14/98 hours | total = 32 within 182 day period |
| 11/30/98 hours | total = 40 within 182 day period |

- In this example, the associate had 32 hours accumulated on October 30, 1998 and received a written notice.
- On November 14, 1998, after 8 hours had been eliminated from a previous 182 day period, the associate again accumulated 32 hours within a 182 day period and received a written notice.
- On November 30, 1998, after 8 hours had been eliminated from a previous 182 day period, the associate again accumulated 32 hours within a 182 day period and received a written notice.
- In this example, the associate had three written notices within a 365- day rolling period as of November 30, 1998, which would result in termination of employment.

24

MBCI-0481

Although the company will attempt to communicate the total tardiness and hours of absenteeism, it is each associate's responsibility to be aware of both their hours of absenteeism and tardiness. The appropriate corrective action will result regardless of prior notification.

**Total Absenteeism:**

Whenever any associate's absence from work reaches ninety-six (96) hours for any six (6) month period for any reason, the company will review the situation to determine if any undue hardship is developing and what action, if any, is required. Military duty, jury duty and approved time taken under any statutorily protected leave, such as the Family Medical Leave Act will be excluded. Termination is an option, however, if the situation warrants, the company will consider offering up to thirty- (30) days of personal leave to provide the associate an opportunity to correct whatever problems are causing this absence from work. Regardless of whether a leave is offered or accepted, it must be stressed that continued absenteeism will result in termination.

**Recognition:**

Any associate who does not miss any scheduled time from work, for any reason, other than the taking of approved leave under the Family and Medical Leave Act ("FMLA") for any separate 365 - calendar day period will receive an award.

## PROMOTIONS/JOB CHANGES

When an hourly job opening becomes available, MBCI offers current associates an opportunity to be considered for the position. Open positions will be posted for two (2) working days and associates must apply within the given period. Associates must meet the minimum qualifications and be able to perform the essential functions of the job (with or without reasonable accommodation) to be considered. Positions will be filled according to qualifications.

**Eligibility to Apply:**

1. New hires must be in their existing department and classification for at least six (6) months before being eligible to sign a job posting for any department or classification.

2. Associates who are awarded the position may not be considered for another job posting for 12 months.

**Good Standing Requirement:**

Associates on disciplinary notice may not be considered for open positions. Any written notice within the last 12 months will make an associate ineligible for job openings.

If there are no eligible or qualified internal applicants for the opening, the company may fill the vacancy from any other source.

## TEMPORARY TRANSFERS

There may be times when an associate is asked to perform different jobs. When such a transfer takes place, the associate will normally maintain their current wage rate. Associates temporarily transferred to jobs in higher salary bands may be eligible to receive a temporary wage increase to the lowest step in the salary band offering the associate an increase.

MBCI-0482

## WEAPONS IN THE WORKPLACE POLICY

MBCI is committed to providing a safe working environment for all of its associates. Therefore, all applicants, prospective associates, customers, visitors, and/or associates of MBCI are prohibited from using or possessing weapons of any kind, concealed or otherwise, at any time while on the premises of any of MBCI's facilities.

This policy also applies at all times when associates are engaged in conducting business on behalf of MBCI, its companies or subsidiaries or when associates are attending any functions held or sponsored by MBCI, its companies or subsidiaries, whether such associates are on or off company premises. Compliance with this policy is expressly made a term or condition of employment and/or continuing employment with MBCI.

In connection with this policy, MBCI reserves the right to search or inspect any company property, as well as any associate, visitor, customer, vendor, etc., including any vehicle, package, container, bundle, etc., in the possession of said individual(s) for the presence of a weapon prohibited by this policy.

A representative of the Human Resources Department, security personnel and/or facility management will conduct all searches, when circumstances or workplace conditions warrant it. All decisions related to whether a search will be conducted and the manner in which a search will be conducted will be made in a lawful manner, consistent with this policy by the designated representative(s).

Associates may be requested to voluntarily submit to a search of his/her possessions, including any vehicle parked on company premises. Should an associate refuse such a request, MBCI may infer that the associate has violated the terms of this policy and the associate will be subject to appropriate discipline.

Any prospective associate, or associate who violates this policy is subject to disciplinary action, up to and including immediate discharge without prior warning.

Applicants, customers, vendors, and visitors who violate this policy are subject to immediate removal from any MBCI facility.

MBCI reserves the right to refuse to re-admit onto its premises any individual who violates this policy.

* Notwithstanding the previous policy statement, the Company reserves the right to terminate employment at any time with or without cause.

26

MBCI-0483

# YOUR PAY AND BENEFITS

# MBCI - AUBURN

MBCI-0484

## COMPENSATION

It is our objective to pay wages and benefits that are competitive for the area and for our industry. Periodically, we compare our compensation program to that of other manufacturing companies in the area to determine if this position is being maintained. This survey, along with factors such as 1) the company's success, 2) our plant success, 3) manufacturing costs and 4) market and economic conditions, will be evaluated to determine what wage and benefit adjustments are appropriate, if any.

## OVERTIME

When operating requirements or other needs cannot be met during regular working hours, associates may be scheduled to work overtime hours. Every reasonable effort will be made to give as much advance notice of overtime as possible. Overtime assignments will be distributed as equitably as practical to all associates qualified to perform the required work. Failure to work assigned overtime will be counted as hours missed as related to the attendance policy.

Overtime will be calculated as one and one-half times the associate's straight time hourly rate and will be paid for all hours performed in excess of forty (40) hours per week. Time not worked due to a holiday or paid vacation will be considered as time worked for the purpose of computing overtime. Overtime can only be worked with express authorization from a team leader.

## REPORT-IN-PAY

Associates who report to work in accordance with their assigned working hours, and without previous notice that work is not available, will be paid a minimum of four (4) hours pay at their straight time rate. This will not be applicable where the inability to provide work is beyond the control of the company (including, but not limited to, major machinery breakdown, fire, flood, power or fuel failure, hurricane, or other act of God). Report-in allowance hours count as time worked toward weekly overtime.

## CALL-IN-PAY

An associate who is called in for emergency duty outside his or her regular working hours will be paid a minimum of four hours pay at the base rate. Should call-in time actually worked involve overtime, the associate shall be paid overtime premiums for hours actually worked. An associate, who is called in prior to his or her regular shift starting time, and who continues to work through the regular shift will not be paid call-in-pay.

## SHIFT DIFFERENTIAL

Associates working on second or third shift will be paid a shift differential in addition to the regular rate for all hours worked.

## JURY DUTY

MBCI recognizes that jury duty is the obligation of all citizens and encourages all employees to fulfill this obligation. Associates called for jury duty will be excused from work for the period of time they are required to serve without loss of compensation, however, associates are expected to return to work anytime they are not needed in the courtroom. Associates will be required to furnish their team leader and the Human Resources Department with the notice from the court prior to and following jury service. Additionally, payments received from the court will be deducted from the associate's pay. (In Alabama, payments received for circuit courts are considered expense allowance and will not be deducted.) Associates will receive their regular pay, not to exceed eight (8) hours per day regardless of the number of hours an associate is scheduled to work.

MBCI-0485

## BEREAVEMENT LEAVE

Associates will be allowed time off for bereavement leave when there is a death of an immediate family member. An immediate family member includes mother/father, spouse, brother/sister, stepmother/father, child(ren), step brother/sister, grandparents, step-child(ren), brother/sister-in-law, mother/father-in-law, legally adopted child(ren), son/daughter-in-law, step mother/father-in-law, grandchild(ren). Funeral leave where the relationship is to the employee's spouse will be limited to the immediate family member of the employee's current spouse. Associates will be paid their regular straight time hourly rate for hours lost from their regular work schedule on the following basis:

- Pay (for scheduled straight time hours) will be provided for up to three (3) consecutive workdays including the day of the funeral.
- Pay will be made only for funeral leave falling on an employee's regularly scheduled workday(s).
- For the purpose of computing Funeral Pay, a day consists of eight (8) hours regardless of the number of hours an employee was scheduled to work.
- Written verification of death/relationship is required to provide bereavement benefits.
- Funeral pay does not count toward overtime hours.

Though we realize that different people feel closer to different relatives, those listed above are the only ones we can include in this policy. Should the occasion arise that an associate needs the time to attend the funeral of an aunt, uncle, other relative, or close friend, arrangements can be made through the Team Leader to be absent. The time taken will count towards accumulated hours or the associate may use vacation.

## CHOICE PLUS
## EMPLOYEE BENEFITS FOR REGULAR FULL TIME EMPLOYEES

Benefits, services, and conveniences offered by the company to help provide protection and assistance to you and your family have a value of over one-fourth of your base pay.

To offer benefits that fit your individual needs, MBCI offers you the opportunity to participate in a Flexible Benefit Program known as ChoicePlus.

Coverage selected under Choice Plus becomes effective on the first day of the calendar month coinciding with or following the date you complete 30 days of continuous employment. Coverage is only available to full time Associates. Part-time and temporary Associates are not eligible for these benefits.

Some Highlights of ChoicePlus are:
- Group Medical Insurance which includes a prescription card
- Dental Insurance
- Vision Insurance
- Life Insurance
- Optional Life Insurance for your spouse and children
- Short Term Disability
- Optional Flexible Spending Accounts for Health Care and Dependent Care

If, for some reason, during the calendar year you do not receive a payroll check, your costs for insurance coverage or other benefits will accumulate and be deducted from your next check.

If during the year a change to your family status occurs, you must notify Human Resources within 30 days of such change. A change in family status is defined as marriage, divorce, annulment, legal separation; death of an employee's spouse or child; birth or adoption of a child; termination or commencement of employment of the employee's spouse; a change in the health coverage of the employee or the employee's spouse attributed to the spouse's employment; or dependents loss of dependent status under the plan.

You will be provided with a summary plan description for each of the insurance coverages or benefits that you elect to receive under ChoicePlus. These summaries will contain a description of the coverages or benefits. You also

29

have the right to inspect or obtain a copy of the complete plan document. In the event of any conflict between the above description of the Plan, the summary plan description, and the actual plan document, the actual plan document will control.

## CONTINUATION OF HEALTH INSURANCE

By law, you may be eligible to continue your present level of health insurance under MBCI's Group Health Insurance Plan, at your own cost for up to eighteen months, if your employment at MBCI is terminated or if your hours of employment are reduced. You will be notified of the options available to you.

Your spouse and any dependent children have this same option if they are covered under MBCI's Group Health Insurance Plan. They may also elect to remain covered under this plan if coverage is lost because of (a) your death, (b) your divorce, legal separation or annulment; (c) your entitlement to Medicare; or (d) a dependent child ceasing to be a "dependent child" under the plan. However, in the event of (b) or (d), notification by you or your spouse must be made within sixty days in order to continue coverage. If any of the above events occur, please contact the Human Resources Department as soon as possible for further assistance because of certain legal requirements. Because of changes in the law as well as changes in health insurance benefits, continuation and conversion of benefits may change also.

## EMPLOYEE SAVINGS PLAN

To assist you with saving for now and for the future, MBCI offers an Employee Savings Plan where you can elect to have 1 to 21% of your paycheck invested in various accounts to save for retirement purposes. You are eligible to participate immediately following your date of hire. The company will match dollar for dollar the first 3% that you contribute and 50 cents for every dollar on the next 2% that you contribute. The Human Resources Department will provide further details about the program.

## HOLIDAYS

The company offers 10 paid holidays each year:

| | |
|---|---|
| •New Years Day | •Friday after Thanksgiving |
| •Good Friday | •Christmas Eve |
| •Memorial Day | •Christmas Day |
| •Labor Day | •New Years Eve |
| •Thanksgiving Day | •One (1) Floating |

Holiday Pay Eligibility:

- If you are on the payroll the first of the month following 30 days of employment **and**
- You worked your last regularly scheduled full work shift before the holiday **and**
- You worked your first regularly scheduled full work shift after the holiday **or**
- You are on paid vacation during approved medical leave under the Family Medical Leave Act.    *No, if FM or VA okay*

If you work on a paid holiday, you will receive one (1) day of holiday pay, plus one and one-half times your regular rate of pay for each hour worked.

30

## VACATION

Following is the vacation policy for MBCI - AUBURN:

**Eligibility:**

1. **Base Year**
   The vacation base year is the twelve- (12) month period from January 1st through December 31st.

2. **Vacation Time**
   Associates must work 6 months in order to be eligible for vacation and will receive vacation time off with pay as set below:

| Employment | Vacation Time |
|---|---|
| 6 months -----1 year | 5 days (40 hours) |
| 1 year---------10 years | 10 days (80 hours) |
| 10 years and above | 15 days (120 hours) |

**Vacation Pay:**
A.  The vacation rate of pay will be an associate's normal base rate.
B.  Associates will need to ensure that vacation taken is indicated in their time records. Payment for less than a week of vacation (40 hours) will be included in the next regular paycheck upon returning from vacation. Associates may request payment in advance for a full week of vacation provided the Associate notifies the Human Resources Department at least two weeks prior to the vacation.
C.  Associates with more than two (2) weeks of vacation may decide to use only two weeks. Unused vacation will be paid out the following January. For example, an associate with three (3) weeks of vacation uses one (1) week for a trip, one (1) week for a holiday shutdown in December, and decides not to use the other week. In this case, the third week would be paid out at the beginning of the next vacation base year.

**Scheduling:**
A break from the usual day-to-day routine is beneficial for all associates. Vacation must be used for scheduled plant shutdowns. Vacation days may also be used for periodic shutdowns due to business needs, such as one-day shutdowns due to material availability or lack of customer orders. Vacations taken other than at these times should be scheduled as far in advance as possible. If scheduled by February 28th, the associate with the most continuous service (plant seniority) will be given preference for the time off. If scheduled after this date, it will be a first-come, first-served basis, based upon business need and individual consideration. Each team leader will determine the maximum number of associates who may be on vacation from the department during the same week. Vacation may be taken in increments of half or full days.

**Policies and Definitions:**
A.  For purposes of vacation, "continuous employment" is defined as employment with MBCI uninterrupted by absence due to discharge (unless reinstated within thirty (30) days), voluntary severance of employment, or retirement.
B.  Associates leaving employment will receive any unused vacation.

## PERSONAL LEAVE OF ABSENCE

MBCI realizes that there may be unusual circumstances when you may request to be away from work for personal reasons for an extended period of time. MBCI will consider granting a personal leave of absence, for the particular period in which you request, to be away from your job. Personal leaves will not be granted for any period less than five (5) working days. It may be granted for periods up to thirty (30) days, but may be renewed or extended by MBCI if circumstances permit. If you are on personal leave for 30 days or more, you will be required to take a drug test as a condition of returning to your job. Unused vacation will need to be used first before unpaid personal leave of absence time is granted. Approval must be obtained from your Team Leader, the General Manager and the Human Resources Manager.

31

MBCI-0488

An approved leave of absence protects the continuity of your employment, but is time lost from work for purposes of determining pension, vacation and holiday pay. It does not guarantee your exact position upon returning to work. Any extended period of leave may require self-payment of benefits.

## FAMILY MEDICAL LEAVE

Associates are eligible for leave under the Family Medical Leave Act (FMLA) after working at least 12 months and 1250 hours in the 12 month period immediately preceding the leave. Eligible associates may request leave under the federal Family Medical Leave Act (FMLA) for the following reasons:

- birth and care of an associate's newborn child within 12 months after the date of birth;
- placement of a child with the associate for adoption or foster care within 12 months after the date of placement;
- to care for the associate's spouse, child, or parent with a serious health condition; or
- The associate's own health condition prevents him/her from performing the essential functions of their job.

Contact the Human Resources Department for further information.

## MILITARY LEAVE

MBCI supports the citizen/soldier philosophy upon which our country was founded. We ask those involved in National Guard/Reserve units to try and schedule any active duty service with the needs of our business in mind. Any associate who is a member of the armed services of the U.S. government will receive a leave of absence in accordance with federal rules governing military leaves of absence. Any associate leaving a position, other than a temporary one, with the company for training and service in the U.S. Armed Forces will be eligible for reinstatement in accordance with federal regulations regarding veteran's rights and reinstatement.

## SHORT TERM DISABILITY

MBCI provides compensation for lost time if any associate is injured off the job or becomes seriously ill. Any associate who has an off the job injury may be eligible to receive benefits beginning the first day of lost time. There is a seven- (7) day waiting period for lost time due to illness; no waiting period applies to accidents. Disability claims forms are available from the Human Resources Department.

## CABINET PURCHASE PROGRAM

Associates may purchase MBCI products at a very favorable discount. Please see the Human Resources Department for further details.

## EMPLOYEE ASSISTANCE PROGRAM (EAP)

An employee assistance program (EAP) is an extra benefit for MBCI associates. This program is provided to help associates and their immediate family members with problems in a confidential manner. Some of the types of problems the EAP helps with include family, marriage, depression, fear, anxiety, children, substance abuse, and stress. Posters are on associate bulletin boards and EAP pamphlets are available from the Human Resources Department.

## EDUCATIONAL ASSISTANCE

MBCI offers educational assistance in the form of tuition reimbursement to all associates who are in good standing. Courses must be job related, part of a degree program, and approved in advance by the associate's team leader, Operations Manager and Human Resources Manager. MBCI will pay 100% of the tuition and eligible fees for up to eight (8) courses each calendar year providing they are part of an approved degree program at a government sponsored college, university or trade school. Should the associate choose a private non-government university, MBCI will reimburse up to the cost of comparable classes at a public university. Any costs over and above the public institution rate are the responsibility of the associate.

MBCI-0489

All courses will initially be paid by the associate who must present the Human Resources Department with a receipt of tuition paid and documentation showing the grade received. The associate will then be reimbursed upon receiving a letter grade of A, B, C or pass (under a pass-no pass option).

Reimbursement will only be made to those who submit and secure prior approval of their Application for Tuition Assistance Form which is available from the Human Resources Department.

## PRESCRIPTION SAFETY GLASSES

For safety, approved safety glasses are required in all manufacturing areas. MBCI provides non-prescription safety glasses to all associates, and also offers financial assistance to those associates requiring prescription safety glasses. MBCI will reimburse up to $125 towards an associate's safety glasses every two- (2) years (exams are excluded from reimbursement). See the Human Resources Department for authorization forms and additional information.

## SCHOLARSHIP PROGRAM

This program offers education opportunities to qualified young men and women who are dependent children of full-time associates of our company who have been employed one year prior to January 15th of the year in which the scholarships are awarded.

Scholastic achievement and financial need of the applicant will be considered in awarding these scholarships. There is no restriction on the field of study or the ultimate career of the applicant.

To obtain an application, please contact the Human Resources Department.

33

MBCI-0490

# ON THE JOB AT

# MBCI - AUBURN

MBCI-0491

There is sufficient parking available for all associates. Associates should obey all traffic signs and be considerate of fellow associates. The company will not be responsible for damage or theft of an associate's vehicle or its contents.

## VISITORS

All visitors must go to the front desk to sign in and must be escorted if they need to travel through the manufacturing or office areas of the facility. Appropriate personal protective equipment must also be worn in the manufacturing areas. All visitors must also abide by the company entanglement policy for the dept. being visited.

## LUNCHROOM AND RESTROOMS

Our company will do its best to provide all associates with clean and sanitary lunchroom and restroom facilities. Every associate using the lunchroom is responsible for putting used food wrappers, beverage containers, etc. in the appropriate receptacles. Food spills should be cleaned up immediately as not to create a safety hazard. We ask for everyone's cooperation.

## CLOTHING

Associates should wear clothes appropriate to their work environment and job duties, free of any possible safety hazards such as too-baggy or torn clothing, open-toed or open backed shoes, and sandals. The wearing of suggestive attire or other inappropriate work clothes (examples include but are not limited to: cut off jeans, short-shorts and halter tops) are not permitted. Tank tops are to cover the upper body appropriately. Walking shorts may be worn but are to be moderate in length.

T-shirts should not contain any offensive language or pictures of drug plants or language that sponsors drug use, and pictures/drawings that are insulting to others.

Any associate not meeting the standard of this policy will be subject to corrective action, which may include clocking out and leaving the premises to change. Disciplinary action could also follow depending on the circumstances.

## FOOD & BEVERAGES

Food consumption is permitted only during break and lunch periods and should be consumed only in the lunchrooms, outside the facility at the picnic tables or in designated smoking areas. Eating in work areas is not permitted. Beverages will be permitted in the plant only if in sealed bottles such as sports water bottles or travel style sealed coffee mugs. Paper or foam cups with lids and straws are not allowed.

## SMOKE-FREE WORKPLACE

MBCI has a responsibility to maintain a safe workplace. In accordance with this responsibility and the overwhelming evidence that smoking is a health hazard to both the non-smoker and the smoker, we have a smoke-free work environment. Smoking is permitted outside the building in designated smoking areas. Smoking is not permitted during fire drills.

## PROPERTY REMOVAL

In an effort to account for rejected material, associates may not remove any material from the plant, unless specifically permitted. Additionally, only warehouse associates or team leaders are authorized to move and transact material into or out of any warehouse location. Associates violating these policies will be subject to disciplinary action up to and including dismissal.

35

MBCI-0492

## HOURS OF WORK

Associates work schedule may vary based on production and season. Team leaders will advise their associates of the work schedule as necessary. There is no guarantee of hours of work per day or per week, or days of work per week.

## TIME RECORDS

Badges must be scanned in at the beginning of each associate's shift and out at the end of their shift. Associates are not allowed to scan other associate's badges.

**Scan-In Procedures - Start of Shift**
Associates must scan in no earlier than fourteen- (14) minutes before the start of their shift and must be in their work area at the start of their shift.

* Associates scanning in at or after the assigned time their shift starts will be considered tardy. Associates scanning in one (1) or more minutes after their shift starts will have time rounded to the next one-tenth (1/10) hour for purposes of wage payment.

**Scan-Out Procedures – During Shift**
Associates who leave the premises during normal work hours (i.e. personal reasons, lunch, etc.) must scan out when leaving and scan back in when returning.

**Scan-Out Procedures - End of Shift**
Associates must scan out immediately after their shift ends unless authorized in advance by their team leader to work longer than their assigned work shift for that day.

Violations of the scanning policy will be handled under the Conduct/Attendance policy.

## BREAKS

Associates are given two ten minutes breaks and one lunch break. Break times may vary by department, depending on production needs.

## LUNCH PERIOD

Hourly associates are allowed one half hour (unpaid) for lunch. Lunch periods are scheduled by departments in the middle of the shift.

## PAYDAYS

Hourly associates are paid weekly on Friday's. If the payday falls on a holiday, the payday will be the last working day prior to the holiday. In order to have anyone, other than yourself, pick up your paycheck, your written authorization is required.

Associates must have their paycheck deposited directly into their checking or savings account (or both). Please see Human Resources for the necessary form.

MBCI-0493

## COMPANY SERVICE

One loses company service and status as an associate and is removed from the payroll when he/she:

- quits
- is terminated
- is absent without notification for three (3) consecutive work days, unless excused by the company
- is on a leave of absence (other than for worker's compensation) for an amount of time greater than the accumulated service at the time the leave begins or one (1) year, whichever is less
- accepts or engages in any other employment while on leave, disability or worker's compensation leave
- is on lay-off for an amount of time greater than the accumulated service at the time the lay-off began or six months, whichever is less
- fails to report for work following a callback or leave of absence
- retires

## SEPARATION

- To be considered for rehire, the company requires a minimum of two- (2) week's notice.
- All associates leaving MBCI are encouraged to complete a separation interview in Human Resources.
- Updated addresses and forwarding information is necessary for proper delivery of benefit and tax information.

## LAY-OFFS/RECALL

MBCI hopes that lay-offs will not be necessary. However, conditions may occur that make it necessary to reduce the number of associates working. Associate's performance, skill, flexibility, team participation and attendance will be used as lay-off criteria, with seniority used as a tiebreaker.

It is the responsibility of associates who are on lay-off to keep the company informed of any change in home address or telephone number. Failure to do so may result in forfeiting the right to return to work.

Recall will normally be in the reverse order of the lay-off and will be on an equitable basis, within operational limits. The ability of an associate to perform a needed skilled job that he/she held at the time of lay-off will be a determining factor in the order of recall. The company will attempt, within operational considerations, to return laid off associates to their former positions and classifications.

An associate on lay-off will be terminated in the event their lay-off lasts longer than their accumulated service or six (6) months, whichever occurs first. Anyone eligible for rehire will be considered for future openings if a request for rehire is submitted. The request for rehire must be submitted within thirty (30) days of termination.

## PERFORMANCE FEEDBACK

Performance feedback helps to align our vision and values. Constructive feedback helps us to continuously improve, which is a key value. This process enhances communication between team leaders and associates as to expectations and achievements and is not meant to highlight disciplinary problems or to determine a compensation package. Its focus is on personal development, communication and recognition.

## PERSONAL BUSINESS/CELL PHONES

Associates may not conduct personal business on work time. Personal phone calls will not be accepted, except for medical emergencies. Associates may not use cell phones during work time. Cell phone use should be restricted to breaks or lunch times. Disciplinary action could result for repeated violations.

Employment verifications for active associates will be performed only with respect to position and dates of employment unless the associate provides written authorization to release additional information.

MBCI-0494

## INCLEMENT WEATHER

The plant will always be open. The Human Resources Manager will determine if the weather is severe enough to excuse those arriving late to work. However, if a government authority, i.e., governor or mayor, asks citizens to stay home and off the roads, then the time missed will be considered excused time per the conduct and attendance policy and not counted against perfect attendance. Any associate unsure of the weather's status should still come into work.

MBCI-0495

## INCLEMENT WEATHER

The plant will always be open. The Human Resources Manager will determine if the weather is severe enough to excuse those arriving late to work. However, if a government authority, i.e., governor or mayor, asks citizens to stay home and off the roads, then the time missed will be considered excused time per the conduct and attendance policy and not counted against perfect attendance. Any associate unsure of the weather's status should still come into work.

MBCI-0496

# SAFETY - A BIG PART OF EVERYONE'S JOB

## MBCI - AUBURN

MBCI-0497

## SAFETY AND HOUSEKEEPING

The importance of safety cannot be overemphasized. Safe work habits are vital to your job. More accidents are caused by an associate doing something they should not, than by an unsafe condition. Accidents are costly both to the associate and the Company. It is MBCI's aim to provide you with sufficient safety and protective equipment and training to ensure good safety procedures.

A clean and orderly work area promotes safety and accidents are less likely to happen. It also contributes to the overall appearance of the plant. Help keep our plant safe and pleasant by keeping your work area clean and orderly.

### SAFETY RULES

One of MBCI's most important responsibilities is to provide our associates with a place of employment free of hazards. Associates are expected to know and follow safe practices on all jobs performed and to comply with safety and health rules. It is every associate's responsibility to be constantly concerned with his/her own safety and the safety of others.

Most general safety rules are common sense things associates already know. Specific safety rules are outlined below and will also be discussed by the associate's team leader. It is of utmost importance that associates understand the safest method of operation when starting any new assignment or job.

1.  Associates with long hair (extending over the collar), regardless of sex, must wear a cap or have their hair tied back. Heavy beards will not be allowed if they constitute an entanglement hazard. Entanglement hazards vary by department and will be addressed by your team leader.

2.  Proper work clothing consists of clothing in good repair (no holes in shoes, jeans, etc.) and should cover all parts of the body, except hands, head and arms, in order to give maximum protection. Shorts are allowed but must be in good repair. Sleeves and shirt tales must not hang loose.

3.  Soft leather or canvas lace up shoes, are permissible throughout the plant. No open toe shoe or open heel shoes are allowed on the production floor.

4.  There will be no taping of gloves. If gloves have holes in them, they should be replaced, particularly when working around machines.

5.  Hearing protection shall be worn in all designated areas.

6.  Eye protection shall be worn in all designated areas.

7.  Use proper lifting techniques whenever picking up parts, product, or equipment.

8.  Air hoses are never to be used for cleaning clothing, hair, or any part of an associate's body. Compressed air is never to be directed at another associate.

9.  No running is allowed inside the facility. Take no unauthorized shortcuts.

10. There will be no forms of horseplay. Playing practical jokes or throwing objects will not be tolerated.

11. Associates shall operate only the equipment they have been authorized and properly trained to use.

12. Under no circumstances should an associate use their hands or any portion of their bodies to reach between moving parts of a machine to remove jams, hang-ups, etc. When clearing a jam or adjusting a machine, the equipment must be stopped and locked out / tagged out, according to established procedures.

13. No equipment will be operated without the safety guards being in place.

MBCI-0498

14. Lockout locks are not to be removed, except by the associate who placed the lock.

15. Awareness of the work environment should be maintained at all times.

16. All safety signs and procedures will be observed and followed.

17. Associates should report hazardous conditions (unsafe equipment, floors, material, etc.) to their team leader.

18. All forklift drivers will make a daily safety inspection of their machines. All defects will be reported immediately to their team leader. Forklifts with safety defects will be taken out of service immediately.

19. All forklift drivers must be licensed by MBCI – Auburn and follow all forklift regulations. Drivers must give pedestrians the right of way and signal their presence with their horn.

20. No riders will be allowed on forklifts.

21. Do not stand on pallets or use them as a work platform.

22. Associates will not work under objects that could accidentally fall or release (such as loads supported by jacks, the raised body of a dump truck, etc.) until such objects are properly supported or shored.

23. Poor housekeeping will not be tolerated. Keep aisles, walkways and working areas clear of slipping and tripping hazards.

24. Know the location of fire and safety exits and evacuation procedures.

25. Keep all emergency equipment, such as fire extinguishers, fire alarms, fire hoses, exit doors and stairways clear of obstacles.

26. Fire extinguishers that have been used or the seal broken must be turned over to that department's team leader.

27. All oxygen and acetylene valves must be turned off at the bottle and the regulator bled when not being used.

28. Hand tools are to be used properly and in a safe manner. No tool or piece of equipment will be used for any purpose other than which it was intended.

29. Associates must report all industrial injuries and property damage accidents (no matter how minor) to his/her team leader immediately. Failure to do so can result in disciplinary action.

30. Associates shall not report to work under the influence of alcoholic beverages or illegal drugs. Possession or consuming alcohol or the illegal use of drugs while on company premises will result in dismissal.

31. All posted speed limits (15 mph) are to be obeyed.
32.

## SAFETY RULES ENFORCEMENT POLICY

The intent of this policy is to re-enforce associate awareness and responsibility for their personal safety while on the job. Associates experiencing accidents due to carelessness or not following established safety procedures are in danger to themselves and co-workers. Accidents not only affect the injured associate, but co-workers, productivity and the costs of doing business. MBCI is committed to working with associates to correct safety hazards within the facility. MBCI will take all necessary actions to make job activities safer. Associate awareness of the dangers of working in a manufacturing environment is the single, most important factor in preventing accidents and injuries. Nothing in this plant is as important as your personal safety and well being. YOU have the ultimate responsibility of working safely!

MBCI will require drug and/or alcohol testing of any associate injured on the job that involves medical treatment at

MBCI-0499

an outside medical facility. If the accident is attributable to the actions of others, that individual will also be required to submit to drug and/or alcohol testing. Failure to submit to this testing will result in immediate termination. Any associate found to be under the influence of alcohol and/or found to be impaired because of drugs, are subject to disciplinary action up to and including discharge.

Individuals involved in property damage accidents involving forklifts or any other equipment will also be required to submit to drug and alcohol testing, as part of the incident investigation.

## HAZARDOUS MATERIALS

Due to the nature of our business, associates will find that there are some potentially hazardous materials and machinery at this facility. MBCI has a specific hazard communications program to inform all associates of chemical hazards, the labeling system, and emergency procedures. Associates may also refer to the material safety data sheets (MSDS) in their work area. Associates should contact their team leader or the Human Resources Department if they have any questions or concerns.

## ON-THE-JOB-INJURY

At MBCI, safety is one of our top priorities. We work hard to provide a safe work place and safe environment. We hope that no one will be harmed and that everyone will attempt to prevent harm. However, when as associate is injured, MBCI will work closely with the associate and his/her doctor to ensure that the associate is returned to the workforce as a productive member as quickly as possible.

Associates who are injured on the job are required to report it immediately to their team leader, even though the injury may be slight. This keeps the team leader aware of conditions in the department that may cause injuries so that actions can be taken to correct those conditions. Also, when an injury is reported promptly, the associate establishes the fact that they have been injured.

If an associate is off work for any amount of time due to an on-the-job-injury, MBCI has a return to work policy that must be followed. The associate must provide a written summary from his/her doctor(s) concerning the injury and when the associate is released to return to work. The company also requires an injured associate to call in to his/her department every week so that their progress can be monitored.

Any associate who is injured on the job is covered under worker's compensation. The company is charged for all costs associated with an associate's injury occurring on the job. The company works with a third party administrator to manage all work-related injuries and illnesses.

## LOCK-OUT / TAG-OUT

MBCI has developed a lockout / tag-out policy, that will help provide a safe environment for all associates. This procedure requires an associate, when engaged in operating or maintaining any equipment which requires bypassing a guard, to lockout and tag-out machinery prior to servicing. This procedure is to protect against accidental or inadvertent operation when such operation could cause injury to others. Lockout/tag-out is defined as: "to disconnect/isolate all energy devices to equipment with a lock and tag device." In addition to being posted on the machinery, the complete procedure will be reviewed with each associate by his/her team leader. Failure to comply with all elements of the MBCI lock-out policy will result in disciplinary action.

## PERSONAL PROTECTION EQUIPMENT

MBCI strives hard to provide a safe work environment. Personal protection equipment is a necessary part of an associate's job. It is the responsibility of each associate to follow all safety rules and procedures, including the use of personal protection equipment.

These requirements will be posted in the departments where required, and on the safety bulletin board. Failure to observe these requirements will result in disciplinary action.

42

MBCI-0500

## SAFETY COMMITTEE

This committee is composed of representatives from all functions of MBCI operation. The responsibility of the safety committee is an important one, to assist the company in maintaining this plant and the entire premises in a condition of maximum safety and healthfulness to the extent feasible.

The committee holds regular meetings to review matters of concern and to ensure that good safety practices are maintained throughout the plant. Associates are encouraged to join and become active participants in the company's efforts to provide a safe and healthful work environment.

43

MBCI-0501

# THE JOURNEY AHEAD

# MBCI - AUBURN

MBCI-0502

# CLOSING REMARKS

We are proud of MasterBrand Cabinets and the Auburn facility. We are confident that there are few companies anywhere offering more positive features for employment.

We consider perfection to be a common goal and excellence to be the operating norm. We recognize you have high expectations regarding this organization. By the same token, MBCI places high expectations on you, both in the areas of performance and behavior.

This booklet has been prepared to give you a greater insight into the organizational practices and philosophy of MBCI. This handbook will serve as a guideline for decision making. Although we strongly believe in consistency and uniformity, we will continue to practice flexibility and discretion in decisions pertaining to the particular facts and circumstances. Because of the great variety of situations which may arise, as well as fluctuating personal needs, MBCI reserves the right to make decisions related to employment in a manner other than as provided in this handbook. Due to the constant changing and dynamic environment in which we all work, the ability to make timely and effective decisions in regard to employment or business matters is critical to the ongoing success of the organization. MBCI also reserves the right to modify this handbook and the policies, procedures, and benefits contained within this handbook at any time. Nothing contained within this handbook constitutes or should be construed to constitute an express or implied promise or contract of employment between MBCI and its associates. Any representations to the contrary are invalid unless they are approved and executed in writing by the Sr. Vice President - Operations of MBCI.

MBCI-0503

# MASTERBRAND CABINETS
# HOURLY HANDBOOK

## ASSOCIATE RECEIPT

I have received my personal copy of the MBCI Hourly Associate Handbook. I understand that it is my responsibility to become familiar with the contents of this material and to ask for clarification on any policy.

I understand that neither this document, nor any other Company document, constitutes a contract or agreement of any kind. This handbook does not constitute a contract of employment, should not be construed as one and employment at MBCI "at will." From time to time, employees may be informed orally or in writing of changes in Company rules, including additions and deletions. The Company reserves the right to change policies at any time with or without notice.

_____        _____
Associate signature                                                                        Date

_____        _____
Print Name

_____        _____
Signature of Human Resources Representative                               Date

46

MBCI-0504



# CODE OF CONDUCT

### Summary Plan Description

MBCI-0505

Government Contracts ............................................................................... 8

Improper Payments or Commercial Bribery................................................ 8

Insider Trading.......................................................................................... 8

Other Employment..................................................................................... 9

Political Activity ........................................................................................ 9

Sexual Harassment .................................................................................... 9

Software .................................................................................................... 9

Solicitation & Distribution........................................................................ 10

Taxes ...................................................................................................... 10

Use of Company Property.......................................................................... 10

Workplace Safety ..................................................................................... 10

Conclusion .............................................................................................. 10

Human Resources Department .................................................................. 11

MBCI-0506

## Compliance and Reporting

MasterBrand Cabinets, Inc., encourages the active involvement of its employees in the detection and prevention of misconduct. If you have reason to believe that an employee of MasterBrand Cabinets, Inc., including your manager or any member of senior management has violated, may violate, or is acting in a manner which appears to violate the letter or spirit of the law or the standards outlined in this Code, you are encouraged to report such activity to your manager, any Compliance Committee member, the Human Resources Department or the Legal Department. Reports in good faith may be made without fear of retribution. The identification of these channels for reporting possible improprieties is not intended to be exclusive of other reporting options in appropriate circumstances, including, for example, the President of MasterBrand Cabinets, Inc.

You may also call a password-protected voice mail telephone hot-line at 1-888-786-2949 to report activity or to express any compliance concerns. Calls may be made on an anonymous basis, bearing in mind, however, that calls on such basis may limit the ability of the Compliance Committee to deal with the concerns raised. Only members of the Compliance Committee will retrieve voice mail messages left on that telephone line.

Calls to the hot-line will be kept confidential to the extent possible, and only those who need to be informed to address the concerns raised will be advised of the call.

However, confidentiality will not protect anyone who is discovered to have participated in or contributed to a violation, and, in certain events, federal, state or local laws may require disclosure of a caller's identity.

## Disciplinary Action

This Code is drafted broadly and does not address all possible situations. As a general goal, MasterBrand Cabinets, Inc., seeks to exceed the minimum requirements of the law and industry practice. Consistent with this high standard, the Company will enforce the provisions of this Code vigorously. A violation of the Code, a failure to report a violation or retaliation against another employee who, in good faith, reports a violation, could lead to sanctions, including dismissal for cause, as well as, in some cases, civil and criminal liability. Although any employee who discloses his or her own misconduct may be subject to disciplinary action, the Company may consider such voluntary self-disclosure as a mitigating factor.

*****

4

MBCI-0507

## Confidential Information

No one shall disclose or provide access to confidential information obtained or developed in the course of our business, including but not limited to information concerning employees, customers, proposed investments, financial condition, or other activities to anyone other than those who have a legitimate business need for such information in the normal conduct of business or as may otherwise be provided by law.

## Conflicts of Interest

It is a general policy of the Company that situations which would create a conflict between the personal interests of employees and the Company's business must be avoided. Each employee is expected to avoid any situation which, because of some other interest of the employee or members of his/her immediate family, could consciously or unconsciously have an adverse impact on the employee's obligation to represent the Company's best interests.

## Discrimination

You are expected to conduct yourself with the highest regard for the dignity of others. You must make all personnel decisions, including those with respect to the recruitment, hiring, training and promotion of qualified persons for all positions, without regard to race, color, religion, sex, national origin or age and with affirmative consideration for individuals with disabilities, disabled veterans and Vietnam era veterans.

## Drugs

The Company absolutely prohibits the possession or use of illegal drugs in and around its premises. Violation of this policy, or the personal use of drugs, including abuse of prescription drugs, in a manner that has an adverse impact on work performance, may result in discipline up to and including termination.

## Electronic Communications

Any electronic communication sent or received, may in the ordinary course be inspected and reviewed by persons authorized by the Company. You are prohibited from using e-mail to send personal information or discuss private matters, about anyone, including yourself. Any defamatory, insulting or derogatory remark about any person, or group of persons, is prohibited.

## Environmental Actions

MasterBrand Cabinets, Inc., maintains a strict policy to protect and prevent harm to the public health and the environment through strict compliance with all relevant laws and regulations, and all employees are expected to perform their job function in a manner

6

## Gifts and Favors

No employee shall place himself or herself under obligation to others by the acceptance of gifts or favors designed to or having the effect of influencing the individual in the performance of his/her duties for the Company. This rule shall not preclude the acceptance of gifts of small value intended merely as tokens of respect or friendship.

## Government Contracts

The Company observes strictly the laws, rules and regulations which govern acquisition of goods and services by the government. The Company competes fairly and ethically for such business opportunities. You are specifically prohibited from submitting or concurring in the submission of any claims, bids, proposals or any other documents of any kind that are false, fictitious or fraudulent. Such acts are grounds for dismissal and could result in criminal prosecution of the Company and the employee involved.

## Improper Payments or Commercial Bribery

State, federal and foreign laws prohibit the payment of bribes, kickbacks or other illegal payments by or on behalf of the Company. Accordingly, neither you nor any member of your immediate family should make any payment to or give or offer to give any gift or other item of value, directly or indirectly, to any customer, competitor or supplier of the Company or any director, officer or employee thereof, except that gifts or entertainment may be given to representatives of customers or potential customers if they meet all the following criteria:

- The gift or entertainment is legal;

- The gift or entertainment does not comprise cash or cash equivalent (this is not intended to preclude gifts of Company products which otherwise comply with this paragraph);

- The gift or entertainment is of a nominal value such that it cannot be construed as a bribe, payoff or other attempt to procure business by any reasonable person applying normal, generally accepted standards of business ethics; and

- Public disclosure of such gift or entertainment would not in any sense be an embarrassment to the Company.

## Insider Trading

In the performance of your duties, you may acquire inside or non-public information about the Fortune Brands, any of its operating companies, or about other companies with which there may be pending or proposed transactions.

8

MBCI-0509

## Gifts and Favors

No employee shall place himself or herself under obligation to others by the acceptance of gifts or favors designed to or having the effect of influencing the individual in the performance of his/her duties for the Company. This rule shall not preclude the acceptance of gifts of small value intended merely as tokens of respect or friendship.

## Government Contracts

The Company observes strictly the laws, rules and regulations which govern acquisition of goods and services by the government. The Company competes fairly and ethically for such business opportunities. You are specifically prohibited from submitting or concurring in the submission of any claims, bids, proposals or any other documents of any kind that are false, fictitious or fraudulent. Such acts are grounds for dismissal and could result in criminal prosecution of the Company and the employee involved.

## Improper Payments or Commercial Bribery

State, federal and foreign laws prohibit the payment of bribes, kickbacks or other illegal payments by or on behalf of the Company. Accordingly, neither you nor any member of your immediate family should make any payment to or give or offer to give any gift or other item of value, directly or indirectly, to any customer, competitor or supplier of the Company or any director, officer or employee thereof, except that gifts or entertainment may be given to representatives of customers or potential customers if they meet all the following criteria:

- The gift or entertainment is legal;

- The gift or entertainment does not comprise cash or cash equivalent (this is not intended to preclude gifts of Company products which otherwise comply with this paragraph);

- The gift or entertainment is of a nominal value such that it cannot be construed as a bribe, payoff or other attempt to procure business by any reasonable person applying normal, generally accepted standards of business ethics; and

- Public disclosure of such gift or entertainment would not in any sense be an embarrassment to the Company.

## Insider Trading

In the performance of your duties, you may acquire inside or non-public information about the Fortune Brands, any of its operating companies, or about other companies with which there may be pending or proposed transactions.

8

MBCI-0510

## Solicitation and Distribution

No employee may solicit another employee, for any purpose, while either employee is on working time. Distribution of handbills, or any other literature, during working times or in working areas is not allowed. Solicitation or distribution of literature on the premises by persons not employed by MasterBrand Cabinets, Inc., is prohibited at all times.

## Taxes

As a good corporate citizen, MasterBrand Cabinets, Inc., recognizes its obligations to pay all local, state and federal taxes-income, sales, real estate and otherwise-which are currently due and owing.

## Use of Company Property

You are prohibited from using or allowing others to use Company property, including the Company's intellectual property, confidential information and software and Company computers, telephone and other communication devices, for purposes which are unrelated to or not intended to further the business of the Company, unless authorized.

## Workplace Safety

The Company is committed to providing its employees employment and a place of employment free from recognized hazards that are causing or are likely to cause death or serious harm to employees. You are expected to comply with all occupational safety and health standards, rules, regulations and orders that apply to your own actions and conduct on the job.

You have the right to file complaints with the nearest Occupational Safety and Health Administration office requesting an inspection if you believe unsafe or unhealthy conditions exist in the workplace.

*****

## Conclusion

Compliance with the law and the conduct of the Company's business in an ethical manner is in all of our interests. When in doubt as to the propriety of some action, please contact your manager, the Fortune Brands Legal Department, the Human Resources Department, or any of the following individuals:

**Corporate Compliance Committee Members:**
Senior Vice President of Finance. (812) 634-0202

Executive Vice President – Sales and Marketing. (812) 634-0233

Vice President - Human Resources, MasterBrand Cabinets, Inc. (812) 634-0290

MBCI-0511

The membership of the Compliance Committee may change from time to time by action of the Board of Directors.

**Compliance Hot-Line**

     1-888-786-2949. This line may be accessed on a 24-hour basis.

11

MBCI-0512

# Employee Certification

[Please read, sign, print your name and date, tear at the perforation and return this page to the Vice President of Human Resources, Secretary - Corporate Compliance Committee.]

I, the undersigned employee of MasterBrand Cabinets, Inc., certify that I have received and read the MasterBrand Cabinets, Inc. Handbook which contains the Code of Conduct. This form of certification was attached to the MasterBrand Cabinets, Inc. Handbook. I further certify that I understand the substantive obligations imposed upon me by the Code and Handbook or, to the extent that I do not understand these obligations, I acknowledge that procedures are outlined in the Code and Handbook to help me develop an appropriate understanding of these obligations.

I understand that an effective compliance program requires active employee involvement and that I am encouraged and required to report activities which, in good faith, I believe are or may be violations. Finally, I understand that any violation, failure to report a violation or retaliation against another employee for his or her action in reporting a violation or potential violation will subject me to disciplinary action, which may include, among other things, dismissal for cause.

_____

Signature

_____

Printed Name

_____

Date

MBCI-0513