# EXHIBIT B

To:        Personnel File
From:      Tom Barthel
Date:      April 13, 2005
Subject:   Kim Foreman Conduct

Norm Krogh and Buddy Smith reported that one of Buddy's employees left the plant without notifying anyone and returned 6 hours later. When they sat down and talked with her they decided to have her report to the Human Resources Department the following morning.

Present: Kim Foreman, Tom Barthel and Dot Humphries

I asked Kim where she went yesterday. She said she had an accident. It was a female problem and she had to go home and change her clothes. I told her that I could understand that type of thing occurring, what I was having trouble with was the fact she told no one and that she was gone for six (6) hours.

She said the problem was quite large and she couldn't wait. I told her that unless it was so bad she needed immediate medical help she still had an obligation to tell her supervisor or some other member of management. The other issue involved the fact that she was gone for over 6 hours. When I asked her where she had been all that time she her only answer was that she had to get herself together. She volunteered that she had not sought medical help.

I told her that based on the information she has given me I can only come to the conclusion that she:
   Left the plant without notifying any member of management.
   She was gone without any valid reason for the excessive time missed
   She has a handbook and the appropriate policies were reviewed at her time of hire
   Should have been aware of the consequences of her action

Because of these facts Kim Foreman is terminated this date. April 13, 2005.

_____          4-13-05
Tom Barthel, SPHR                Date
Manager, Human Resources

DEFENDANT'S
EXHIBIT

CASE NO. 3:06-cv-449
EXHIBIT NO. 6

MBCI-0055