# EXHIBIT C



# STANDARDS OF BUSINESS CONDUCT

**May 2004**

MBCI-0514

**DEFENDANT'S EXHIBIT**

CASE NO. 3:06-cv-449

EXHIBIT NO. 9

## EMPLOYEE ACKNOWLEDGEMENT AND RECEIPT

I acknowledge that I have received a copy of MasterBrand Cabinets, Inc.'s employee handbook. The employee handbook contains comprehensive information about terms and conditions of my employment with MBCI. In particular, the employee handbook contains two sections entitled Standards of Business Conduct and Employment Policies and Procedures that have been brought to my attention. I have been advised to read these sections carefully and bring any questions I have about the content or meaning of the information contained in these sections to the attention of Human Resources. By signing this acknowledgement and receipt, I am hereby certifying that I have carefully read and understand the information contained in these tabs and that all questions or issues I may have had about this information have been answered to my satisfaction. I further acknowledge that if I have any questions or concerns in the future regarding these sections, I should raise these issues with Human Resources.

I understand that this handbook and the policies and procedures contained within it are not intended to create a contract of employment between MBCI and any of its employees. I understand that unless I am presented with a document entitled "Employment Agreement," I am an at-will employee of MBCI. Finally, I understand that MBCI, for business-related reasons, reserves the right to change policies and procedures described in this handbook and that such changes will be communicated to employees for insertion into the employee handbook.

With regard to the Standards of Business Conduct, I acknowledge that an effective compliance program requires active participation and involvement and that I have a duty to report activities which, in good faith, I believe are or may be potential violations of the Standards of Business Conduct. Any violation, failure to report a violation or retaliation against another employee for his/her action in reporting a violation or potential violation will subject me to disciplinary action which may include the termination of my employment relationship with MBCI.

Dated:_____

_____
Signature

_____
Printed Name

**MBCI-0515**

## TABLE OF CONTENTS

I.   INTRODUCTION                                                          3

    A.   APPLICATION – INDIVIDUAL AND MANAGEMENT
         RESPONSIBILITY                                                   3

    B.   INTERPRETATION OF POLICIES AND PROCEDURES   3

    C.   THE CORPORATE COMPLIANCE COMMITTEE AND
         OMBUDSMAN                                                        4

    D.   COMPLIANCE AND REPORTING                                 5

II.  EMPLOYMENT DISCRIMINATION                                  6

    A.   POLICY ON EQUAL EMPLOYMENT OPPORTUNITY,
         WORKPLACE HARASSMENT AND RETALIATION         6

    B.   ELECTRONIC COMMUNICATIONS POLICY               7

III. SUBSTANCE ABUSE                                                   7

    A.   DRUG FREE WORKPLACE & SUBSTANCE ABUSE
         POLICY                                                             7

    B.   EMPLOYEE ASSISTANCE PROGRAM                       8

IV.  COMPETITION AND CONFIDENTIALITY                       9

    A.   ANTI-TRUST                                                        9

    B.   CONFIDENTIAL AND PROPRIETARY BUSINESS
         INFORMATION                                                      9

    C.   CONFLICTS OF INTEREST                                    10

    D.   EXPORT CONTROL LAWS                                      11

    E.   FOREIGN PAYMENTS                                           11

    F.   IMPROPER PAYMENTS OR COMMERCIAL BRIBERY   12

    G.   INSIDER TRADING                                               12

1          MBCI-0516

V.      EMPLOYMENT PRACTICES                                      13

        A.      ACCOUNTING AND AUDITING COMPLIANCE               13

        B.      OTHER EMPLOYMENT                                 14

        C.      POLITICAL ACTIVITY                               14

        D.      SOLICITATION AND DISTRIBUTION                    14

        E.      USE OF COMPANY PROPERTY                          16

VI.     SAFETY, HEALTH AND THE ENVIRONMENT                       16

        A.      ENVIRONMENTAL ACTIONS                            16

        B.      WORKPLACE SAFETY, HEALTH AND SECURITY            17

        C.      RISK MANAGEMENT                                  17

        D.      WORKPLACE VIOLENCE                               17

VII.    CONCLUSION                                               17

VIII.   CORPORATE COMPLIANCE COMMITTEE                           18

        APPENDIX A – POLICY ON EQUAL EMPLOYMENT
        OPPORTUNITY, WORKPLACE HARASSMENT AND
        RETALIATION                                              21

        APPENDIX B – ELECTRONIC COMMUNICATIONS POLICY            25

        APPENDIX C – DRUG FREE WORKPLACE & SUBSTANCE
        ABUSE POLICY                                             29

        APPENDIX D – CONFLICTS OF INTEREST                       35

2

MBCI-0517

## I.    **INTRODUCTION**

A fundamental requirement of employment and continued employment with MasterBrand Cabinets, Inc. and/or its affiliated entitles (collectively "MBCI") is compliance with the highest standard of ethics in the conduct of its business. In this regard, MBCI must avoid impropriety and even the mere appearance of impropriety. Furthermore, MBCI must conduct its business operations in a dignified manner that is respectful of the rights of others. To that end, MBCI maintains various policies and procedures that collectively comprise its Standards of Business Conduct. The Standards of Business Conduct should guide those employed by MBCI and promote the ethical and lawful conduct of MBCI's business.

The policies and procedures that make up the Standards of Business Conduct are set forth in this section of the handbook. The lengthier policies and procedures are summarized in a "Policy Statement" with appendices including full copies of the corresponding policies at the end of this section.

### A.    **Application – Individual and Management Responsibility**

The Standards of Business Conduct apply to each and every individual affiliated with MBCI. Specifically, each and every employee, officer and director of the company (collectively referred to throughout as "Employee") is personally responsible for acting within the letter and spirit of applicable law and the Standards of Business Conduct. Each and every representative of MBCI's management team is also responsible for ensuring that the Standards of Business Conduct are understood and are enforced within their various departments and areas of control.

The Standards of Business Conduct apply to Employees who are covered by a collective bargaining agreement. MBCI maintains that these policies and procedures are consistent with the terms and conditions of the applicable collective bargaining agreements. Should an Employee covered by a collective bargaining agreement or their union representative have any questions or reasonably believe that a conflict exists, this issue should be raised immediately in writing with the on-site Human Resources Department.

### B.    **Interpretation of Policies and Procedures**

No set of policies and procedures can address every potential situation. The Standards of Business Conduct are designed to provide those affiliated with MBCI general guidance and direction on how to fulfill

.3

MBCI-0518

MBCI's expectations in the conduct of its business. MBCI is committed to providing timely and specific guidance to Employees with regard to the Standards of Business Conduct. If you have questions or are unsure how the Standards of Business Conduct apply to a specific situation, the issue should be raised immediately either with the appropriate member of management or with Human Resources.

The policies and procedures that make up the Standards of Business Conduct do not constitute a contract of employment. MBCI reserves the right to amend, delete, revise and/or supplement these policies and procedures from time to time consistent with its business needs and requirements. Copies of new or revised policies and procedures will be distributed for insertion into this section.

C.      The Corporate Compliance Committee and Ombudsman

MBCI has appointed a six member Corporate Compliance Committee. The Corporate Compliance Committee is responsible for the development, revision and enforcement of the Standards of Business Conduct. The Corporate Compliance Committee will meet periodically to review the policies and procedures, MBCI's compliance efforts and any issues of significant concern brought to its attention. The Corporate Compliance Committee will also make an annual report to Fortune Brand's Board of Directors.

The Corporate Compliance Committee has appointed an Ombudsman to receive and address concerns associated with the Standards of Business Conduct. The Ombudsman may be contacted by leaving a message on an established password protected hotline. The toll free hotline may be accessed 24 hours a day by calling **1-888-786-2949**.

The Ombudsman or his/her designated representative will attempt to contact anyone leaving a message with a return phone number within 24 hours of the time the message was left. Calls may be made on an anonymous basis as long as it is understood that calls on such a basis may limit the Ombudsman's ability to deal with the concern raised. Employees are encouraged, where appropriate, to raise and address any issue or concern with local management, including Human Resources, prior to contacting the Ombudsman.

### D.     Compliance and Reporting

MBCI encourages the active involvement of Employees in the detection and prevention of misappropriation of MBCI resources and any other misconduct. Anyone who has reason to believe a representative of MBCI, including a member of senior management, has violated, may have violated or is acting in a manner which may lead to the violation of the policies and procedures contained in the Standards of Business Conduct is obligated to report this information.

The nature of the violation or potential violation should in part determine the proper channel for reporting. Issues that local management should be able to address and resolve should be reported at the local level. Issues that may require corporate involvement or which an Employee is uncomfortable reporting to local management should be reported to the appropriate management representative at the corporate office. Finally, if there is a concern about making such a report or the Employee with information is unsure of the proper channel for making a report, the report may always be made to either the Vice President of Safety, Environmental and Risk Management who can be reached at **812-634-0543** or to the Ombudsman by leaving a message on the password protected toll free hotline at **1-888-786-2949**.

Any Employee who knows of or has reason to suspect a questionable financial reporting or auditing practice may report the concern to local management or through a toll free hotline maintained by MBCI's parent company, Fortune Brands. The toll free hotline number is **1-800-374-6129**. This number is only to be used for reporting financial or auditing irregularities. If an Employee is worried about revealing his/her identity, the concern may be submitted anonymously.

All reports of violations or potential violations of the Standards of Business Conduct shall be promptly investigated. To the extent feasible, the investigation will be conducted in a confidential manner in order to protect the rights of the parties involved. Failure to comply with the Standards of Business Conduct shall result in disciplinary action up to and including termination of employment. Additionally, any Employee who directs, oversees, approves or otherwise condones lack of compliance will also be subject to disciplinary action.

MBCI will not tolerate retaliation or retribution against any Employee who makes a good faith report. If the investigation reveals the report has merit, disciplinary action will be taken which may include disciplinary action up to and including termination of employment. MBCI also is concerned about the adverse impact of a false report. If after investigating any report, MBCI learns an Employee intentionally made a

5

MBCI-0520

false complaint or intentionally provided false information, disciplinary action up to and including termination of employment may be taken against that Employee.

## II.    EMPLOYMENT DISCRIMINATION

### A.    Policy on Equal Employment Opportunity, Workplace Harassment and Retaliation

#### Policy Statement

MBCI is committed to a policy of equal employment opportunity for all applicants and Employees. Accordingly, all applicants and Employees shall be treated fairly and equally and employment decisions shall comply with all applicable state and federal employment discrimination laws. In this regard, all employment decisions will be made without regard to race, color, gender, religion, national origin, age, disabilities, veteran status, citizenship (in the case of individuals legally authorized to work in the U.S.) or any other legally protected status (collectively known as "Protected Classification"). In addition, MBCI is committed to providing Employees with a work environment free of harassment or retaliation. MBCI will not tolerate discrimination in the workplace by anyone, including co-workers, supervisors, managers, executives and visitors. This policy applies to all employment practices and procedures including, but not limited to, recruiting, hiring, compensation, training, promotions, demotions, terminations and any other practice or conduct which materially affects the terms and conditions of employment of MBCI Employees. An Employee who believes that he or she has witnessed or been subjected to discrimination of any kind has a duty to promptly report the matter to the company in accordance with this policy.

A complete copy of MBCI's Policy on Equal Employment Opportunity, Workplace Harassment and Retaliation is attached at Appendix A.

MBCI-0521                6

**B.**     **Electronic Communications Policy**

**Policy Statement**

Electronic communications created, sent or received utilizing MBCI's computer and voicemail systems are only to be used to facilitate business activities. As a result, there are certain procedures and guidelines that Employees must follow to protect the integrity of these systems and to ensure a stable and secure working environment. These measures are set forth in the Electronic Communications Policy.

MBCI also understands that electronic communications can be used as a forum for discrimination and retaliation. MBCI's commitment to providing equal employment opportunity and maintaining a work environment free of harassment and retaliation includes regulating the use of MBCI's electronic communication devices. Employees are prohibited from using MBCI's electronic communication devices to create, send or receive information that contains content that reasonably is considered inappropriate in the workplace. MBCI's policy governs access to and disclosure of electronic communications (computer files, email, internet access and voicemail) created, sent or received by Employees using MBCI's electronic communication systems.

A complete copy of MBCI's Electronic Communications Policy is attached at Appendix B.

**III.     SUBSTANCE ABUSE**

**A.     Drug Free Workplace & Substance Abuse Policy**

**Policy Statement**

MBCI is committed to providing a safe, efficient and productive work environment for all Employees. Employees who distribute, possess, sell, transfer, use, are under the influence or otherwise abuse drugs or alcohol in the workplace pose a safety risk to themselves and everyone around them. Impaired Employees are prone to accidents and tend to be absent from work more often than unimpaired Employees. Impaired Employees also tend to be less reliable and less productive than unimpaired Employees. Simply put, drugs and alcohol interfere with a safe and productive workplace.

7                         MBCI-0522

MBCI desires to protect Employees, customers, suppliers, and the public from accident, injury or property damage caused by Employees who are unable to safely perform assigned duties because of problems associated with substance abuse. To further this commitment, MBCI developed this policy to establish and maintain a work environment that is free from the effects of drugs and alcohol. All Employees are required to report to work free of alcohol, drugs, and the misuse of medications. MBCI requires all of its Employees, regardless of title or position, to adhere to this policy and cooperate in any investigation of alleged violations of this policy.

A complete copy of MBCI's Drug Free Workplace & Substance Abuse Policy is attached at Appendix C.

### B.    Employee Assistance Program

The Employee Assistance Program ("EAP") is available to all Employees. MBCI recognizes that Employees occasionally experience life altering events or a crisis for which they could use some assistance in coping. The EAP offers professional, confidential assistance to address and hopefully resolve these issues. The EAP is available to assist Employees with family counseling (including marital conflict resolution, domestic abuse, personal relationships and raising children), chemical addiction (including alcohol, prescription drugs and abuse of over-the-counter medications as well as the use of illegal drugs) and personal issues (including grief, anxiety, depression, stress and emotional problems).

The EAP is primarily a self referral program. In other words, if an Employee would like to take advantage of the EAP services, all they have to do is contact the provider. Consequently, Employees are encouraged to contact an EAP counselor if they would like to explore potential treatment.

Once contacted, an EAP counselor will conduct an initial assessment regarding the proper course of treatment and develop a treatment plan. An Employee's decision to seek assistance and participation in the treatment plan is completely voluntary under these circumstances.

MBCI-0523                8

## IV.    COMPETITION AND CONFIDENTIALITY

### A.    Anti-Trust

The antitrust laws are designed to protect competition and to ensure a free and open market for goods and services within the global economy. Anti-trust laws pertain to MBCI's relationship to competitors, customers and suppliers. Specifically, these laws prohibit restraints on trade, including any agreement or understanding between suppliers and/or competitors:

- to raise, lower, stabilize or otherwise fix or control prices;

- to restrict the volume of goods to be produced or made available for sale;

- to allocate territories, markets or products; or

- to boycott particular suppliers or customers.

Employees should avoid contacts with competitors and/or suppliers that relate or could be interpreted to relate to price fixing, tampering or collusion. In addition, it is unlawful, under certain circumstances, to discriminate in prices offered to competing customers for the same goods. Because antitrust laws are complex, Employees who are directly involved in matters involving competitors should seek the assistance and advice of the company's Corporate Compliance Committee if they have any questions or concerns.

### B.    Confidential and Proprietary Business Information

Confidential and proprietary business information is information that has value to MBCI because it has been developed, maintained and/or collected by the company in the pursuit of its business interests. This information is only to be used for the purposes of pursuing MBCI's business interests. Employees shall not, either during their employment with MBCI or at any time thereafter, disclose to anyone (except as authorized in the regular course of MBCI's business) publish or use in competition with MBCI, any of its confidential and proprietary business information.

"Confidential and proprietary business information" is specifically defined to include the following: (a) any information that would be considered a trade secret as that phrase is defined by the Uniform Trade Secrets Act; (b) information relating to any of MBCI's existing products or

9

MBCI-0524

any product that is currently under development that is not readily available to the competition; (c) any process, design, formula or invention, owned, made available to, or used by MBCI; (d) terms and conditions of MBCI's dealings with suppliers, vendors and customers; (e) supplier, vendor and customer lists; (f) cost and profit margins; (g) marketing and advertising programs; (h) work on new products and product improvements; (i) financial information; (j) sales performance and strategies; (k) human resource strategies; and (l) merger and/or acquisition plans. Confidential and proprietary business information does not include information that is generally known or readily available to MBCI's competitors.

Employees who have regular access to confidential and proprietary business information will be required to sign a confidentiality agreement as a condition of employment or continued employment with MBCI.

### C.    Conflicts of Interest

#### Policy Statement

A conflict of interest occurs when an Employee's personal affairs interfere (or create an appearance of interference) with the goals, interests and/or objectives of the company. If someone not affiliated with the company were to examine the circumstances and question the objectivity of the MBCI Employee, the situation either involves a conflict of interest or creates the appearance of a conflict of interest. Employees have a business responsibility to MBCI and must avoid any situations that could interfere with this responsibility.

Employees must refrain from any personal business, financial or other relationships with customers, competitors or vendors either on the job or off the job that impairs or could have the appearance of impairing their business judgment or MBCI's interests. Employees should not accept any gratuity, no matter how small, or participate in any activity, such as a sponsored conference, social event or sporting activity which may be construed as an attempt to improperly influence an Employee's business judgment. Improper influence of business judgment occurs or can be construed as occurring when a customer, competitor or vendor has the opportunity to improperly persuade or otherwise influence an Employee by providing a gratuity in

10

MBCI-0525

exchange for favorable treatment. Even where there is no actual conflict of interest, the appearance of such a conflict is damaging because it undermines trust among Employees and costs MBCI the respect of its customers, potential customers, competitors and vendors. Employees must avoid both actual and potential conflicts of interest in order to remain in compliance with this policy.

A complete copy of MBCI's Conflicts of Interest Policy is attached at Appendix D.

### D.    **Export Control Laws**

Employees must comply with all applicable national and multinational export and import control laws. Under certain circumstances, "trading with the enemy" laws prohibit U.S. companies and their subsidiaries, including those located outside the United States, from dealing directly or indirectly with particular countries or businesses located in those countries. Further, MBCI may not participate in or support economic boycotts of countries or governments unless the boycott is sanctioned by the United States government. Employees may obtain the appropriate lists of such countries and governments from the Corporate Compliance Committee, and the Corporate Compliance Committee will update the list on an ongoing basis.

### E.    **Foreign Payments**

The Foreign Corrupt Practices Act prohibits Employees from offering or paying any money or other thing of value, directly or indirectly, to any foreign government official, foreign political party or its officials, or candidate for public office, for the purpose of improperly obtaining or maintaining business or influencing governmental action favorable to MBCI. Such prohibited payments include consulting, broker's, finder's or other fees paid to third parties where there is reason to believe that any part of such fees will be distributed to, or for the benefit of, foreign officials or political parties for those improper objectives. Examples of prohibited transactions include split invoicing in an attempt to enable a customer to pay, among other things, a lower import duty, as well as over-invoicing to enable a customer to take payment outside of his or her own country and thus avoid that country's currency export regulations.

These prohibitions do not bar reasonable and bona fide expenditures for travel or entertainment of foreign officials as long as such travel or entertainment observes the same bounds of good taste and business ethics expected for domestic entertainment, is reasonable

11                    MBCI-0526

under the custom and practice of the pertinent foreign country and is directly related to the promotion, demonstration or explanation of products or services or the performance of a contract with a foreign government.

### F.    Improper Payments or Commercial Bribery

State, federal and foreign laws prohibit the payment of bribes, kickbacks or other illegal payments by or on behalf of MBCI. Accordingly, no Employee should make any payment to or give or offer to give any gift or other item of value, directly or indirectly, to any customer, competitor or supplier of MBCI or any director, officer or Employee thereof, except that gifts or entertainment may be given to representatives of customers or potential customers if they meet all the following criteria:

- The gift or entertainment is legal;

- The gift or entertainment does not comprise cash or cash equivalent (this is not intended to prevent gifts of MBCI products which otherwise comply with this paragraph);

- The gift or entertainment is of a nominal value such that it cannot be construed as a bribe, payoff or other attempt to procure business by any reasonable person applying normal, generally accepted standards of business ethics; and

- Public disclosure of such gift or entertainment would not in any sense be an embarrassment to MBCI.

### G.    Insider Trading

In the performance of duties, Employees may acquire inside or non-public information about MBCI, MBCI's parent company, Fortune Brands, any of Fortune Brands' other operating companies, or about other entities with which there may be pending or proposed transactions.

Provisions of the federal and state securities laws and regulations prohibit persons having material inside information from purchasing, selling or otherwise trading in the securities of, or in any manner disclosing such information concerning, Fortune Brands or its affiliated companies until after the information has been published to the

12

MBCI-0527

general public. These laws prohibit selling securities while in possession of unfavorable inside information to avoid losses, as well as purchasing securities while possessing favorable inside information to obtain profits. A violation of this prohibition can subject Employees to criminal fines and imprisonment and to civil penalties of up to four times the unlawful profits gained or losses avoided. It is equally imperative that Employees not discuss important business developments involving Fortune Brands, its affiliated companies or any other relevant entity, in even the most casual manner, with family, friends or outsiders-or even other Employees who do not need to have such information-prior to full public disclosure. Giving a "tip" to someone else based on an Employee's inside information is illegal.

## V.    **EMPLOYMENT PRACTICES**

### A.    **Accounting and Auditing Compliance**

Accurate and reliable business records are important to meeting MBCI's financial, legal, and business obligations. It is MBCI's policy to comply with all applicable financial reporting, tax, accounting, and auditing laws and regulations and with generally accepted accounting principles and practices. All financial transactions must be executed in accordance with management's authorization, and recorded properly to maintain accountability for MBCI's assets. Employees responsible for recording and reporting business information must do so accurately and completely. This information includes such everyday records as time reports, expense reports, and accounting entries. Employees who prepare or record such information, or certify its accuracy, must be diligent regarding its integrity. Employees with access to such information should only release this information to outside entities after receiving proper authorization.

MBCI has a system of internal controls designed to safeguard company assets. Employees must abide by these internal control procedures and cooperate fully in any audit or investigation. One of these controls is the creation of a hotline by MBCI's parent company, Fortune Brands, that is to be used to report actual or suspected accounting and/or auditing irregularities.

Any employee with reason to suspect a questionable financial reporting, tax, accounting or auditing practice is encouraged to communicate the concern to management at the local level or through the Fortune Brands password protected toll free hotline at **1-800-374-6129**. Examples of questionable practices would include such things as the following:

13                      MBCI-0528

- Any attempt to unduly or fraudulently influence, coerce, mislead, or interfere with any auditor engaged in the performance of an internal or independent audit of MBCI's financial statements or accounting books and records.

- Making or contributing to the making of false entries in MBCI's books and records.

- Accounting entries or disclosures that are not in accordance with generally accepted accounting principles.

- Destroying company documents while anticipating requests for those documents from a government agency or court.

- Falsification of quality, safety or environmental reports.

If an Employee is worried about revealing his/her identity, the concern may be submitted anonymously through the hotline.

### B.    Other Employment

Except as otherwise provided in the Conflicts of Interest policy or other company policies, outside employment activities that have no impact on the company's business or on an Employee's ability to devote his or her energies to the company's business are considered to be an Employee's personal affair. Employee participation in other employment activities is at the Employee's own risk as those activities may in no way interfere with an Employee's employment with MBCI.

### C.    Political Activity

Employees may participate in political activities, provided that these activities are conducted on their own time, do not interfere with their work and are not done in a context that identifies them with MBCI. MBCI will not reimburse Employees for any political contributions and no political contribution should be made with the objective of influencing governmental action favorable to MBCI.

### D.    Solicitation and Distribution

MBCI understands that in today's society, Employees are constantly pressured by telephone solicitors and by door-to-door sales

14

MBCI-0529

representatives to purchase items or otherwise contribute to organizations. The company believes that Employees will be happier and more productive if there are certain limitations placed upon efforts to solicit Employees at work. In addition, in the interest of maintaining a clean and orderly facility, the company places certain limitations on the distribution of literature.

Solicitation and distribution in work areas and during work time is strictly prohibited.

"Solicitation" includes: (a) making a request for a donation, (b) attempting to sell goods and/or services to another, (c) encouraging membership into an organization; or (d) otherwise requesting a contribution to an organization. "Distribution" is defined as providing literature of any kind advertising a good, service, organization or cause in which the information is provided in an effort to encourage or persuade the recipient.

MBCI acknowledges the difference between solicitation and distribution on behalf of charitable organizations and that designed to generate profit for the Employee or a for-profit organization. The company will allow Employees to solicit or distribute literature on behalf of charitable organizations (e.g. selling Girl Scout cookies or church raffle tickets) during non-work times, such as authorized breaks and lunch, in non-work areas. For-profit solicitation and distribution, however, is strictly confined to the company owned bulletin board(s) in the Employee break room(s). This policy prohibits the use of e-mail to conduct for-profit solicitation. Examples of for-profit solicitation include selling personal items or services, selling Avon products or attempting to obtain membership and/or contribution to a for-profit organization. Employees who wish to conduct for-profit solicitation or distribution must contact the Human Resources Department prior to utilizing the bulletin board.

Non-Employees, including those representing charitable organizations, are strictly prohibited from soliciting or distributing literature on company premises at any time for any reason.

15                MBCI-0530

These rules are summarized as follows:

|  | Non-Employees | Employees |
|---|---|---|
| Solicitation and distribution on behalf of charitable organizations | Prohibited | Permitted *only* in non-work areas during non-work time. |
| Solicitation and distribution for personal profit or on behalf of a for-profit organization | Prohibited | Confined to bulletin board **in break room.** |

### E.    Use of Company Property

Employees are prohibited from using or allowing others to use MBCI property for purposes which are unrelated to or not intended to further the business of MBCI, unless the Employee has received advance authorization. "Company property" is defined as all tangible items used in the manufacturing and distribution of cabinetry. Company property includes, but is not limited to, machinery, equipment, vehicles and anything else utilized in the manufacturing process as well as intellectual property, confidential information, software, computers, telephones and other electronic communication devices.

## VI.    SAFETY, HEALTH AND THE ENVIRONMENT

### A.    Environmental Actions

MBCI's policy is to conduct its business in a socially responsible and ethical manner to protect the public health and the environment. To that end, the company maintains compliance with all relevant laws and regulations. All Employees are expected to perform their job duties and responsibilities in a manner consistent with this policy. Federal, state and local environmental protection laws govern nearly every aspect of MBCI's business operations, especially those causing emissions of materials into air, land or water. All necessary action must be taken to comply with these laws. In addition, all Employees are urged to do their part in protecting the environment by conserving resources, recycling and reusing materials.

MBCI-0531

16

**B.    Workplace Safety, Health and Security**

MBCI is committed to providing its Employees with an environment that is free from recognized safety, health and security hazards that may cause or are likely to cause illness, injury, death or serious harm. Employees are expected to comply with all occupational safety, health and security standards, rules, regulations, orders, and policies that apply to Employees' own actions and conduct on the job. If an Employee believes that an unsafe or unhealthy condition exists in the workplace, the Employee should immediately bring this condition to the attention of management.

**C.    Risk Management**

MBCI utilizes the principles of risk management in all aspects of its business. Risk management involves making calculated predictions about the future and how to best plan for the potential outcomes. This process involves identifying potential problems, exploring potential solutions and implementing an appropriate course of action. Employees are encouraged and expected to actively participate in identifying issues for risk management.

**D.    Workplace Violence**

MBCI is committed to maintaining a working environment for all Employees that is free of violence and potential threats of violence. Any actual or threatened acts of violence are unacceptable and will not be tolerated. An Employee found to have engaged in such conduct and behavior shall be subject to disciplinary action up to and including termination of employment. It is each Employee's duty and responsibility to report any actual or threatened violent conduct and behavior.

IX.    **CONCLUSION**

Compliance with the letter and spirit of all applicable laws and regulations is required. Since it is in everyone's collective best interests, conducting MBCI's business in a manner that is consistent with the Standards of Business Conduct is imperative and a condition of continued employment with MBCI. If you have any questions, concerns or believe compliance with the standards may be in jeopardy, you have a duty toward MBCI to ask questions, raise concerns and/or report this information consistent with the compliance and reporting requirements. Those compliance and reporting requirements permit the disclosure of this information in the following manner:

17         MBCI-0532

- for issues that can be addressed at the local level, to the appropriate local manager.

- for issues that require corporate involvement, to the appropriate officer or director at the corporate office.

- for issues where an Employee is unsure of the proper report or where the Employee wishes to remain anonymous, the information can be shared with either MBCI's Vice President of Safety, Environmental and Risk Management who can be reached at **812-634-0543** or the Ombudsman by leaving a message on the password protected toll free hotline at **1-888-786-2949**.

- for issues involving questionable financial reporting or auditing practices, to the appropriate local manager or through a toll free hotline maintained by Fortune Brands at **1-800-374-6129**.

The disclosure of information discussed above will prompt MBCI to open an investigation. In order to maintain compliance and enforcement of the Standards of Business Conduct, MBCI expects and requires full cooperation by its Employees with respect to any investigation into a potential violation of the Standards of Business Conduct. MBCI will use its best efforts to maintain the confidentiality of its sources of information during the course and scope of its investigation. A failure to cooperate and/or participate in an investigation shall be considered an admission of responsibility and shall be grounds for disciplinary action up to and including termination of employment.

VIII.    **CORPORATE COMPLIANCE COMMITTEE**

1.    Gary Lautzenhiser, Executive Vice President – Sales

2.    Neil Lynch, Executive Vice President – Marketing

3.    Kurt Wanninger, Executive Vice President – MBCI Operations

4.    Ric Mullis, Sr. Vice President – Human Resources

5.    Richard Farr, Sr. Vice President – Semi-Custom & Component Manufacturing

MBCI-0533                                  18

6.     Ron Flowers, Vice President – Safety, Environmental
       and Risk Management

The membership of the Corporate Compliance Committee may
change from time to time by action of MBCI's President/CEO.

19

MBCI-0534

MBCI-0535          20



**MasterBrand**
c a b i n e t s ,   I n c .

Appendix A

Policy on Equal Employment
Opportunity, Workplace
Harassment and Retaliation          Policy/Procedure

## I.    POLICY SCOPE

This policy applies to all MasterBrand Cabinets, Inc. ("MBCI") employees
employed in the United States.  Where applicable, this policy must be
read in conjunction with any state and/or local law modification (attached
as an addendum).

## II.    DEFINITION OF DISCRIMINATION

For purposes of this policy, discrimination includes an adverse
employment action motivated by the individual's Protected Classification.
Discrimination also includes harassment that is based on an employee's
Protected Classification which is both severe and pervasive and which
materially adversely affects an employee's terms and conditions of
employment.  MBCI is committed to preventing any adverse employment
action and harassment (collectively called "Discrimination") that is based
upon an employee's Protected Classification.

## III.    SEXUAL HARASSMENT

Special attention is called to our policy prohibiting sexual harassment.
The law recognizes two forms of sexual harassment, hostile work
environment and quid pro quo harassment.

Hostile work environment sexual harassment involves conduct and
behavior in the workplace that creates a hostile or offensive work
environment and that adversely interferes with an employee's ability to
perform his or her work.  Examples of a hostile work environment in the
sexual harassment context include, but are not limited to the following:

21          MBCI-0536

**Appendix A**

- Unwelcome and unwanted sexual jokes, language, gestures, epithets, innuendoes, advances or propositions; sexually oriented "kidding," "teasing" or "practical jokes";

- Written or verbal abuse of a sexual nature, including using sexually degrading or vulgar words to describe an individual;

- The display of sexually suggestive or revealing objects, pictures or other material;

- Unwelcome and unsolicited information about another's sexual prowess, activities or deficiencies;

- Asking questions about another's sexual conduct or making unwelcome sexual advances or express or implied requests for sexual activity;

- Harassment consistently targeted at only one sex, even if the content of the abuse is not sexual;

- Unwelcome physical contact such as patting, pinching, touching, leering, whistling, brushing against the body, or suggestive, insulting or obscene comments or gestures;

- Physical assault or physical conduct that is sexual in nature.

Quid pro quo harassment involves a supervisor who exercises authority to either threaten or require a subordinate employee to submit to sexual activity as a requirement for either: (a) continued employment; (b) favorable performance evaluations; or (c) securing advancement in the company; or (d) other favorable treatment in the workplace. Examples of quid pro quo sexual harassment include, but are not limited to, the following examples:

- A supervisor coercing a subordinate employee by stating: "Things could be a lot easier for you here if you would go away with me for the weekend."

- A supervisor withholding a favorable performance evaluation from a subordinate employee until the employee gives in to the supervisor's sexual advances.

Sexual harassment includes "same sex" harassment if the conduct or behavior is both severe and pervasive and is motivated by a general hostility against one gender.

22

MBCI-0537

IV.    **OTHER DISCRIMINATION**

MBCI regards all Discrimination based upon a Protected Classification as creating a hostile and offensive work environment in violation of this policy. While the above examples relate to Discrimination based upon sex, MBCI is committed to ensuring that the same standards apply to Discrimination that involves race, color, gender, religion, national origin, age, disabilities, veteran status, citizenship (in the case of individuals legally authorized to work in the U.S.) or any other legally protected status (referred throughout this policy as "Protected Classification").

Conduct and behavior or the display or use of words, objects or pictures that others could reasonably interpret as being insulting, derogatory or slurs towards persons based on their Protected Classification are prohibited. In addition, conduct and behavior that is threatening, intimidating, vulgar, or hostile toward persons in the workplace based on their Protected Classification are forbidden. Any conduct and behavior that would make a reasonable person uncomfortable in the work environment or could interfere with an employee's ability to perform his or her job will not be tolerated.

The conduct and behavior forbidden by this policy specifically includes, but is not limited to, (a) epithets, slurs, negative stereotyping, kidding, teasing, joking or intimidating acts that are based on a person's Protected Classification, and (b) written or graphic material circulated within the workplace that demonstrates, express or implied hostility toward a person or group because of a person's Protected Classification or characteristics. Comments or actions of this type, even if intended in a joking manner among friends, may be inappropriate in the workplace. If a reasonable person would be offended by the conduct and behavior and it is offensive to the individual employee, the conduct and behavior will be considered inappropriate and unacceptable by MBCI.

V.    **ELECTRONIC COMMUNICATIONS**

Employees may not use the computer system or voicemail to create, send, or receive any information, which could be considered inappropriate and unacceptable by MBCI under this policy. Should an employee receive any such material via computer or voicemail systems, they must report it immediately. For more information concerning the use of computers and voicemail, consult MBCI's policy on electronic communications.

Appendix A

23

MBCI-0538

## VI. REPORTING DISCRIMINATION

**Appendix A**

Employees who believe that they have either witnessed or been subjected to Discrimination shall immediately report the Discrimination to MBCI. Employees have a duty to report Discrimination to MBCI in order to protect themselves, their colleagues and the company. MBCI cannot investigate and take appropriate action if the conduct and behavior is not reported.

Employees have options for reporting Discrimination. To ensure that a report is properly recorded, an employee should report the Discrimination to Human Resources. In the event Human Resources is not available or the employee is uncomfortable in reporting the conduct to Human Resources, the employee may report the Discrimination directly to the Vice President of Safety, Environmental and Risk Management who can be reached at 812-634-0543. Employees may also call a confidential password-protected voicemail telephone hot-line at 1-888-786-2946. Only a member of the Corporate Compliance Committee will retrieve voice mail messages left on that telephone line.

## VII. INVESTIGATION AND RESOLUTION OF COMPLAINT

All reports of Discrimination shall be promptly investigated. To the extent feasible, the investigation will be conducted in a confidential manner in order to protect the rights of all parties involved. **MBCI will not tolerate any retaliation against an employee who makes a good faith report of Discrimination.** If the investigation reveals that the report has merit, corrective action up to and including termination will be taken to remedy the situation. However, if after investigating any complaint of Discrimination, it is learned that an employee intentionally made a false complaint or provided false information regarding the complaint, corrective action up to and including termination may be taken against that employee.

## VIII. RETALIATION

Retaliation is defined as actions that adversely affect an employee's terms and conditions of employment where the actions are a result of the employee reporting Discrimination or opposing in a reasonable manner what they believe to be an act or acts of Discrimination.

MBCI strictly prohibits any conduct which could be considered retaliation against any employee who exercises his or her rights under this policy or who reports or otherwise reasonably acts in opposition to Discriminatory acts or who cooperates in a MBCI investigation of such conduct. If retaliation occurs, corrective action will be taken.

24

MBCI-0539

# MasterBrand
### c a b i n e t s ,  I n c.

**Electronic
Communications Policy**          Policy/Procedure

## I.    POLICY SCOPE

This policy applies to all MasterBrand Cabinets, Inc. ("MBCI") employees employed in the United States who have access to a computer and/or voicemail as a result of their employment with MBCI.

## II.    UTILIZATION OF MBCI'S ELECTRONIC COMMUNICATION SYSTEMS

MBCI's computer and voicemail systems are to be used to create, send and receive electronic communications (computer files, email, internet access and voicemail) that are intended to facilitate MBCI's business activities. In order to protect the integrity of these systems and to ensure a stable and secure working environment, employees must comply with the following guidelines when engaging in electronic communications.

### A.    PASSWORDS

Each user is responsible for creating a password to access the computer system. The password must be a minimum of six alpha-numeric characters (a combination of letters and/or numbers) and must be changed every 90 days. Access to electronic communications is restricted to authorized users. Each user is responsible for all electronic communications associated with their password. The password should not be shared or otherwise disclosed to anyone absent express authorization by the user's supervisor. Any employee who obtains unauthorized access to electronic communications utilizing another employee's computer and/or password is in violation of this policy and will be subject to disciplinary action.

MBCI also maintains a password protected voicemail system. Each authorized user is required to establish a confidential pass code to access the voicemail system. The voicemail system is to be used for MBCI business purposes. Each user is responsible for guarding against misuse of the voicemail system. Any employee who obtains unauthorized access to another user's voicemail message is in violation of this policy and will be subject to disciplinary action.

Appendix B

25

MBCI-0540

B.    **ADDITIONAL SECURITY MEASURES**

In order to further guard against unauthorized access to electronic communications on the computer system, MBCI recommends that employees use a screensaver password and icon at all times. An employee is also expected to logoff the computer system anytime he/she intends to leave their work area for more than 15 minutes.

All electronic communications on the computer system must be stored on a network server file to ensure security and facilitate backup. Virus protection software must also be utilized regularly to protect the integrity of the computer system.

C.    **ELECTRONIC EQUIPMENT**

i.    **HARDWARE**

Installation and relocation of all computer and telephone equipment must be coordinated with the Information Services Department. In order to ensure the integrity of the computer and voicemail systems, modifications and/or deletions of network settings are not permitted.

ii.    **SOFTWARE**

All software used on MBCI computer equipment must be installed by the Information Services Department to ensure compliance with licensing requirements. Installation and/or use of non-approved software constitutes a violation of this policy and shall result in disciplinary action. Non-approved software is subject to confiscation by MBCI.

Due to the high band width requirements for file downloads, File Transfer Protocol ("FTP") downloads should be minimized. FTPs are used primarily for software patches/updates, obtaining vendor information, government publications and other bulk documentation needs. All files downloaded should be scanned for viruses with the most current virus check version prior to opening or executing the file. All downloaded files must conform to all applicable licensing and copywrite standards.

D,    **INTERNET AND EMAIL**

Internet access is only provided to employees who have a MBCI business need for such access. Requests for access must be approved by both an employee's supervisor and the Information Services Department. All internet access is logged, audited and reviewed. Utilizing the internet for personal reasons is not permitted. Accessing news groups, chat functions and broadcast services such as PointCast is

**Appendix B**

MBCI-0541                    26

also not permitted unless such access is for an authorized and legitimate MBCI business purpose. Electronic messages should be appropriate and professional as they are representative of the company.

Email and the internet should not be considered a confidential means, either internally or externally, of transmitting business information. Employees need to be aware of this fact and take whatever steps are necessary to avoid accidental disclosure of confidential and proprietary business information. Should it be necessary to send confidential and proprietary business information electronically, encryption software is available from the Information Services Department.

### III.    INAPPROPRIATE USE OF ELECTRONIC COMMUNICATION DEVICES

MBCI's electronic communications systems are provided to assist in the conduct of business within MBCI. All electronic communications composed, sent, or received on MBCI's communications systems are and remain the property of the MBCI. Email, computer documents and voicemail messages are not the private property of any employee.

The electronic communications systems shall also not be used to create any offensive or disruptive messages. The electronic communications systems shall also not be used to send (transmit) or receive (download) any offensive or disruptive materials. Among those materials which are considered offensive are any messages which contain sexual implications, racial slurs, gender-specific comments, or any other comment that offensively addresses someone's age, color, gender, religion, national origin, race, veterans status, citizenship or disability.

The electronic communications systems shall not be used to send (transmit) or receive (download) copyrighted materials, trade secrets, proprietary financial information, or similar materials without prior authorization.

Electronic communications create a permanent record of how employees conduct business on behalf of MBCI. Therefore, the substance of all electronic communications must be professional and carried out in a business-like manner. Failure to follow the appropriate protocol when creating, sending and/or receiving electronic communications can subject the user as well as the company to potential liabilities. Employees should not underestimate the significance of any verbal or written communication.

27

MBCI-0542

## IV. INSPECTION AND REVIEW OF COMMUNICATIONS BY MBCI

MBCI reserves the right to review, audit, intercept, access and disclose all messages or materials created, received or sent over the electronic communications systems for any purpose. The contents of any computer file, email message, voicemail message or Internet usage that is properly obtained by MBCI for legitimate business purposes, may be disclosed without the permission of the employee. The confidentiality of any message should not be assumed. Even when a message is erased, it is still possible to retrieve and read that message.

## VI. CONFIDENTIALITY

Notwithstanding MBCI's right to retrieve and read any electronic communications, such messages should be treated as confidential by other employees and accessed only by the intended recipient. Employees should not attempt to gain access to another employee's messages without the latter's permission. Employees are not authorized to retrieve or read any electronic communication that is not sent to them.

## VII. REPORTING UNAUTHORIZED USE OF MBCI'S ELECTRONIC COMMUNICATION DEVICES

Any employee who discovers a violation of this policy shall immediately report the violation to MBCI. Employees have options for reporting violations. To ensure that a report of violation is properly noted, an employee should report the violation as follows: (a) to Human Resources; (b) in the event Human Resources is not available or the employee is uncomfortable in reporting the conduct to Human Resources, the employee may report the discrimination directly to the Vice President of Safety, Environmental and Risk Management who can be reached at 812-634-0543; (c) employees may also call a confidential password-protected voicemail telephone hot-line at 1-888-786-2946. Only a member of a Corporate Compliance Committee will retrieve voicemail messages left on that telephone line.

## VIII. DISCIPLINARY ACTION

Any employee who violates this policy or uses the electronic communications systems for improper purposes, shall be subject to corrective action, up to and including termination of employment.

MBCI-0543                    28

# MasterBrand
### C a b i n e t s ,  I n c .

| Drug Free Workplace & Substance Abuse Policy | Policy/Procedure |
|---|---|

## I.    POLICY SCOPE

This policy applies to all MasterBrand Cabinets, Inc. ("MBCI") employees employed in the United States.  For employees who are subject to Department of Transportation or other federal drug/alcohol testing requirements, this policy must be read in conjunction with the federal requirements.  Where applicable, this policy must also be read in conjunction with any state law modification (attached as an addendum) and/or any applicable collective bargaining agreement.

## II.    POLICY STATEMENT

MBCI is committed to providing a safe, efficient and productive work environment for all employees.  Employees who distribute, possess, sell, transfer, use, are under the influence or otherwise abuse drugs or alcohol in the workplace pose a safety risk to themselves and everyone around them.  Impaired employees are prone to accidents and tend to be absent from work more often than unimpaired employees.  Impaired employees also tend to be less reliable and less productive than unimpaired employees.  Simply put, drugs and alcohol interfere with a safe and productive workplace.

MBCI desires to protect employees, customers, suppliers, and the public from accident, injury or property damage caused by employees who are unable to safely perform assigned duties because of problems associated with substance abuse.  To further this commitment, MBCI has developed this Drug Free Workplace & Substance Abuse Policy to establish and maintain a work environment that is free from the effects of drugs and alcohol.  All employees are required to report to work free of alcohol, drugs, and the misuse of medications.  MBCI requires all of its employees, regardless of title or position, to adhere to this policy and cooperate in any investigation of alleged violations of this policy.

Appendix C

29                          MBCI-0544

### III. TESTING PRIOR TO COMMENCING ACTIVE EMPLOYMENT

Prior to commencing active employment with MBCI, an individual must successfully pass tests designed to detect substance abuse. Depending upon the circumstances, the testing may be incorporated into the application process or it may occur after a conditional offer of employment has been extended to an applicant and accepted. All individuals will be notified of MBCI's drug and alcohol testing policy prior to being tested. It is MBCI's intent that testing individuals prior to commencing active employment will deter those who abuse drugs or alcohol from applying, thus stopping a problem before it is created. This provision applies to all applicants and positions including applicants for reemployment and part-time and temporary positions.

### IV. TESTING OF EMPLOYEES

Effective immediately, as a condition of continued employment, all employees are subject to drug and alcohol testing under the following circumstances:

#### D. Reasonable Suspicion

An employee must submit to testing upon reasonable suspicion that he/she is under the influence of drugs or alcohol during the workday.

#### E. Reportable Accident

Accidents occurring during any work activity must be promptly reported. If an employee is involved in a reportable accident, he/she will be asked to submit to drug and alcohol testing as soon as possible, but not later than twelve (12) hours after the accident. Any employee who, because of serious injury, cannot voluntarily submit to testing will be regarded as having consented to appropriate testing to determine whether there were any drugs or alcohol in his/her system at the time of the accident.

### V. REPORTING USE OF PRESCRIPTION AND OVER-THE-COUNTER MEDICATIONS

When employees take prescription or over-the-counter medication, they must establish safe levels that will not alter their physical or mental ability to safely perform the job. It is the employee's responsibility, if he/she believes that the use of a legally obtained drug may place them under the influence, to immediately notify Human Resources. An employee shall report the concern prior to starting work or as soon as the condition becomes known. Human Resources will

Appendix C

MBCI-0545

30

then determine whether the employee may continue to work, take a leave of absence, or other appropriate action.

## VI.    PROHIBITED CONDUCT

- The use, possession, distribution, transfer, or sale of alcohol, drugs or drug paraphernalia on company property, or anywhere during the workday, including breaks and lunch.

- Being under the influence during the workday, including breaks and lunch, as a result of the use of alcohol and/or drugs.

- Storing drugs or alcohol in a locker, desk, equipment, machines, or other places on company property or storing drugs or open containers of alcohol in an employee's personal vehicle located on company property.

- Refusing to provide a sample for testing, including but not limited to, blood, breath, hair, saliva, and/or urine, when required or attempting to tamper with, alter, spoil or adulterate a sample, the testing procedure or results. Such refusal or tampering will be treated as a positive result.

## VII.    DISCIPLINARY ACTION

Any employee who engages, participates or is an accessory to any prohibited conduct, as that phrase is defined above, shall be subject to disciplinary action  up to and including discharge.  Due to MBCI's commitment to a drug and alcohol free workplace and the serious implications that substance abuse can have on the business, an employee found to be in violation of the is policy will be subject to discharge absent compelling circumstances demonstrating that less severe disciplinary action is appropriate under the circumstances.

## VIII.    SEARCH AND SEIZURE

MBCI has the right to search any company property as well as an employee's personal property located on the company's property from time to time in order to detect and address prohibited conduct.  MBCI also has the right to take possession of any evidence that is indicative of prohibited conduct.

Appendix C

31          MBCI-0546

IX.    **VOLUNTARY TREATMENT - EMPLOYEE ASSISTANCE PROGRAM**

Early recognition and treatment of drug and/or alcohol abuse is important for successful rehabilitation. MBCI encourages the earliest possible diagnosis and treatment for substance abuse and employees are urged to seek treatment voluntarily for substance abuse problems. The decision to seek diagnosis and accept treatment is the individual employee's responsibility, not the responsibility of the company. An employee seeking assistance will not be disciplined so long as the employee voluntarily comes forward before the company has reasonable suspicion of use/abuse. If an employee voluntarily comes forward, he/she will be considered for a leave of absence to attend a recognized program of counseling for treatment. Employees needing assistance should contact the Human Resources Manager who will, in strict confidence, assist in finding help.

X.    **DEFINITIONS**

Alcohol:  Alcohol means any beverage that contains ethyl alcohol (ethanol), including, but not limited to beer, wine and distilled spirits.

Company Property:  Means all MBCI premises and facilities including, but not limited to, the offices, production floor and surrounding areas on property owned or leased by MBCI as well as owned or leased vehicles and equipment of MBCI wherever located.

Drug:  Means (a) all illegal substances identified by the Controlled Substances Act, including but not limited to, cannabis, cocaine, crack cocaine, PCP, LSD, heroin, morphine, amphetamines, depressants, stimulants, and other "street" drugs; (b) any prescription medication that is not legally obtained; (c) any prescription medication that is either not being used for the prescribed purpose or that results in mental and/or physical impairment when used for its prescribed purpose; (d) any over-the-counter medication being used at a dosage level other than recommended by the manufacturer or being used for a purpose other than intended by the manufacturer; and (e) any drug being used for a purpose not in accordance with bona fide medical therapy.

Reasonable Suspicion:  Means an impairment to an employee's thought process and/or physical abilities that appears to be caused by the use of drugs and/or the consumption of alcohol.  Reasonable suspicion may be based on a number of factors, such as (a) observation of drugs, drug paraphernalia, alcohol or containers traditionally used for drugs or alcohol; (b) the smell of alcohol on an employee's breath; (c) physical symptoms such as staggering or lumbering walk, bloodshot

Appendix C

MBCI-0547              32

eyes, slurred speech, repetitive talking, flushed face, swaying while standing, slow reactions, or impaired judgment, reasoning, concentration or motor control; (d) exhibiting a pattern or irrational or erratic behavior or a marked change in behavior; (e) arrest or conviction of a drug or alcohol-related offense; or (f) engaging in other conduct and behavior in the workplace which reasonably appears to be the result of drug or alcohol use.

Under the Influence:  Means an employee who tests positive for illegal and/or unauthorized use of drugs and/or an employee who has a blood alcohol concentration of .04 or higher when tested.

Reportable Accident:  Means an accident resulting in:  (a) more than insignificant damage to company property or property of another, (b) injury to the employee or others requiring medical treatment or which results in a recordable bodily injury as defined by OSHA, or (c) other incidents giving rise to a reasonable suspicion that an employee is under the influence of drugs or alcohol.

Appendix C

33          MBCI-0548



MBCI-0549    34

# MasterBrand
### c a b i n e t s ,  I n c .

## Conflicts of Interest
### Policy/Procedure

## I.    POLICY SCOPE

This policy applies to all MasterBrand Cabinets, Inc. ("MBCI") employees employed in the United States.

## II.    GENERAL PRINCIPLES

Conflicts of interest occur when an employee's personal affairs interfere with the goals, interests and/or objectives of the company. Employees must avoid, both on the job and off the job, any personal business, financial or other relationships with customers, competitors or vendors that might impair or even appear to impair the interests of MBCI. Employees have a business responsibility to MBCI and must avoid any situations that could interfere with this responsibility.

The phrase "appear to impair" is especially important. Even when there is no actual conflict of interest, the appearance of such a conflict is damaging because it can undermine the trust among employees and cost MBCI the respect of customers, potential customers, competitors and vendors. If a situation arises which may involve the appearance of or an actual conflict of interest, employees have a duty to make a full and complete disclosure of the situation to their supervisor. Due to the serious nature of conflicts of interest, employees are strongly encouraged to err on the side of disclosure even if no conflict of interest ultimately is found to exist.

## III.    SPECIFIC POLICY PROVISIONS

### A.    Gifts, Meals, Entertainment and Travel

No employee shall accept a gift of more than nominal value from a person or organization that is seeking to have or actually has a business relationship with MBCI. Similarly, no MBCI employee shall give a gift of more than nominal value to such a person or organization. Nominal value for the purposes of this policy is defined as a gift that has a fair market value of less than $50.

Appendix D

35

MBCI-0550

Employees may provide or accept business meals provided the value of such meals is (or would be) reasonable and allowable under the MBCI <u>Travel Policy</u>.

Entertainment, lodging and travel, (including attendance at sporting or cultural events), may only be provided or accepted if: (a) pre-approved by your supervisor; (b) it is associated with an occasion at which business is discussed; and (c) it is provided as a normal part of business.

Gifts, meals, entertainment, and travel given to a member of an individual's family, because of their relationship to the individual, are considered to be given directly to the individual.

**B.      Personal Involvement with Entities Providing Products or Services to MBCI**

Employees may not knowingly:

- Maintain an ownership interest in any business (a) that leases or sells materials, supplies, products or services to MBCI, or (b) to which MBCI leases or sells any materials, supplies, products or services.

- Possess an ownership interest in any materials, supplies, products or services sold or leased to MBCI.

- Act in any capacity -- including as director, officer, partner, employee, consultant, agent, distributor or the like -- for any business engaged in the activities described in the paragraphs above.

**C.      Interaction with Vendors**

**2.      Existing Vendors**

The following rules apply when working with current vendors:

- Employees may not accept any consideration, no matter how small, or participate in any activity, such as a sponsored conference, social event or sporting activity where the intention may be to influence the employee's business judgment or create the appearance that it can be influenced.

Appendix D

MBCI-0551                   36

Employees should not reveal confidential information about one vendor to another vendor, including among vendors already affiliated with MBCI.

### 2. Selecting Vendors

The following guidelines should be considered when selecting a vendor:

- Employees are required to select the vendor best able to meet MBCI's needs. Vendors should be selected on the basis of objective information concerning such factors as value (quality for price), best or lowest price, lowest total cost determination, technical excellence, service reputation and production capacity.

- Doing business with a vendor must never pose a risk to MBCI's reputation.

- If a potential vendor is represented by a former MBCI employee, the vendor may be in a position to use knowledge about MBCI to an unfair advantage.

- Vendors who do business with MBCI may be required to provide certifications of compliance with various laws and standards. Certifications should be reviewed prior to awarding business to a vendor.

- Employees are considered agents of the Company and therefore may bind the Company. Do not make any oral statement concerning length of commitment. Do not execute any document that could be construed as a contract unless and until it has been reviewed by the appropriate MBCI representative.

### D. OUTSIDE ACTIVITIES

Employees are to devote the business services for which they were hired exclusively to MBCI. No employee shall be an owner of or act in any capacity -- including director, officer, partner, employee, consultant, agent, distributor or the like -- for an outside commercial enterprise that is in any way competitive with MBCI or conducting business with MBCI absent the express written consent of the Corporate Compliance Committee. Officers or Directors of MBCI who have or enter into such outside endeavors must obtain the consent of two-thirds of the Board of Directors of MBCI.

Appendix D

37

MBCI-0552

## IV.    WHEN CONFLICTS OF INTEREST ARISE

If a situation arises which may involve the appearance of or an actual conflict of interest, an employee has a duty to MBCI to make full disclosure in writing to their supervisor. When in doubt, an employee should discuss the situation with their supervisor. If a violation has occurred, it must promptly be reported to a member of the Corporate Compliance Committee.

If an employee is found to be in violation of this policy and asked to take corrective measures, he/she shall be afforded reasonable time to do so. Violations of this policy may result in disciplinary action up to and including termination. The Company reserves the right to seek other relief and damages as the law provides.

Appendix D

MBCI-0553              38