# EXHIBIT D

# SCHROCK CABINET COMPANY
# HOURLY HANDBOOK

## ASSOCIATE RECEIPT

I have received my personal copy of the SCC Hourly Associate Handbook. I understand that it is my responsibility to become familiar with the contents of this material and to ask for clarification on any policy. I also understand that this handbook is merely a guideline or overview as to the general policies, procedures and practices of SCC. I further understand that SCC reserves the right to make decisions related to employment in a manner other than as provided in this handbook.

I understand that neither this document, nor any other Company document, constitutes or should be construed to constitute an expressed or implied contract or agreement of any kind. This handbook does not constitute a contract of employment, should not be construed as one and employment at SCC is "EMPLOYMENT AT WILL." In other words, your employment may be terminated by either you or SCC, at its discretion, with or without cause for any reason not otherwise prohibited by law and at any time with or without prior notice. No manager, team leader, representative or agent of SCC, other than the Sr. Vice-President, has any authority to enter into any agreement with you for employment for any specified period of time, or to make any agreement contrary to this employment-at-will policy.

From time to time, employees may be informed orally or in writing of changes in Company rules, including additions and deletions. However the company reserves the right to change policies at any time with our without notice to employees and any such change becomes effective as of the date determined by the Company in its sole discretion. Accordingly, I understand that no employee should make his/her decision to accept employment or remain employed with SCC based solely upon the policies and procedures contained within this handbook.

_Kim L. Foreman_     7-24-00
Associate signature            Date

_Kim L. Foreman_
Print Name

_Shirley C. Payne_     7/24/00
Signature of Human Resources Representative     Date

44

DEFENDANT'S
EXHIBIT

CASE NO. 3:06-cv-449

EXHIBIT NO. 2

MBCI-0042



# SCHROCK
### CABINET COMPANY

# Employee Certification

*Please read, sign, print your name and date, and return this page to the Vice President of Human Resources, Secretary - Corporate Compliance Committee.*

I, the undersigned employee of Schrock Cabinet Company, certify that I have received and read the Schrock Cabinet Company Handbook which contains Summary Plan Descriptions (SPDs) of the group programs. I also certify that I have received description of COBRA continuation of coverage information and the description will serve as initial notification of my rights to elect COBRA continuance of coverage.

The SPDs also contain information regarding the entire plan of benefits including coordination of benefits and an exclusion for pre-existing conditions as stated under "Limitations and Exclusions". I also understand that any questions I may have with regard to these plans should be addressed to my local Human Resources Department.

This form of certification was attached to the Schrock Cabinet Company Handbook. I further certify that I understand the substantive obligations imposed upon me by the Handbook or, to the extent that I do not understand these obligations, I acknowledge that procedures are outlined in the Handbook to help me develop an appropriate understanding of these obligations.

I understand that an effective compliance program requires active employee involvement and that I am encouraged and required to report activities which, in good faith, I believe are or may be violations. Finally, I understand that any violation, failure to report a violation or retaliation against another employee for his or her action in reporting a violation or potential violation will subject me to disciplinary action, which may include, among other things, dismissal for cause.

_Kim L. Foreman_
Signature

_Kim L. Foreman_
Printed Name

_7-24-00_
Date

MBCI-0043