# EXHIBIT E

## EMPLOYEE ACKNOWLEDGEMENT AND RECEIPT

I acknowledge that I have received a copy of MasterBrand Cabinets, Inc.'s employee handbook. The employee handbook contains comprehensive information about terms and conditions of my employment with MBCI. In particular, the employee handbook contains two sections entitled <u>Standards of Business Conduct</u> and <u>Employment Policies and Procedures</u> that have been brought to my attention. I have been advised to read these sections carefully and bring any questions I have about the content or meaning of the information contained in these sections to the attention of Human Resources. By signing this acknowledgement and receipt, I am hereby certifying that I have carefully read and understand the information contained in these tabs and that all questions or issues I may have had about this information have been answered to my satisfaction. I further acknowledge that if I have any questions or concerns in the future regarding these sections, I should raise these issues with Human Resources.

I understand that this handbook and the policies and procedures contained within it are not intended to create a contract of employment between MBCI and any of its employees. I understand that unless I am presented with a document entitled "Employment Agreement," I am an at-will employee of MBCI. Finally, I understand that MBCI, for business-related reasons, reserves the right to change policies and procedures described in this handbook and that such changes will be communicated to employees for insertion into the employee handbook.

With regard to the <u>Standards of Business Conduct</u>, I acknowledge that an effective compliance program requires active participation and involvement and that I have a duty to report activities which, in good faith, I believe are or may be potential violations of the <u>Standards of Business Conduct</u>. Any violation, failure to report a violation or retaliation against another employee for his/her action in reporting a violation or potential violation will subject me to disciplinary action which may include the termination of my employment relationship with MBCI.

Dated: 10-26-04

_Kim Foreman_
Signature

Kim Foreman
Printed Name



DEFENDANT'S EXHIBIT

CASE NO. 3:06-cv-449

EXHIBIT NO. 3

MBCI-0039

## EMPLOYEE ACKNOWLEDGEMENT AND RECEIPT

I acknowledge that I have received a copy of MasterBrand Cabinets, Inc.'s Standards of Business Conduct. I have been advised to carefully review the Standards of Business Conduct. By signing this acknowledgement and receipt, I hereby certify that I have: (1) had an opportunity to read and review the Standards of Business Conduct; (2) attended a meeting in which the policies and procedures were reviewed and discussed; and (3) had an opportunity to ask questions and obtain answers to any issues I had about this information. I further acknowledge that if I have any further questions or concerns regarding the Standards of Business Conduct, I should raise these issues with Human Resources.

The Standards of Business Conduct contains copies of certain policies (attached as Appendices) that are uniformly applicable to all employees. At certain locations these policies have been modified slightly to accommodate individual state law compliance. Most of these changes are procedural in nature and do not affect the substantive content of the policy itself. However, the actual policies applicable in your location should either be posted on a bulletin board or be contained in the employee handbook. If for whatever reason you are unable to locate a copy of the specific policy in question, contact Human Resources to obtain a copy.

I understand that the Standards of Business Conduct is not intended to create a contract of employment between MBCI and any of its employees. I understand that unless I am presented with a document entitled "Employment Agreement," I am an at-will employee of MBCI. Finally, I understand that MBCI, for business-related reasons, reserves the right to change the Standards of Business Conduct and that such changes will be communicated to employees for insertion into the booklet.

An effective corporate compliance program requires active employee participation and involvement. Employees have a duty to report activities that, in good faith, they believe are or may be potential violations of the Standards of Business Conduct. Any violation, failure to report a violation or retaliation against another employee for his/her action in reporting a violation or potential violation will subject an employee to disciplinary action which may include the termination of the employment relationship with MBCI.

Dated: 10-26-04                    _Kim Foreman_
                                   Signature

                                   _Kim Foreman_
                                   Printed

INIMAN2 881889v1

MBCI-0040