# EXHIBIT F

NEW HIRE ORIENTATION WITH TEAM LEADER
SCHROCK CABINET COMPANY
AUBURN, ALABAMA

ASSOCIATE NAME Kim Foreman                           DATE 7/24/00

CONDUCTED BY Shirley Payne / Arnita Crawford        DEPT 7/24/00

- ✓ 1. Review department working hours, lunch, and break times.
- ✓ 2. Review conduct policy.
- ✓ 3. Review appropriate dress/clothing for work.
- ✓ 4. Review call-in procedure and give appropriate phone number.
- ✓ 5. Explain procedure to follow if leaving department other than at breaks or lunch.
- ✓ 6. Review No Smoking policy and location of designated smoking areas.
- ✓ 7. Explain the use of the cafeteria, vending, coolers, lockers, and sealed cups in production area.
- ✓ 8. Discuss bulletin boards, postings, location of lockers, restrooms, and cafeteria.
- ✓ 9. Review parking rules, speed limits, and location of employee entrances.
- ✓ 10. Review departmental safety rules and equipment to be used, including PPE and lock-out/tag-out procedures.
- ✓ 11. Explain MSDS sheets and where they are located within the department.
- ✓ 12. Review the procedure on how to report a work injury and the location of the First Aid Room.
- ✓ 13. Review evacuation plan with designated department meeting location.
- ✓ 14. Review attendance policy, doctors' notes, what constitutes a tardy, how tardies are counted, etc.
- ✓ 15. Explain disciplinary procedures.
- ✓ 16. Review our Alcohol and Drug policy and our policy on weapons.
- ✓ 17. Review how badges are to be used and how to clock in and out using the Kronos Swipe System.
- ✓ 18. Review overtime policy.
- ✓ 19. Explain when pay day is, how pay stubs are issued, and procedure to have someone else pick up pay stub.
- ✓ 20. Explain cross-training plan and procedures.
- ✓ 21. Hand out Work Instruction Sheets and explain their contents.
- ✓ 22. Discuss team leader's expectations.

The above items have been reviewed with me.

ASSOCIATE SIGNATURE Kim Foreman              DATE 8-3-00
TEAM LEADER SIGNATURE Arnita Crawford        DATE 8-3-00

DEFENDANT'S EXHIBIT
CASE NO. 3:06-cv-449
EXHIBIT NO. 1

MBCI-0028