IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv449-MHT |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of plaintiff's motion for equitable relief (Doc. No. 74), it is ORDERED that defendant file a response by no later than October 18, 2007.

DONE, this the 27th day of September, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE