IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv449-MHT |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion for judgment as a matter of law and alternative motion for new trial (Doc. No. 76) are set for submission, without oral argument, on October 18, 2007, with all briefs due by said date.

DONE, this the 27th day of September, 2007.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE