IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,              CIVIL ACTION NO. 3:06cv00449 (MHT)
    V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

### EVIDENTIARY SUBMISSIONS IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

COMES NOW the Plaintiff, by and through undersigned counsel, and provides the following as Evidentiary Submissions in Support of Plaintiff's Petition for Attorneys' Fees:

| Number | Description |
|---|---|
| 1 | Declaration of David R. Arendall |
| 2 | Time Report of David R. Arendall |
| 3 | Report for expenses and costs incurred by David R. Arendall |
| 4 | Declaration of Allen D. Arnold |
| 5 | Time Report of Allen D. Arnold |
| 6 | Affidavit of Michael Quinn |

1

7        Affidavit of Alicia Haynes

                                Respectfully submitted,

                                /s/ David R. Arendall

                                David R. Arendall

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on September 28, 2007, which will forward a copy to:

Mark J. Romaniuk
Christopher C. Murray

                                /s/ David R. Arendall

                                Of Counsel