# PLAINTIFF'S EVIDENTIARY SUBMISSION 2 IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:44 PM

Time Record Details

Page 6

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 4/19/2005 | David | Foreman, Kim Client conference | Master Brand Cabinets | General/Miscellane | General | 175.00 | 1.00 Hours |
| 4/29/2005 | David | Foreman, Kim Preparation of EEOC charge | Master Brand Cabinets | General/Miscellane | General | 175.00 | 1.00 Hours |
| 5/9/2005 | David | Foreman, Kim EEOC charge | Master Brand Cabinets | General/Miscellane | General | 17.50 | 0.10 Hours |
| 5/16/2005 | David | Foreman, Kim Phone call from client | Master Brand Cabinets | General/Miscellane | General | 17.50 | 0.10 Hours |
| 6/19/2005 | David | Foreman, Kim Receipt and review of correspondence and enclosure from opposing counsel | Master Brand Cabinets | General/Miscellane | General | 150.00 | 0.50 Hours |
| 8/2/2005 | David | Foreman, Kim Letter to client | Master Brand Cabinets | General/Miscellane | General | 60.00 | 0.20 Hours |
| 12/7/2005 | David | Foreman, Kim Letter to client | Master Brand Cabinets | General/Miscellane | General | 60.00 | 0.20 Hours |
| 2/1/2006 | David | Foreman, Kim Letter to client | Master Brand Cabinets | General/Miscellane | General | 70.00 | 0.20 Hours |
| 3/3/2006 | David | Foreman, Kim Letter to EEOC | Master Brand Cabinets | General/Miscellane | General | 70.00 | 0.20 Hours |
| 4/18/2006 | David | Foreman, Kim Request for FOIA file from EEOC | Master Brand Cabinets | General/Miscellane | General | 35.00 | 0.10 Hours |
| 5/4/2006 | David | Foreman, Kim Complaint | Master Brand Cabinets | General/Miscellane | General | 350.00 | 1.00 Hours |
| 5/18/2006 | David | Foreman, Kim Preparation and filing of complaint, summons, Request for Service by certified mail; Civil Cover Sheet; exhibits; Mail for service on Defendant | Master Brand Cabinets | General/Miscellane | General | 350.00 | 1.00 Hours |
| 5/23/2006 | David | Foreman, Kim Receipt and review of Notice by Court of assignment to Magistrate Judge | Master Brand Cabinets | General/Miscellane | General | 70.00 | 0.20 Hours |
| 5/25/2006 | David | Foreman, Kim Receipt of Notice / Proof of service on Defendant from Court | Master Brand Cabinets | General/Miscellane | General | 35.00 | 0.10 Hours |
| 6/1/2006 | David | Foreman, Kim Notice of Reassignment from Court (Case assigned to Judge Thompson) | Master Brand Cabinets | General/Miscellane | General | 35.00 | 0.10 Hours |
| 6/16/2006 | David | Foreman, Kim Receipt of filing of Unopposed Motion for Enlargement of Time | Master Brand Cabinets | General/Miscellane | General | 70.00 | 0.20 Hours |
| 6/19/2006 | David | Foreman, Kim Receipt of Order granting of Motion for Enlargement of Time | Master Brand Cabinets | General/Miscellane | General | 70.00 | 0.20 Hours |
| 6/26/2006 | David | Foreman, Kim Receipt and review of Motion for Pro Hac Vice Admission of Romaniuk and Murray | Master Brand Cabinets | General/Miscellane | General | 105.00 | 0.30 Hours |
| 6/28/2006 | David | Foreman, Kim Receipt and review of FOIA file from EEOC | Master Brand Cabinets | General/Miscellane | General | 350.00 | 1.00 Hours |
| 6/29/2006 | David | Foreman, Kim Receipt and review of Order granting Admission | Master Brand Cabinets | General/Miscellane | General | 70.00 | 0.20 Hours |
| 7/3/2006 | David | Foreman, Kim Review of documents from EEOC | Master Brand Cabinets | General/Miscellane | General | 140.00 | 0.40 Hours |
| 7/13/2006 | David | Foreman, Kim Receipt and review of Answer of Defendant | Master Brand Cabinets | General/Miscellane | General | 175.00 | 0.50 Hours |

# Arendall & Associates Time Report for Kim Foreman

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 7/27/2006 | David | Foreman, Kim | Master Brand Cabinets | E-mail from opposing counsel | General/Miscellane General | 35.00 | 0.10 Hours |
| 8/2/2006 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Uniform Scheduling Order | General/Miscellane General | 175.00 | 0.50 Hours |
| 8/4/2006 | David | Foreman, Kim | Master Brand Cabinets | Preparation and mailing of Plaintiff's Initial Disclosures | General/Miscellane General | 350.00 | 1.00 Hours |
| 9/5/2006 | David | Foreman, Kim | Master Brand Cabinets | Initial from Defendant; Letter to Defendant | General/Miscellane General | 105.00 | 0.30 Hours |
| 9/15/2006 | David | Foreman, Kim | Master Brand Cabinets | Interrogatories and Request for Production | General/Miscellane General | 350.00 | 1.00 Hours |
| 9/20/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defendant | General/Miscellane General | 70.00 | 0.20 Hours |
| 10/4/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defendant | General/Miscellane General | 70.00 | 0.20 Hours |
| 10/22/2006 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of correspondence from opposing counsel | General/Miscellane General | 70.00 | 0.20 Hours |
| 11/21/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defendant | General/Miscellane General | 35.00 | 0.10 Hours |
| 11/28/2006 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of e-mail from opposing counsel | General/Miscellane General | 70.00 | 0.20 Hours |
| 12/6/2006 | David | Foreman, Kim | Master Brand Cabinets | Defendant's responses to discovery | General/Miscellane General | 175.00 | 0.50 Hours |
| 12/28/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter via fax from opposing counsel | General/Miscellane General | 70.00 | 0.20 Hours |
| 1/18/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Defendant's discovery responses and documents | General/Miscellane General | 600.00 | 1.50 Hours |
| 1/23/2007 | David | Foreman, Kim | Master Brand Cabinets | Review of discovery from Defendant; Rule 37 letter | General/Miscellane General | 800.00 | 2.00 Hours |
| 2/15/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defendant | General/Miscellane General | 80.00 | 0.20 Hours |
| 2/16/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defendant | General/Miscellane General | 80.00 | 0.20 Hours |
| 2/21/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Order regarding change in Scheduling Order | General/Miscellane General | 120.00 | 0.30 Hours |
| 2/22/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Deadline change | General/Miscellane General | 40.00 | 0.10 Hours |
| 2/23/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to opposing counsel | General/Miscellane General | 80.00 | 0.20 Hours |
| 3/5/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Defendant's Initial and RFP | General/Miscellane General | 200.00 | 0.50 Hours |
| 3/5/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of letter from opposing counsel and review of draft discovery responses | General/Miscellane General | 200.00 | 0.50 Hours |
| 3/10/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to client | General/Miscellane General | 80.00 | 0.20 Hours |

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:46 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 3/27/2007 | David | Foreman, Kim Letter to Defendant | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 4/12/2007 | David | Foreman, Kim E-mail from opposing counsel | Master Brand Cabinets | General/Miscellane | General | 120.00 | 0.30 Hours |
| 4/30/2007 | David | Foreman, Kim File review | Master Brand Cabinets | General/Miscellane | General | 160.00 | 0.40 Hours |
| 5/10/2007 | David | Foreman, Kim Receipt and review of Defendant's Motion to Amend Scheduling Order | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 5/11/2007 | David | Foreman, Kim Defendant's Motion for Extension of Deadline; Response | Master Brand Cabinets | General/Miscellane | General | 400.00 | 1.00 Hours |
| 5/14/2007 | David | Foreman, Kim Preparation and filing of Opposition to Motion to Amend Scheduling Order | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 5/15/2007 | David | Foreman, Kim Receipt and review of Order denying Motion to Amend | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 5/21/2007 | David | Foreman, Kim Receipt and review of correspondence from opposing counsel | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 5/23/2007 | David | Foreman, Kim E-mail from opposing counsel | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 6/8/2007 | David | Foreman, Kim Receipt and review of Order setting Pretrial Hearing | Master Brand Cabinets | General/Miscellane | General | 120.00 | 0.30 Hours |
| 6/22/2007 | David | Foreman, Kim Receipt and review of Order changing date of pre-trial, calendar date | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 8/2/2007 | David | Foreman, Kim Receipt and review of letter from opposing counsel via fax Re: Pretrial Order | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 8/3/2007 | David | Foreman, Kim Receipt and review of letter via fax Re: pretrial disclosures | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 8/3/2007 | David | Foreman, Kim Fax to Chris Murray | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 8/3/2007 | David | Foreman, Kim Receipt and review of correspondence and discovery responses from Defendant | Master Brand Cabinets | General/Miscellane | General | 120.00 | 0.30 Hours |
| 8/6/2007 | David | Foreman, Kim Phone with Defendant and Court | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 8/7/2007 | David | Foreman, Kim E-mail from Chris Murray | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 8/8/2007 | David | Foreman, Kim Preparation and filing of Disclosure Statement | Master Brand Cabinets | General/Miscellane | General | 120.00 | 0.30 Hours |
| 8/14/2007 | David | Foreman, Kim Phone with co-counsel | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| 8/15/2007 | David | Foreman, Kim Receipt and review of letter and enclosures from opposing counsel | Master Brand Cabinets | General/Miscellane | General | 80.00 | 0.20 Hours |
| 8/17/2007 | David | Foreman, Kim Pretrial review | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| | | Foreman, Kim Preparation and filing of Notice of Appearance for SSW | Master Brand Cabinets | General/Miscellane | General | | |

# Arendall & Associates Time Report for Kim Foreman

## Time Record Details

Printed on 9/28/2007 2:28:48 PM

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/17/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Receipt and review of correspondence from opposing counsel (via e-mail) | General | 200.00 | 0.50 Hours |
| 8/22/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Receipt and review of correspondence from opposing counsel | General | 80.00 | 0.20 Hours |
| 8/22/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Preparation of Voir Dire | General | 1,320.00 | 3.30 Hours |
| 8/23/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Phone with client | General | 200.00 | 0.50 Hours |
| 8/23/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Letter to client; Letter for client to be excused from work | General | 2,440.00 | 6.10 Hours |
| 8/24/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Phone with witness | General | 2,120.00 | 5.30 Hours |
| 8/24/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Phone with client | General | 120.00 | 0.30 Hours |
| 8/26/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Receipt and review of Order | General | 520.00 | 1.30 Hours |
| 8/27/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation | General | 2,200.00 | 5.50 Hours |
| 8/28/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Phone to witness, Alabama Bar | General | 1,960.00 | 4.90 Hours |
| 8/29/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation | General | 1,600.00 | 4.00 Hours |
| 8/30/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation | General | 840.00 | 2.10 Hours |
| 8/31/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Letter for client for excuse from work | General | 80.00 | 0.20 Hours |
| 8/31/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Motions; Trial preparation; Client conference; Phone with witness; Conference with witness | General | 4,800.00 | 12.00 Hours |
| 9/1/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Research | General | 2,000.00 | 5.00 Hours |
| 9/3/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Phone with witness; Brief from Defendant | General | 4,600.00 | 11.50 Hours |
| 9/4/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Travel; conference with client and witnesses | General | 4,000.00 | 10.00 Hours |
| 9/5/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Trial | General | 6,400.00 | 16.00 Hours |
| 9/6/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Trial; Travel | General | 4,200.00 | 10.50 Hours |
| 9/7/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Closing | General | 800.00 | 2.00 Hours |
| 9/8/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation | General | 840.00 | 2.10 Hours |
| 9/9/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane Trial preparation; Travel | General | 4,400.00 | 11.00 Hours |

# Arendall & Associates Time Report for Kim Foreman

Time Record Details

Printed on 9/28/2007 2:28:49 PM

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/10/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane | General | 5,200.00 | 13.00 Hours |
| | | Trial; Trial preparation; Travel | | | | | |
| 9/12/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| | | Court Order; Preparation of Motion for Relief, Attorneys' Fees | | | | | |
| 9/19/2007 | David | Foreman, Kim | Master Brand Cabinets | General/Miscellane | General | 200.00 | 0.50 Hours |
| | | Motion for Equitable Relief | | | | | |

# Arendall & Associates Time Report for Kim Foreman

Summary Information

Number of Records:
Total Duration:
Total Time Fee:
Total Expense:
Total Fee:
Hours Breakdown:

TOTAL: $60,720.00

0.90 Hours at $300.00/Hour
10.20 Hours at $350.00/Hour
142.20 Hours at $400.00/Hour