# PLAINTIFF'S EVIDENTIARY SUBMISSION 3 IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:49 PM

Time Record Details

Page 10

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/20/2007 | Expense | Foreman, Kim | Master Brand Cabinets Source One -- Blow-ups ( $28.34; $28.34; and $124.26) | Expenses | Expenses | 180.94 | 0.00 Hours |
| 8/20/2007 | Expense | Foreman, Kim | Master Brand Cabinets Meals and related expenses | Expenses | Expenses | 200.00 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Poster Board | Expenses | Expenses | 19.00 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Postage | Expenses | Expenses | 29.85 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Witness Fee -- Clack | Expenses | Expenses | 48.00 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Binders ($3.75 x 16) | Expenses | Expenses | 60.00 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Runner | Expenses | Expenses | 100.00 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Copies (617 x .25) | Expenses | Expenses | 154.25 | 0.00 Hours |
| 9/1/2007 | Expense | Foreman, Kim | Master Brand Cabinets Filing Fee | Expenses | Expenses | 357.00 | 0.00 Hours |
| 9/9/2007 | Expense | Foreman, Kim | Master Brand Cabinets 120 miles (120 x .30) | Expenses | Expenses | 36.00 | 0.00 Hours |
| 9/10/2007 | Expense | Foreman, Kim | Master Brand Cabinets 120 miles (120 x .485) | Expenses | Expenses | 58.20 | 0.00 Hours |
| 9/10/2007 | Expense | Foreman, Kim | Master Brand Cabinets Mileage (Pre-trial) (182 x .485) | Expenses | Expenses | 88.27 | 0.00 Hours |
| 9/10/2007 | Expense | Foreman, Kim | Master Brand Cabinets Motel Rooms (2) for three nights $228.79 x 2 = $457.58 | Expenses | Expenses | 457.58 | 0.00 Hours |

```
TOTAL:  $1,789.09
```