# PLAINTIFF'S EVIDENTIARY SUBMISSION 5 IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:37 PM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 5/13/2005 | Allen | Foreman, Kim Letter to client | Master Brand Cabinets | General/Miscellane | General | 35.00 | 0.20 Hours |
| 7/27/2006 | Allen | Foreman, Kim RPPM attempt | Master Brand Cabinets | phone | Telephone | 20.00 | 0.10 Hours |
| 7/28/2006 | Allen | Foreman, Kim RPPM call | Master Brand Cabinets | phone | Telephone | 20.00 | 0.10 Hours |
| 7/28/2006 | Allen | Foreman, Kim Conference with Chris Murray | Master Brand Cabinets | RPPM | Discovery | 100.00 | 0.50 Hours |
| 11/27/2006 | Allen | Foreman, Kim Chris Murray Granted extention until 12/4/2006 | Master Brand Cabinets | phone | Telephone | 40.00 | 0.20 Hours |
| 2/21/2007 | Allen | Foreman, Kim Order from Court/Calendared | Master Brand Cabinets | review of document | Pleadings | 23.50 | 0.10 Hours |
| 3/2/2007 | Allen | Foreman, Kim regarding depo dates | Master Brand Cabinets | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 3/6/2007 | Allen | Foreman, Kim received | Master Brand Cabinets | Ans. to INT, RFP, R | Discovery | 47.00 | 0.20 Hours |
| 3/9/2007 | Allen | Foreman, Kim disc. review, MTC needs to be filed if not in mail on 3/12 | Master Brand Cabinets | review of document | General | 47.00 | 0.20 Hours |
| 4/2/2007 | Allen | Foreman, Kim RFP, INT, Phone call to CLient | Master Brand Cabinets | Ans. to INT, RFP, R | Discovery | 470.00 | 2.00 Hours |
| 4/3/2007 | Allen | Foreman, Kim INT & RFP | Master Brand Cabinets | phone | Telephone | 117.50 | 0.50 Hours |
| 4/9/2007 | Allen | Foreman, Kim Case Development Review | Master Brand Cabinets | Phone with Client | Discovery | 399.50 | 1.70 Hours |
| 4/9/2007 | Allen | Foreman, Kim Case Development Research | Master Brand Cabinets | review of document | General | 282.00 | 1.20 Hours |
| 4/10/2007 | Allen | Foreman, Kim RFP | Master Brand Cabinets | review of document | Discovery | 117.50 | 0.50 Hours |
| 4/30/2007 | Allen | Foreman, Kim 2nd Round of Discovery | Master Brand Cabinets | Preparation of Plea | Discovery | 235.00 | 1.00 Hours |
| 5/1/2007 | Allen | Foreman, Kim with witness | Master Brand Cabinets | phone | Telephone | 47.00 | 0.20 Hours |
| 5/1/2007 | Allen | Foreman, Kim Declaration for Thomas Clack, directions to meeting place | Master Brand Cabinets | Preparation of Plea | Expenses | 282.00 | 1.20 Hours |
| 5/1/2007 | Allen | Foreman, Kim Accurint - witness search | Master Brand Cabinets | Research | General | 70.50 | 0.30 Hours |
| 5/2/2007 | Allen | Foreman, Kim Drive to Dadeville, AL. statement from witness | Master Brand Cabinets | General/Miscellane | General | 1,010.50 | 4.30 Hours |
| 5/2/2007 | Allen | Foreman, Kim debriefed memo after meeting | Master Brand Cabinets | review of document | General | 70.50 | 0.30 Hours |
| 5/18/2007 | Allen | Foreman, Kim defense counsel | Master Brand Cabinets | phone | Telephone | 23.50 | 0.10 Hours |
| 5/21/2007 | Allen | Foreman, Kim Response to Letter; phone call to client; damage calculations; conference with DRA about first offer | Master Brand Cabinets | Letter to Defense At | Correspondence | 235.00 | 1.00 Hours |

Page 1

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:38 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 5/23/2007 | Allen | Foreman, Kim settlement | Master Brand Cabinets | Correspondence | Correspondence | 23.50 | 0.10 Hours |
| 5/23/2007 | Allen | Foreman, Kim left message regardin immediate callback | Master Brand Cabinets | Phone with Client | Pleadings | 23.50 | 0.10 Hours |
| 5/24/2007 | Allen | Foreman, Kim Face to Face Settlemetn Conference with Mark Romanuik | Master Brand Cabinets | Meeting | General | 141.00 | 0.60 Hours |
| 5/24/2007 | Allen | Foreman, Kim tried every number for settlement authority | Master Brand Cabinets | Phone with Client | Telephone | 47.00 | 0.20 Hours |
| 5/24/2007 | Allen | Foreman, Kim Notice of Settlement Conference and Mediation | Master Brand Cabinets | Preparation of Plea | Pleadings | 117.50 | 0.50 Hours |
| 5/24/2007 | Allen | Foreman, Kim Calendared remaining obligations under Rule 16 Order in preparation for Trial | Master Brand Cabinets | General/Miscellane | General | 164.50 | 0.70 Hours |
| 5/24/2007 | Allen | Foreman, Kim preparation for meeting with Romanuik | Master Brand Cabinets | Meeting | General | 70.50 | 0.30 Hours |
| 7/26/2007 | Allen | Foreman, Kim witness list | Master Brand Cabinets | Trial Preparation | Trial Preparation | 70.50 | 0.30 Hours |
| 7/27/2007 | Allen | Foreman, Kim Exhibit List | Master Brand Cabinets | review of document | Telephone | 235.00 | 1.00 Hours |
| 8/3/2007 | Allen | Foreman, Kim letter to Murrar regarding witness list | Master Brand Cabinets | Correspondence | Telephone | 70.50 | 0.30 Hours |
| 8/6/2007 | Allen | Foreman, Kim read email about joint motinIo | Master Brand Cabinets | Email Defense Attor | Correspondence | 47.00 | 0.20 Hours |
| 8/15/2007 | Allen | Foreman, Kim regarding trial | Master Brand Cabinets | Letter to Clients | Correspondence | 47.00 | 0.20 Hours |
| 8/15/2007 | Allen | Foreman, Kim first draft | Master Brand Cabinets | PreTrial Order | Pleadings | 352.50 | 1.50 Hours |
| 8/15/2007 | Allen | Foreman, Kim regarding trial | Master Brand Cabinets | Phone with Client | Telephone | 47.00 | 0.20 Hours |
| 8/16/2007 | Allen | Foreman, Kim reviewed supplemental documents; damages calculation | Master Brand Cabinets | Research | Trial Preparation | 517.00 | 2.20 Hours |
| 8/16/2007 | Allen | Foreman, Kim Murray - Pre-Trial | Master Brand Cabinets | Phone with Client | Telephone | 47.00 | 0.20 Hours |
| 8/16/2007 | Allen | Foreman, Kim Pre-Trial Order | Master Brand Cabinets | Letter to Clients | Correspondence | 117.50 | 0.50 Hours |
| 8/17/2007 | Allen | Foreman, Kim email to/from court proposed order | Master Brand Cabinets | Correspondence | Correspondence | 47.00 | 0.20 Hours |
| 8/17/2007 | Allen | Foreman, Kim discussions with Christopher Murray; pre trial stipulations and edits | Master Brand Cabinets | PreTrial Order | Pleadings | 141.00 | 0.60 Hours |
| 8/17/2007 | Allen | Foreman, Kim message to Christopher Murray; SSW | Master Brand Cabinets | phone | Telephone | 47.00 | 0.20 Hours |
| 8/20/2007 | Allen | Foreman, Kim document review; trial preparation | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 705.00 | 3.00 Hours |
| 8/20/2007 | Allen | Foreman, Kim Objections to W&E List | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 329.00 | 1.40 Hours |

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:39 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/20/2007 | Allen | Foreman, Kim | Master Brand Cabinets | phone with client's mom, and client | Telephone | 47.00 | 0.20 Hours |
| 8/21/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Drive to Montgomery and Back 183 miles | Pre-Trial Hearing | Court Appearance | 916.50 | 3.90 Hours |
| 8/21/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Review documents; Objections | Preparation of Plea | Trial Preparation | 188.00 | 0.80 Hours |
| 8/21/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Proposed Instructions | Jury Instructions | Trial Preparation | 470.00 | 2.00 Hours |
| 8/22/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Motion in Limine; Phone Calls to clients | Preparation of Plea | Trial Preparation | 517.00 | 2.20 Hours |
| 8/22/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Jury Instructions; Motion in Limine Research | Preparation of Plea | Trial Preparation | 705.00 | 3.00 Hours |
| 8/23/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Defz Jury Instructions - notes on objections | Preparation of Plea | Trial Preparation | 164.50 | 0.70 Hours |
| 8/23/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Trial Brief; Objections Supplement | Preparation of Plea | Trial Preparation | 634.50 | 2.70 Hours |
| 8/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets | dictating objections at jury instructions; verdict form; voir dire questions | Preparation of Plea | Trial Preparation | 517.00 | 2.20 Hours |
| 8/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets | DRA about witness strategy | Meeting | Trial Preparation | 141.00 | 0.60 Hours |
| 8/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets | DRA's opening and closing | Trial Preparation | Trial Preparation | 352.50 | 1.50 Hours |
| 8/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Motion in Limine Response; Trial Brief review of document | Trial Preparation | 70.50 | 0.30 Hours |
| 8/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | motion in limine response | Preparation of Plea | Trial Preparation | 493.50 | 2.10 Hours |
| 8/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Jury Instruction objections - 2nd draft | Preparation of Plea | Trial Preparation | 235.00 | 1.00 Hours |
| 8/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Objection to Verdict Form - 2nd draft | Preparation of Plea | Trial Preparation | 70.50 | 0.30 Hours |
| 8/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Objections to Voir Dire 2nd draft | Preparation of Plea | Trial Preparation | 70.50 | 0.30 Hours |
| 8/28/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Trial Brief | Preparation of Plea | Telephone | 1,010.50 | 4.30 Hours |
| 8/28/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Finishe draft and Exhibits | Trial Brief | Trial Preparation | 47.00 | 0.20 Hours |
| 8/28/2007 | Allen | Foreman, Kim | Master Brand Cabinets | trial brief finihs | Preparation of Plea | Telephone | 470.00 | 2.00 Hours |
| 8/29/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Amended Motion in Limine | Preparation of Plea | Trial Preparation | 235.00 | 1.00 Hours |
| 8/29/2007 | Allen | Foreman, Kim | Master Brand Cabinets | and research on potential witnesses | Exhlbit Creations | Trial Preparation | 329.00 | 1.40 Hours |
| 8/30/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Anthony Green - Courtroom Deputy | phone | Trial Preparation | 47.00 | 0.20 Hours |

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:41 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/31/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 235.00 | 1.00 Hours |
| 8/31/2007 | Allen | Foreman, Kim corrections; edits to replie briefs | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 1,245.50 | 5.30 Hours |
| 9/3/2007 | Allen | Foreman, Kim Reply Briefs for Objections and Motion in Limine; Backpay Exhibits | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 1,410.00 | 6.00 Hours |
| 9/3/2007 | Allen | Foreman, Kim Rule 50 motion response; juror information sheets from DRA; direct examinations of Betties; cross of Humphries; juror information sheets | Master Brand Cabinets | review of document | Trial Preparation | 235.00 | 1.00 Hours |
| 9/4/2007 | Allen | Foreman, Kim resposne to DEFZ supplemental motion in limine | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 70.50 | 0.30 Hours |
| 9/4/2007 | Allen | Foreman, Kim pulled cases; motions taht may be relevant to case | Master Brand Cabinets | review of document | Trial Preparation | 117.50 | 0.50 Hours |
| 9/4/2007 | Allen | Foreman, Kim Drive time; motion prep.; witness prep of Foreman, Betties; Clack | Master Brand Cabinets | General/Miscellane | Trial Preparation | 1,762.50 | 7.50 Hours |
| 9/5/2007 | Allen | Foreman, Kim Rule 50 oral argument prep | Master Brand Cabinets | Research | Trial Preparation | 446.50 | 1.90 Hours |
| 9/5/2007 | Allen | Foreman, Kim Motion Prep; | Master Brand Cabinets | General/Miscellane | Trial Preparation | 117.50 | 0.50 Hours |
| 9/5/2007 | Allen | Foreman, Kim Trial | Master Brand Cabinets | Trial | Trial Preparation | 2,232.50 | 9.50 Hours |
| 9/5/2007 | Allen | Foreman, Kim Rule 33 Admissibility; Rule 36 Admissibility; Murray questions prep; Corporate Rep. admissibility; Rule 50 oral argument prep. | Master Brand Cabinets | Research | Trial Preparation | 235.00 | 1.00 Hours |
| 9/6/2007 | Allen | Foreman, Kim Rule 50 prep; review of Buddy Smith testimony; | Master Brand Cabinets | Trial | Trial Preparation | 164.50 | 0.70 Hours |
| 9/6/2007 | Allen | Foreman, Kim trial; drive back; | Master Brand Cabinets | Trial | Trial Preparation | 2,209.00 | 9.40 Hours |
| 9/7/2007 | Allen | Foreman, Kim punitive damages brief | Master Brand Cabinets | Preparation of Plea | Pleadings | 681.50 | 2.90 Hours |
| 9/7/2007 | Allen | Foreman, Kim Punitive Damages Brief | Master Brand Cabinets | Preparation of Plea | Pleadings | 634.50 | 2.70 Hours |
| 9/9/2007 | Allen | Foreman, Kim Closing Argument Exhibit Prep; critique with DRA | Master Brand Cabinets | Trial Preparation | Trial Preparation | 235.00 | 1.00 Hours |
| 9/9/2007 | Allen | Foreman, Kim drive to Opelika | Master Brand Cabinets | General/Miscellane | Trial Preparation | 564.00 | 2.40 Hours |
| 9/10/2007 | Allen | Foreman, Kim Rule 50; punitive damages argument; jury instruction argument prep | Master Brand Cabinets | Trial Preparation | Trial Preparation | 117.50 | 0.50 Hours |
| 9/10/2007 | Allen | Foreman, Kim Trial - | Master Brand Cabinets | Trial | Trial Preparation | 2,115.00 | 9.00 Hours |
| 9/11/2007 | Allen | Foreman, Kim Motion for Front Pay Briefing Schedule | Master Brand Cabinets | Preparation of Plea | Telephone | 94.00 | 0.40 Hours |
| 9/12/2007 | Allen | Foreman, Kim Front Pay Brief | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 305.50 | 1.30 Hours |
| 9/12/2007 | Allen | Foreman, Kim Research on Front Pay, Attorneys Fees | Master Brand Cabinets | brief | Telephone | 916.50 | 3.90 Hours |

Page 4

# Arendall & Associates Time Report for Kim Foreman

Printed on 9/28/2007 2:28:42 PM

Time Record Details

Page 5

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/13/2007 | Allen | Foreman, Kim Prejudgmetn Interest Research | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 117.50 | 0.50 Hours |
| 9/13/2007 | Allen | Foreman, Kim regarding front pay and reinstatement | Master Brand Cabinets | Letter to Defense At | Correspondence | 47.00 | 0.20 Hours |
| 9/13/2007 | Allen | Foreman, Kim phone calls to Federal Reserve; IRS; U.S Office of COurts Adminstration for purposes of calculating prejudgment interest | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 423.00 | 1.80 Hours |
| 9/13/2007 | Allen | Foreman, Kim Prejudgment Interest brief writing; mathematical calculations; research on 28 U.S.C. 1961. | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 282.00 | 1.20 Hours |
| 9/14/2007 | Allen | Foreman, Kim Fee Petition, First Draft | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 94.00 | 0.40 Hours |
| 9/17/2007 | Allen | Foreman, Kim email to Mike Quinn - affidavit changes | Master Brand Cabinets | Correspondence | Correspondence | 70.50 | 0.30 Hours |
| 9/17/2007 | Allen | Foreman, Kim Fee Petition - 12 factors | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 117.50 | 0.50 Hours |
| 9/18/2007 | Allen | Foreman, Kim Prejudgment interest calcualtion | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 70.50 | 0.30 Hours |
| 9/18/2007 | Allen | Foreman, Kim Affidavit for Fee Petition for John Saxon | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 47.00 | 0.20 Hours |
| 9/19/2007 | Allen | Foreman, Kim with Christopher Murray/email to DRA regarding settlement | Master Brand Cabinets | phone | Telephone | 47.00 | 0.20 Hours |
| 9/19/2007 | Allen | Foreman, Kim Petition for Attorney's Fees | Master Brand Cabinets | brief | Trial Preparation | 94.00 | 0.40 Hours |
| 9/20/2007 | Allen | Foreman, Kim joint motion | Master Brand Cabinets | Preparation of Plea | Pleadings | 94.00 | 0.40 Hours |
| 9/20/2007 | Allen | Foreman, Kim Chris Murray - equitable relief | Master Brand Cabinets | phone | Telephone | 23.50 | 0.10 Hours |
| 9/20/2007 | Allen | Foreman, Kim Saxon Affidavit | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 23.50 | 0.10 Hours |
| 9/20/2007 | Allen | Foreman, Kim edit Front Pay Brief to refelct negotiations | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 23.50 | 0.10 Hours |
| 9/20/2007 | Allen | Foreman, Kim Alician Haynes Affidavit | Master Brand Cabinets | review of document | General | 23.50 | 0.10 Hours |
| 9/21/2007 | Allen | Foreman, Kim DEFZ Rule 50/59 motion | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 399.50 | 1.70 Hours |
| 9/25/2007 | Allen | Foreman, Kim email to Mike Quinn | Master Brand Cabinets | Correspondence | Correspondence | 47.00 | 0.20 Hours |
| 9/26/2007 | Allen | Foreman, Kim JMOL Motion Response | Master Brand Cabinets | review of document | Trial Preparation | 70.50 | 0.30 Hours |
| 9/26/2007 | Allen | Foreman, Kim began Rule 59 responses | Master Brand Cabinets | Preparation of Plea | Trial Preparation | 70.50 | 0.30 Hours |
| 9/26/2007 | Allen | Foreman, Kim Regarding Equitable Relief Negotiations | Master Brand Cabinets | Letter to Defense At | Correspondence | 47.00 | 0.20 Hours |
| 9/27/2007 | Allen | Foreman, Kim Court Order regarding Briefing responses; calendared on system | Master Brand Cabinets | review of document | Pleadings | 23.50 | 0.10 Hours |

# Arendall & Associates Time Report for Kim Foreman

Summary Information

Number of Records:
Total Duration:
Total Time Fee:
Total Expense:
Total Fee:
Hours Breakdown: 2.40 Hours at $175.00/Hour
0.90 Hours at $200.00/Hour
140.70 Hours at $235.00/Hour

TOTAL FEE: $33,664.50