UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 3:06-cv-449-MHT |
| ) | |
| v. ) | |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RULE 60(a) MOTION FOR RELIEF FROM JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(a), the Defendant, MasterBrand Cabinets, Inc., ("MBCI"), respectfully moves the Court to correct the Judgment entered in this case on September 11, 2007, by deleting "$44,901.48" from paragraph 5b. on page 3 as well as paragraph (3) on page 4 and replacing that amount with "$44,501.48." In support of its motion, MBCI states:

1.  The Jury, by its Verdict Form, awarded the Plaintiff $44,501.48 in lost earnings.[1]

2.  Instead of "$44,501.48," "$44,901.48" was entered into the Court's damages calculation as lost earnings.

3.  MBCI respectfully suggests that a clerical mistake resulted in the Jury's handwritten "5" being typed "9" in the Court's Judgment.

4.  The Court's clerical mistake resulted in a damage award of $400.00 over the amount stated on the Verdict Form.

WHEREFORE, MasterBrand Cabinets, Inc., prays for an Order:

---

[1] The jury also awarded Plaintiff $55,498.52 in punitive damages. The total amount of damages that the jury awarded Plaintiff therefore equals $100,000.

1.       Amending the Judgment through deletion of "$44,901.48" from paragraph 5b. of the damages calculation on page 3 as well as from paragraph (3) on page 4, of the Judgment, so that the damages calculation, as amended, reads as follows:

"b.  Lost earnings            $44,501.48;" and

2.       So that paragraph (3), as amended, reads as follows:

"(3)  Plaintiff Foreman shall have and recover from defendant MasterBrand Cabinets, Inc., the sum of $44,501.48 in compensatory damages for lost earnings."

Respectfully submitted,

BAKER & DANIELS LLP

By: s/Christopher C. Murray
    Mark J. Romaniuk, (IN Bar #15255-49)
    Christopher C. Murray (IN Bar #26221-49)
      (both admitted *pro hac vice*)
    Attorneys for MasterBrand Cabinets, Inc.

300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

> David R. Arendall
> Allen D. Arnold
> ARENDALL & ASSOCIATES
> 2018 Morris Avenue
> Birmingham, Alabama 35203

s/Christopher C. Murray<br>Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com