UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S RULE 60(a) MOTION
FOR RELIEF FROM JUDGMENT**

The Court, having considered DEFENDANT'S RULE 60(a) MOTION FOR RELIEF FROM JUDGMENT, finds that the motion should be GRANTED.

It is ORDERED that the Judgment in this case is amended so that the figure "$44,901.48" is replaced with "44,501.48" in Paragraph 5b of the damages calculation on page 3 and in Paragraph (3) on page 4.

DONE, this the _____ day of October 2007.

 

_____
Judge, United States District
Middle District of Alabama
Eastern Division

2

**DISTRIBUTION TO:**

Christopher C. Murray
Mark Romaniuk
**BAKER & DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
christopher.murray@bakerd.com
mark.romaniuk@bakerd.com

David R. Arendall
Allen D. Arnold
**ARENDALL & ASSOCIATES**
2018 Morris Avenue
Birmingham, Alabama  35203