IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


KIM FOREMAN,                    )
                                )
        Plaintiff,              )
                                )        CIVIL ACTION NO.
        v.                      )        3:06cv449-MHT
                                )
MASTERBRAND CABINETS, INC.,     )
                                )
        Defendant.              )

ORDER

It is ORDERED that the motion for relief from judgment (Doc. No. 83) is set for submission, without oral argument, on October 23, 2007, with all briefs due by said date.

DONE, this the 18th day of October, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE