UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 3:06-cv-449-MHT |
| ) | |
| v. ) | |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant MasterBrand Cabinets, Inc. ("MBCI"), by and through counsel, respectfully moves for leave to file a reply brief in support of its Renewed Motion For Judgment As A Matter Of Law and Motion In The Alternative For A New Trial. In support of this motion, MBCI states as follows:

1. On September 25, 2007, MBCI filed its Renewed Motion For Judgment As A Matter Of Law and Motion In The Alternative For A New Trial [Doc. No. 76] (hereafter, "Renewed Motion").

2. By Order dated September 27, 2007 [Doc. No. 79], this Court ordered that all briefs relating to MBCI's Renewed Motion be filed on or before October 18, 2007.

3. On October 18, 2007, Plaintiff Kim Foreman filed her Response To Defendant's Renewed Rule 50 Motion And Concurrent Rule 59 Motion ("Plaintiff's Response"). [Doc. No. 84.] Plaintiff's Response includes several statements regarding the facts and the appropriate legal analysis that are inaccurate or incorrect. For example, on page 15 of her Response, Plaintiff incorrectly states that MBCI has only "three to four autonomous plants." (Pl.'s Response at 15.)

      4.    Certain of the inaccurate or incorrect statements in Plaintiff's Response might affect the Court's analysis of the issues presented.  For example, the number of MBCI's plants might be considered by the Court in determining whether a General Manager of one of MBCI's plants could be sufficiently high up the corporate hierarchy to support an award of punitive damages.  Accordingly, MBCI respectfully requests that it be granted leave to file a short brief replying to Plaintiff's Response for purposes of addressing the factually and legally inaccurate statements contained therein   MBCI respectfully submits that a short reply brief may be of assistance to the Court in evaluating the parties' respective arguments.

      WHEREFORE, MasterBrand respectfully requests that this Motion be granted and that MBCI be granted leave to file a brief replying to Plaintiff's Response To Defendant's Renewed Rule 50 Motion And Concurrent Rule 59 Motion within seven days of the Court's order on this Motion.

      Respectfully submitted,
      BAKER & DANIELS LLP

      By: s/ Christopher C. Murray
         Mark J. Romaniuk, (IN Bar #15255-49)
         Christopher C. Murray (IN Bar #26221-49)
         (both admitted *pro hac vice*)

300 North Meridian Street, Suite 2700      Attorneys for MasterBrand Cabinets, Inc.
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

                David R. Arendall
                Allen D. Arnold
                Stephanie S. Woodard
                ARENDALL & ASSOCIATES
                2018 Morris Avenue
                Birmingham, Alabama  35203

                                    s/Christopher C. Murray
                                    Christopher C. Murray

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
christopher.murray@bakerd.com