UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION**
**FOR LEAVE TO FILE REPLY BRIEF**

The Court, having considered DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF, finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant may file a Reply to Plaintiff's Response To Defendant's Renewed Rule 50 Motion And Concurrent Rule 59 Motion on or before _____.

Date: _____   _____
                                        Judge, United States District Court
                                        Middle District of Alabama
                                        Eastern Division

BDDB01 4918748v1

Copies to:

David R. Arendall
Allen D. Arnold
Stephanie S. Woodard
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203

Mark J. Romaniuk
Christopher C. Murray
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782