# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,                          )
                                      )
            Plaintiff,                )        CAUSE NO. 3:06-cv-449-MHT
                                      )
v.                                    )
                                      )
MASTERBRAND CABINETS, INC.,)
                                      )
            Defendant.                )

## DECLARATION OF KIM COUCH

I, Kim Couch, declare under penalty of perjury as follows:

1.      I am an adult over age 18 of sound mind and competent to

testify as to all matters contained in this Declaration.  All matters contained in this

Declaration are within my personal knowledge or were obtained in the regular

course of my duties and responsibilities as an agent of my employer.

2.      I am a Senior Human Resources Specialist for MasterBrand

Cabinets, Inc ("MBCI").  I have worked in various capacities within MBCI's

human resources for over two years.

3.      As the Senior Human Resources Specialist, I am the custodian

of all documents and information relating to employees' employment, such as their

dates of hire and termination, positions, and compensation as well as the

company's policies and procedures.  These documents and information are

compiled and maintained in the ordinary course of MBCI's business.  I have

reviewed documentation and information regarding the employment and

compensation of Kim Foreman and Deborah Paradise prior to making this

statement.

4.      Plaintiff was hired by MBCI and began work in its Assembly

Department on July 24, 2000.  Plaintiff worked primarily as an Expeditor within

the Assembly Department although she could be assigned to other jobs within her

job classification within the department.

5.      Plaintiff's employment with MBCI was terminated on April 13,

2005.  At the time of Ms. Foreman's termination on April 13, 2005, Plaintiff's

hourly rate of pay was $12.35.

6.      Over the course of her employment with MBCI, Plaintiff's

compensation on an annualized basis fluctuated from year-to-year, depending on

the amount of overtime that was required of employees in her department.

Plaintiff's Forms W-2 show that she received annual compensation from MBCI of

$29,044.49 in 2002, $29,240.30 in 2003, $35,980.41 in 2004, and $10,592.95 for

January through April 13, 2005.  True and correct copies of these Forms W-2 are

attached hereto as Exhibit A.

7.      Plaintiff's annualized compensation from MBCI increased

substantially in 2004 and 2005 due to the fact that during this time period

2

employees in the Assembly Department were working significant overtime. Over the final year of her employment, between April 2004 and April 2005, Plaintiff worked 610.20 hours of overtime at one-and-a-half times her regular rate of pay.

8.    Overtime in the Assembly Department and other departments at MBCI has declined substantially in 2006 and 2007 as MBCI's business has been impacted by the significant decline in new housing starts. During Plaintiff's final year of employment, between April 12, 2004 and April 12, 2005, employees in the Assembly Department worked a total of 22,954.88 hours of overtime. Between April 12, 2005 and April 12, 2006, employees in the Assembly Department only worked a total of 11,086.13 hours of overtime. Between April 12, 2006 and April 12, 2007, employees in the Assembly Department only worked a total of 7,183.97 hours of overtime.

9.    Due to recent declines in the housing market and reduced demand for cabinetry, MBCI conducted a significant layoff of Auburn employees in September of 2007, reducing headcount by approximately 100 employees. Based on current business needs, MBCI's human resources department does not anticipate that employees in MBCI's Assembly Department will be required to work any significant overtime into the foreseeable future.

10.    After Plaintiff's employment was terminated, another MBCI employee, Deborah Paradise, was assigned to fill Plaintiff's position in the

Assembly Department. Like Plaintiff, Paradise was paid $12.35 per hour.

Paradise has continued working in the Assembly Department from the time of

Plaintiff's termination through the present. Paradise is paid the same hourly rate

that Plaintiff would have been paid had she continued in her MBCI position. The

amount of overtime worked by Paradise is generally representative of the overtime

that Plaintiff would have had if she had remained employed in her Assembly

Department position.

   11. Consistent with the general decline in overtime worked by

employees in the Assembly Department, Paradise has worked far less overtime

than did Plaintiff during her final year of employment. Between April 12, 2005

and April 12, 2006, Paradise worked 173.4 hours of overtime. Between April 12,

2006 and April 12, 2007, Paradise worked 25.00 hours of overtime.

   12. Also consistent with the reduction in the amount of overtime

worked since Plaintiff's termination, Paradise's annualized compensation is also

lower than that received by Plaintiff during 2004 and 2005. Attached hereto as

Exhibit B is a true and correct copy of Ms. Paradise's Form W-2 for 2006, which

reflects that she earned total compensation of $26,478.40 from MBCI.

   13. Lorenzo Betties employment with MBCI ended June 23, 2005.

At that time, he was being paid $12.60 per hour.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of October, 2007, at Auburn, Alabama.

_____
Kim Couch

# EXHIBIT A
# to
# Declaration of
# Kim Couch

**2002** Form **W-2 Wage and Tax Statement** 6321 — 22222 — Void

| | | | |
|---|---|---|---|
| a Employer's name, address, and ZIP code: MASTERBRAND CABINETS INC, ONE MASTERBRAND CABINETS DRIVE, PO BOX 420, JASPER IN 47546 | 7 Social security tips | 1 Wages, tips, other comp. 28159.96 | 2 Federal income tax withheld 2640.94 |
| | 8 Allocated tips | 3 Social security wages 29044.49 | 4 Social security tax withheld 1800.76 |
| | 9 Advance EIC payment | 5 Medicare wages and tips 29044.49 | 6 Medicare tax withheld 421.15 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12: D 884.53 |
| e Employee's name, address, and ZIP code: KIM L FOREMAN, 8355 LEE RD 390 LOT 42, OPELIKA AL 36804 — 65136 | 13 Statutory employee / Retirement plan / Third-party sick pay: X | 14 Other | 12b |
| | b Employer identification number 13-3346717 | | 12c |
| | d Employee's social security no. redacted [redacted] | | 12d [redacted] |

| 15 State | Employer's state I.D. no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 28159.96 | 1047.10 | 28159.96 | 281.34 | AUBURN |

COPY 1/D EMPLOYER'S - STATE, LOCAL OR FILE COPY For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. OMB No. 1545-0008 Dept. of the Treasury - IRS

## Employers, Please Note—

Specific information needed to complete Form W-2 is given in a separate booklet titled **2002 Instructions for Forms W-2 and W-3.** You can order those instructions and additional forms by calling 1-800-TAX-FORM (1-800-829-3676). You can also get forms and instructions from the IRS Web Site at **www.irs.gov.**

**Caution:** *Because the SSA processes paper forms by machine, you cannot file with the SSA Forms W-2 and W-3 that you print from the IRS Web Site. Instead, visit the SSA's Web Site at* **www.ssa.gov/employer** to see if you can file "fill-in" versions of Forms W-2 and W-3.

**Due dates.** Furnish Copies B, C, and 2 to the employee generally by January 31, 2003.

File Copy A with the SSA generally by February 28, 2003. Send all Copies A with **Form W-3,** Transmittal of Wage and Tax Statements. However, if you file electronically (not by magnetic media), the due date is March 31, 2003.

## Employers, Please Note—

Specific information needed to complete Form W-2 is given in a separate booklet titled **2002 Instructions for Forms W-2 and W-3.** You can order those instructions and additional forms by calling 1-800-TAX-FORM (1-800-829-3676). You can also get forms and instructions from the IRS Web Site at **www.irs.gov.**

**Caution:** *Because the SSA processes paper forms by machine, you cannot file with the SSA Forms W-2 and W-3 that you print from the IRS Web Site. Instead, visit the SSA's Web Site at* **www.ssa.gov/employer** to see if you can file "fill-in" versions of Forms W-2 and W-3.

**Due dates.** Furnish Copies B, C, and 2 to the employee generally by January 31, 2003.

File Copy A with the SSA generally by February 28, 2003. Send all Copies A with **Form W-3,** Transmittal of Wage and Tax Statements. However, if you file electronically (not by magnetic media), the due date is March 31, 2003.

*(The following W-2 form appears inverted on the page)*

COPY 1/D EMPLOYER'S - STATE, LOCAL OR FILE COPY

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Dept. of the Treasury - IRS

| 20 Locality name | 19 Local income tax | 18 Local wages, tips, etc. | 17 State income tax | 16 State wages, tips, etc. | 15 State | Employer's state I.D. no. |
|---|---|---|---|---|---|---|
| AUBURN | 278.67 | 27893.04 | 1057.39 | 27893.04 | AL | 368222 |

d Employee's social security no. — Redacted

b Employer identification number — 13-3346717

a Control number — 65136

c Employer's name, address, and ZIP code
MASTERBRAND CABINETS INC
ONE MASTERBRAND CABINETS DRIVE
PO BOX 420
JASPER    IN 47546

e/f Employee's name, address, and ZIP code
KIM J FOREMAN
8355 LEE RD 390 LOT 42
OPELIKA AL 36804

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 27893.04 | 2053.44 |
| 3 Social security wages | 4 Social security tax withheld |
| 29240.30 | 1812.90 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 29240.30 | 423.98 |

13 Statutory employee / Retirement plan / Third-party sick pay — X (Retirement plan)

12a See instructions for box 12 — D 1347.26

Form W-2 Wage and Tax Statement 2003    6873

---

## Employers, Please Note—

Specific information needed to complete Form W-2 is given in a separate booklet titled **2003 Instructions for Forms W-2 and W-3.** You can order those instructions and additional forms by calling 1-800-TAX-FORM (1-800-829-3676). You can also get forms and instructions from the IRS Web Site at **www.irs.gov.**

**Caution:** *Because the SSA processes paper forms by machine, you cannot file with the SSA Forms W-2 and W-3 that you print from the IRS Web Site. Instead, visit the SSA Web Site at* **www.ssa.gov/employer** *to see if you can file "fill-in" versions of Forms W-2 and W-3*

**Due dates.** Furnish Copies B, C, and 2 to the employee generally by February 2, 2004.

File Copy A with the SSA generally by March 1, 2004. Send all Copies A with **Form W-3,** Transmittal of Wage and Tax Statements. However, if you file electronically (not by magnetic media), the due date is March 31, 2004

---

## Employers, Please Note—

Specific information needed to complete Form W-2 is given in a separate booklet titled **2003 Instructions for Forms W-2 and W-3.** You can order those instructions and additional forms by calling 1-800-TAX-FORM (1-800-829-3676). You can also get forms and instructions from the IRS Web Site at **www.irs.gov.**

**Caution:** *Because the SSA processes paper forms by machine, you cannot file with the SSA Forms W-2 and W-3 that you print from the IRS Web Site. Instead, visit the SSA Web Site at* **www.ssa.gov/employer** *to see if you can file "fill-in" versions of Forms W-2 and W-3*

**Due dates.** Furnish Copies B, C, and 2 to the employee generally by February 2, 2004.

File Copy A with the SSA generally by March 1, 2004. Send all Copies A with **Form W-3,** Transmittal of Wage and Tax Statements. However, if you file electronically (not by magnetic media), the due date is March 31, 2004

## Form W-2 Wage and Tax Statement 2004

| | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | 7 Social security tips | | 3873.05 |
| c Employer's name, address, and ZIP code | 8 Allocated tips | 3 Social security wages 34927.93 | 4 Social security tax withheld 2165.53 |
| MASTERBRAND CABINETS, INC.<br>ONE MASTERBRAND CABINETS DRIVE<br>JASPER IN 47547-0420 | 9 Advance EIC payment | 5 Medicare wages and tips 34927.93 | 6 Medicare tax withheld 506.45 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 20.61 |
| e Employee's name, address, and ZIP code | 13 Statutory employee / Retirement plan X / Third-party sick pay | 14 Other | 12b D 1797.81 |
| KIM L FOREMAN<br>8355 LEE RD 390 LOT 42<br>OPELIKA AL 36804 | b Employer identification number 13-3346717 | | 12c |
| | d Employee's social security number redacted | REISSUED STATEMENT | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 33130.12 | 1247.22 | 35980.41 | 359.71 | AUBURN |

Copy B To Be Filed With Employee's FEDERAL Tax Return    This information is being furnished to the Internal Revenue Service.    OMB No. 1545-0008    Dept. of the Treasury - IRS    Visit the IRS website at www.irs.gov.

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2004

| | | 1 Wages, tips, other compensation 33130.12 | 2 Federal income tax withheld 3873.05 |
|---|---|---|---|
| | 7 Social security tips | | |
| c Employer's name, address, and ZIP code | 8 Allocated tips | 3 Social security wages 34927.93 | 4 Social security tax withheld 2165.53 |
| MASTERBRAND CABINETS, INC.<br>ONE MASTERBRAND CABINETS DRIVE<br>JASPER IN 47547-0420 | 9 Advance EIC payment | 5 Medicare wages and tips 34927.93 | 6 Medicare tax withheld 506.45 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C 20.61 |
| e Employee's name, address, and ZIP code | 13 Statutory employee / Retirement plan X / Third-party sick pay | 14 Other | 12b D 1797.81 |
| KIM L FOREMAN<br>8355 LEE RD 390 LOT 42<br>OPELIKA AL 36804 | b Employer identification number 13-3346717 | | 12c |
| | d Employee's social security number redacted | REISSUED STATEMENT | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 33130.12 | 1247.22 | 35980.41 | 359.71 | AUBURN |

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)    OMB No. 1545-0008    Dept. of the Treasury - IRS    Visit the IRS website at www.irs.gov.

---

## Form W-2 Wage and Tax Statement 2004

| | | 1 Wages, tips, other compensation 33130.12 | 2 Federal income tax withheld 3873.05 |
|---|---|---|---|
| | 7 Social security tips | | |
| c Employer's name, address, and ZIP code | 8 Allocated tips | 3 Social security wages 34927.93 | 4 Social security tax withheld 2165.53 |
| MASTERBRAND CABINETS, INC.<br>ONE MASTERBRAND CABINETS DRIVE<br>JASPER IN 47547-0420 | 9 Advance EIC payment | 5 Medicare wages and tips 34927.93 | 6 Medicare tax withheld 506.45 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a C 20.61 |
| e Employee's name, address, and ZIP code | 13 Statutory employee / Retirement plan X / Third-party sick pay | 14 Other | 12b D 1797.81 |
| KIM L FOREMAN<br>8355 LEE RD 390 LOT 42<br>OPELIKA AL 36804 | b Employer identification number 13-3346717 | | 12c |
| | d Employee's social security number redacted | REISSUED STATEMENT | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 33130.12 | 1247.22 | 35980.41 | 359.71 | AUBURN |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement 2004

| | | 1 Wages, tips, other compensation 33130.12 | 2 Federal income tax withheld 3873.05 |
|---|---|---|---|
| | 7 Social security tips | | |
| c Employer's name, address, and ZIP code | 8 Allocated tips | 3 Social security wages 34927.93 | 4 Social security tax withheld 2165.53 |
| MASTERBRAND CABINETS, INC.<br>ONE MASTERBRAND CABINETS DRIVE<br>JASPER IN 47547-0420 | 9 Advance EIC payment | 5 Medicare wages and tips 34927.93 | 6 Medicare tax withheld 506.45 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a C 20.61 |
| e Employee's name, address, and ZIP code | 13 Statutory employee / Retirement plan X / Third-party sick pay | 14 Other | 12b D 1797.81 |
| KIM L FOREMAN<br>8355 LEE RD 390 LOT 42<br>OPELIKA AL 36804 | b Employer identification number 13-3346717 | | 12c |
| | d Employee's social security number redacted | REISSUED STATEMENT | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 33130.12 | 1247.22 | 35980.41 | 359.71 | AUBURN |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    Dept. of the Treasury - IRS

FORM # LW28700   450

| Form W-2 Wage and Tax Statement 2005 | 7 Social security tips | 1 Wages, tips, other compensation 10046.37 | 2 Federal income tax withheld 1223.72 |
|---|---|---|---|
| c Employer's name, address, and ZIP code | 8 Allocated tips | 3 Social security wages 10592.95 | 4 Social security tax withheld 656.66 |
| MASTERBRAND CABINETS, INC.<br>ONE MASTERBRAND CABINETS DRIVE<br>JASPER IN 47546 | 9 Advance EIC payment | 5 Medicare wages and tips 10592.95 | 6 Medicare tax withheld 153.57 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a C 8.60 |
| e Employee's name, address, and ZIP code | 13 [ ] [ ] [X] | 14 Other | 12b D 546.58 |
| KIM L FOREMAN<br>8355 LEE RD 390 LOT 42<br>OPELIKA AL 36804 | b Employer Identification number (EIN) 13-3346717 | | 12c |
| | d Employee's social security number redacted | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 10046.37 | 375.70 | 10940.47 | 109.38 | AUBURN |

Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    Dept. of the Treasury - IRS

# EXHIBIT B
# to
# Declaration of
# Kim Couch

## Form W-2 Wage and Tax Statement 2006

| 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 24483.54 | 1337.93 |

**c** Employer's name, address, and ZIP code

MASTERBRAND CABINETS, INC.
ONE MASTERBRAND CABINETS DRIVE
JASPER IN 47546

| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 25277.93 | 1567.23 |
| 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 25277.93 | 366.53 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | D   794.39 |

**e** Employee's name, address, and ZIP code

DEBORAH PARADISE
PO 4221
OPELIKA AL 36803

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
|---|---|---|
| X | | |
| **b** Employer identification number (EIN) | | 12c |
| 13-3346717 | | |
| **d** Employee's social security number | | 12d |
| redacted | REISSUED STATEMENT | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 24483.54 | 713.53 | 26478.40 | 264.81 | AUBURN |

Copy B–To Be Filed With Employee's FEDERAL Tax Return    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury - IRS
OMB No. 1545-0008    Visit the IRS website at www.irs.gov/efile.

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Form W-2 Wage and Tax Statement 2006

| 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 24483.54 | 1337.93 |

**c** Employer's name, address, and ZIP code

MASTERBRAND CABINETS, INC.
ONE MASTERBRAND CABINETS DRIVE
JASPER IN 47546

| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 25277.93 | 1567.23 |
| 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 25277.93 | 366.53 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | D   794.39 |

**e** Employee's name, address, and ZIP code

DEBORAH PARADISE
PO 4221
OPELIKA AL 36803

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
|---|---|---|
| X | | |
| **b** Employer identification number (EIN) | | 12c |
| 13-3346717 | | |
| **d** Employee's social security number | | 12d |
| redacted | REISSUED STATEMENT | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 24483.54 | 713.53 | 26478.40 | 264.81 | AUBURN |

Copy C–For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.)    OMB No. 1545-0008    Dept. of the Treasury - IRS
Visit the IRS website at www.irs.gov/efile.

---

## Form W-2 Wage and Tax Statement 2006

| 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 24483.54 | 1337.93 |

**c** Employer's name, address, and ZIP code

MASTERBRAND CABINETS, INC.
ONE MASTERBRAND CABINETS DRIVE
JASPER IN 47546

| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 25277.93 | 1567.23 |
| 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 25277.93 | 366.53 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| | | D   794.39 |

**e** Employee's name, address, and ZIP code

DEBORAH PARADISE
PO 4221
OPELIKA AL 36803

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
|---|---|---|
| X | | |
| **b** Employer identification number (EIN) | | 12c |
| 13-3346717 | | |
| **d** Employee's social security number | | 12d |
| redacted | REISSUED STATEMENT | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 24483.54 | 713.53 | 26478.40 | 264.81 | AUBURN |

Copy 2–To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement 2006

| 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 24483.54 | 1337.93 |

**c** Employer's name, address, and ZIP code

MASTERBRAND CABINETS, INC.
ONE MASTERBRAND CABINETS DRIVE
JASPER IN 47546

| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| | 25277.93 | 1567.23 |
| 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 25277.93 | 366.53 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| | | D   794.39 |

**e** Employee's name, address, and ZIP code

DEBORAH PARADISE
PO 4221
OPELIKA AL 36803

| 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
|---|---|---|
| X | | |
| **b** Employer identification number (EIN) | | 12c |
| 13-3346717 | | |
| **d** Employee's social security number | | 12d |
| redacted | REISSUED STATEMENT | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 368222 | 24483.54 | 713.53 | 26478.40 | 264.81 | AUBURN |

Copy 2–To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    Dept. of the Treasury - IRS