IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,         CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE 60(a) MOTION**

COMES NOW, the Plaintiff, by and through undersigned counsel, not opposing Defendant's Motion for Relief from Judgment pursuant to Rule 60(a) of the Federal Rules of Civil Procedure and submits this in support thereof:

1. The jury's verdict form contains handwriting that awards lost wages of $44,901.48 or $44,501.48.

2. In the interest of judicial economy, Plaintiff does not oppose Defendant's motion to reduce the jury's verdict by $400.00.[1]

WHEREFORE, Premises Considered, Plaintiff does not oppose Defendant's Motion for Relief from Judgment to the lesser amount of $44,501.98 for back pay and compensatory damages.

---

[1] Plaintiff's counsel would have permitted Defendant's Motion to be marked "unopposed" had defense counsel made contact to verify the handwriting error.

Respectfully submitted,

/s/ Allen D. Arnold
_____
Allen D. Arnold

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on October 19, 2007, which will forward a copy to:

Mark J. Romaniuk
Christopher C. Murray

/s/ Allen D. Arnold
_____
Of Counsel