IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN,                ) | |
|     Plaintiff,        ) | |
|                                      ) | CIVIL ACTION NO. |
| v.                          ) | 3:06cv449-MHT |
| MASTERBRAND CABINETS, INC., ) | |
|     Defendant.        ) | |

ORDER

It is ORDERED that the motion for leave to file reply brief (Doc. No. 86) is granted.

DONE, this the 19th day of October, 2007.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE