# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MICHAEL G. SCHMITT

I, Michael G. Schmitt, declare under penalty of perjury as follows:

1. I am an adult, over age 18, of sound mind and competent to testify as to all matters contained in this Affidavit. All matters contained in this Affidavit are within my personal knowledge.

2. I am the Senior Vice-President – Field Human Resources for MasterBrand Cabinets, Inc. ("MasterBrand"). I have been responsible for the field operations, both manufacturing and distribution for eight years. My duties and responsibilities include oversight of the human resources function at MasterBrand's manufacturing and distribution operations.

3. MasterBrand is in the business of designing, manufacturing and distributing kitchen and bath cabinetry. MasterBrand maintains its corporate headquarters in Jasper, Indiana, where its officers and senior management team are located. The manufacture and distribution of cabinets involves field locations in Canada, Mexico and the United States.

4. In addition to its corporate headquarters, MasterBrand has 20 manufacturing operations and 13 distribution centers. These 33 different operations are located in 19 states, one Canadian province and in Mexico: Alabama, California, Colorado, Florida,

Georgia, Illinois, Indiana, Iowa, Kentucky, Maryland, Nevada, North Carolina, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington, Manitoba, Canada, and Reynosa, Mexico. Attached hereto as Exhibit A is a map showing the location of MasterBrand's various operations. This map, which is available on MasterBrand's website (www.masterbrand.com), is true and accurate with one exception. MasterBrand recently began manufacturing component parts at its new production facility in Reynosa, Mexico. The map has not yet been updated to include the Reynosa operation. Reynosa is located across the border from McAllen, Texas.

     5.     I understand this Affidavit is necessitated by the Plaintiff's contention that Anthony Zellars and Tom Barthel testified that the company only had three or four plants. While MasterBrand has added the Reynosa, Mexico and Las Vegas operations as well as the distributive assembly operations since 2005, MasterBrand had in excess of 15 manufacturing operations during 2005. Mr. Zellars and Mr. Barthel would certainly have been privy to this public information and I would be very surprised if either testified that there were only three to four plants. As the map clearly reflects, there are a total of three manufacturing operations within just the states of Alabama and North Carolina.

     6.     All of the primary manufacturing operations, such as the Auburn, Alabama operation, have a General Manager and a Human Resources Manager. Eighteen of the 20 manufacturing operations fall into this category. The two remaining manufacturing operations, known as distributive assembly operations, are smaller manufacturing operations that have a Manager who oversees the operation. Human resources support for the distributive assembly operations is provided by a Regional Human Resources Manager. The 13 distribution centers generally follow the same model as the distributive assembly operations. In other words,

each of these operations has a Manager who oversees the operation with human resources support being provided by a Regional Human Resources Manager.

7. When Anthony Zellars was employed by MasterBrand as the General Manager of the Auburn, Alabama operation in 2005, the scope of his authority and responsibility was limited to the Auburn operation.

8. Similarly, when Tom Barthel was employed by MasterBrand as the Human Resources Manager for the Auburn, Alabama operation in 2005, the scope of his authority and responsibility was limited to the Auburn operation.

9. Mr. Zellars' and Mr. Barthel's roles at Auburn were consistent with MasterBrand's business model. Specifically, Mr. Barthel would have reported to a Regional Human Resources Manager as well as to myself. Mr. Zellars would have reported to my counterpart in operations. It is a rare occasion when either a Regional Human Resources Manager or a Vice President in any capacity becomes involved in employment decisions regarding individual employees. Consistent with what I understand the testimony to be in this matter, I am not aware of any discussion of Ms. Foreman's employment until well after it ended.

10. The first knowledge anyone at MasterBrand had, outside of the Auburn operation, that Ms. Foreman alleged that she had been discriminated against is when she filed a Charge of Discrimination with the EEOC. The Charge was filed several months after her employment had been terminated.

11. MasterBrand presently employees approximately 12,500 employees in its various operations across Canada, Mexico and the United States. Approximately 10,500 of these employees are hourly production and maintenance employees who are involved in the manufacturing and distribution of MasterBrand's product.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of October, 2007, at Jasper, Indiana.

*Michael G. Schmitt*
Michael G. Schmitt

*[Notary seal: Notary Public, State of Indiana, Daviess County]*

*Michelle Spond*
October 29 2007

4

# EXHIBIT A

# MasterBrand Cabinets, Inc.

GREAT PEOPLE.   GREAT BRANDS.   GREAT FUTURE.

- HOME
- ABOUT OUR COMPANY
- GREAT BRANDS
- CAREERS
    - Our Culture
    - Job Openings
        - Current Employees
        - External Candidates Benefits
    - Locations
    - College Recruitment
- CORPORATE STEWARDSHIP
- PARTNERING
- ONETOUCH LOGIN
- EMPLOYEE LOGIN
- CONTACT US
- SITEMAP
- TRAINING REGISTRATION



- Privacy Policy
- Legal
- Fortune Brands