# EXHIBIT A

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 4/19/2005 | Allen | Foreman, Kim | Master Brand Cabinets | Consultation | General | 200.00 | 1.00 Hours |
| | | Client conference - interview of claim | | | | | |
| 4/29/2005 | Allen | Foreman, Kim | Master Brand Cabinets | EEOC Charge | EEOC | 200.00 | 1.00 Hours |
| | | Preparation of EEOC charge | | | | | |
| 5/9/2005 | Allen | Foreman, Kim | Master Brand Cabinets | Correspondence | EEOC | 20.00 | 0.10 Hours |
| | | EEOC charge letter | | | | | |
| 5/13/2005 | Allen | Foreman, Kim | Master Brand Cabinets | Letter to Clients | Correspondence | 40.00 | 0.20 Hours |
| | | Letter to client | | | | | |
| 5/16/2005 | Allen | Foreman, Kim | Master Brand Cabinets | Phone with Client | Telephone | 20.00 | 0.10 Hours |
| | | Phone call from client - regarding EEOC charge | | | | | |
| 6/19/2005 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 175.00 | 0.50 Hours |
| | | Receipt and review of correspondence and enclosure from opposing counsel | | | | | |
| 8/22/2005 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients | Correspondence | 70.00 | 0.20 Hours |
| | | Letter to client | | | | | |
| 12/7/2005 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients | Correspondence | 70.00 | 0.20 Hours |
| | | Letter to client | | | | | |
| 2/1/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients | Correspondence | 70.00 | 0.20 Hours |
| | | Letter to client | | | | | |
| 3/3/2006 | David | Foreman, Kim | Master Brand Cabinets | Correspondence | EEOC | 70.00 | 0.20 Hours |
| | | Letter to EEOC | | | | | |
| 4/18/2006 | David | Foreman, Kim | Master Brand Cabinets | Correspondence | EEOC | 35.00 | 0.10 Hours |
| | | Request for FOIA file from EEOC | | | | | |

### Subtotals

| Person | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Allen | 5 | 2.40 Hours | 480.00 | 0.00 | 480.00 |
| David | 6 | 1.40 Hours | 490.00 | 0.00 | 490.00 |

### Summary Information

Number of Records: 11
Total Duration: 3.80 Hours
Total Time Fee: $970.00
Total Expense: $0.00
Total Fee: $970.00
Hours Breakdown: 2.40 Hours at $200.00/Hour
1.40 Hours at $350.00/Hour