# EXHIBIT B

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:45:11 PM

Page 1

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 7/27/2006 | David | Foreman, Kim | Master Brand Cabinets | Email Defense Attorney E-mail from opposing counsel | Correspondence | 35.00 | 0.10 Hours |
| 6/28/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of FOIA file from EEOC | EEOC | 350.00 | 1.00 Hours |
| 7/3/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Review of documents from EEOC | EEOC | 140.00 | 0.40 Hours |
| 5/25/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt of Notice / Proof of service on Defendant from Court | General | 35.00 | 0.10 Hours |
| 5/23/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Notice by Court of assignment to Magistrate Judge | General | 70.00 | 0.20 Hours |
| 7/13/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Answer of Defendant | Pleadings | 175.00 | 0.50 Hours |
| 6/29/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Order granting Admission | Pleadings | 70.00 | 0.20 Hours |
| 6/26/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Motion for Pro Hac Vice Admission of Romaniuk and Murray | Pleadings | 105.00 | 0.30 Hours |
| 6/19/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt of Order granting of Motion for Enlargement of Time | Pleadings | 70.00 | 0.20 Hours |
| 5/4/2006 | David | Foreman, Kim | Master Brand Cabinets | complaint preparation Complaint | Pleadings | 350.00 | 1.00 Hours |
| 6/16/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt of filing of Unopposed Motion for Enlargement of Time | Pleadings | 70.00 | 0.20 Hours |
| 6/1/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Notice of Reassignment from Court (Case assigned to Judge Thompson) | Pleadings | 35.00 | 0.10 Hours |
| 5/18/2006 | David | Foreman, Kim | Master Brand Cabinets | complaint preparation Preparation and filing of complaint, summons, Request for Service by certified mail; Civil Cover Sheet; exhibits; Mail for service on Defendant | Pleadings | 350.00 | 1.00 Hours |

### Subtotals

| Subproject | # Recs | Time Fee | Expense | Fee | Duration |
|---|---|---|---|---|---|
| Correspondence | 1 | 35.00 | 0.00 | 35.00 | 0.10 Hours |
| EEOC | 2 | 490.00 | 0.00 | 490.00 | 1.40 Hours |
| General | 2 | 105.00 | 0.00 | 105.00 | 0.30 Hours |
| Pleadings | 8 | 1,225.00 | 0.00 | 1,225.00 | 3.50 Hours |

### Summary Information

Number of Records: 13
Total Duration: 5.30 Hours
Total Time Fee: $1,855.00
Total Expense: $0.00
Total Fee: $1,855.00
Hours Breakdown: 5.30 Hours at $350.00/Hour