# EXHIBIT C

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:40:28 PM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 7/28/2006 | Allen | Foreman, Kim Conference with Chris Murray | Master Brand Cabinets | RPPM | Discovery | 100.00 | 0.50 Hours |
| 7/28/2006 | Allen | Foreman, Kim RPPM call | Master Brand Cabinets | phone | Telephone | 20.00 | 0.10 Hours |
| 7/27/2006 | Allen | Foreman, Kim RPPM attempt | Master Brand Cabinets | phone | Telephone | 20.00 | 0.10 Hours |

### Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Discovery | 1 | 0.50 Hours | 100.00 | 0.00 | 100.00 |
| Telephone | 2 | 0.20 Hours | 40.00 | 0.00 | 40.00 |

### Summary Information

Number of Records: 3
Total Duration: 0.70 Hours
Total Time Fee: $140.00
Total Expense: $0.00
Total Fee: $140.00
Hours Breakdown: 0.70 Hours at $200.00/Hour

Page 1