# EXHIBIT D

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 2/23/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients<br>Letter to opposing counsel | Correspondence | 80.00 | 0.20 Hours |
| 10/4/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defense Attorne<br>Letter to Defendant | Correspondence | 70.00 | 0.20 Hours |
| 11/21/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defense Attorne<br>Letter to Defendant | Correspondence | 35.00 | 0.10 Hours |
| 2/15/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defense Attorne<br>Letter to Defendant | Correspondence | 80.00 | 0.20 Hours |
| 2/16/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients<br>Letter to Defendant | Correspondence | 80.00 | 0.20 Hours |
| 3/27/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defense Attorne<br>Letter to Defendant | Correspondence | 80.00 | 0.20 Hours |
| 10/22/2006 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defense Attorne<br>Receipt and review of correspondence from opposing counsel | Correspondence | 70.00 | 0.20 Hours |
| 9/20/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Letter to Defendant | Correspondence | 70.00 | 0.20 Hours |
| 12/28/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Letter via fax from opposing counsel | Correspondence | 70.00 | 0.20 Hours |
| 3/5/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Receipt and review of letter from opposing counsel and review of draft discovery responses | Correspondence | 200.00 | 0.50 Hours |
| 3/10/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients<br>Letter to client | Correspondence | 80.00 | 0.20 Hours |
| 4/12/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>E-mail from opposing counsel | Correspondence | 120.00 | 0.30 Hours |
| 11/28/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Receipt and review of e-mail from opposing counsel | Correspondence | 70.00 | 0.20 Hours |
| 3/5/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Receipt and review of Defendant's Initial and RFP | Discovery | 200.00 | 0.50 Hours |
| 9/5/2006 | David | Foreman, Kim | Master Brand Cabinets | Disc. Review - Init. Disc.<br>Initial from Defendant; Letter to Defendant | Discovery | 105.00 | 0.30 Hours |
| 9/15/2006 | David | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings<br>Interrogatories and Request for Production | Discovery | 350.00 | 1.00 Hours |
| 1/23/2007 | David | Foreman, Kim | Master Brand Cabinets | Rule 37 Response to Def Discovery<br>Rule 37 letter to Defendant | Discovery | 400.00 | 1.00 Hours |
| 1/18/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Receipt and review of Defendant's Initial and RFP | Discovery | 600.00 | 1.50 Hours |
| 1/23/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Review of discovery from Defendant; Rule 37 letter | Discovery | 400.00 | 1.00 Hours |
| 12/6/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents<br>Defendant's responses to discovery | Discovery | 175.00 | 0.50 Hours |
| 8/4/2006 | David | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings<br>Preparation and mailing of Plaintiff's Initial Disclosures | Discovery | 350.00 | 1.00 Hours |
| 4/30/2007 | David | Foreman, Kim | Master Brand Cabinets | Research<br>File review | Pleadings | 160.00 | 0.40 Hours |

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:47:56 PM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 5/11/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents Defendant's Motion for Extension of Deadline; Response | Pleadings | 120.00 | 0.30 Hours |
| 5/10/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Pleadings | 200.00 | 0.50 Hours |
| 5/14/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Defendant's Motion to Amend Scheduling Order Preparation of Pleadings | Pleadings | 200.00 | 0.50 Hours |
| 2/22/2007 | David | Foreman, Kim | Master Brand Cabinets | Preparation and filing of Opposition to Motion to Amend Scheduling Order review of documents | Pleadings | 40.00 | 0.10 Hours |
| 5/11/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Deadline change Preparation of Pleadings response to motion for extensions of deadline | Pleadings | 280.00 | 0.70 Hours |
| 2/21/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Order regarding change in Scheduling Order | Pleadings | 120.00 | 0.30 Hours |
| 8/2/2006 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Uniform Scheduling Order | Pleadings | 175.00 | 0.50 Hours |
| 5/15/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents Receipt and review of Order denying Motion to Amend | Pleadings | 80.00 | 0.20 Hours |

### Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Correspondence | 13 | 2.90 Hours | 1,105.00 | 0.00 | 1,105.00 |
| Discovery | 8 | 6.80 Hours | 2,580.00 | 0.00 | 2,580.00 |
| Pleadings | 9 | 3.50 Hours | 1,375.00 | 0.00 | 1,375.00 |

### Summary Information

Number of Records: 30
Total Duration: 13.20 Hours
Total Time Fee: $5,060.00
Total Expense: $0.00
Total Fee: $5,060.00
Hours Breakdown: 4.40 Hours at $350.00/Hour
8.80 Hours at $400.00/Hour

Page 2