# EXHIBIT E

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:49:09 PM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 3/2/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Email Defense Attorney regarding depo dates | Correspondence | 47.00 | 0.20 Hours |
| 4/2/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Ans. to INT, RFP, Phone call to CLient | Discovery | 470.00 | 2.00 Hours |
| 7/28/2006 | Allen | Foreman, Kim | Master Brand Cabinets | Conference with Chris Murray | Discovery | 100.00 | 0.50 Hours |
| 3/6/2007 | Allen | Foreman, Kim | Master Brand Cabinets | RPPM received | Discovery | 47.00 | 0.20 Hours |
| 3/9/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Ans. to INT, RFP, RFA disc. review, MTC needs to be filed if not in mail on 3/12 | Discovery | 47.00 | 0.20 Hours |
| 4/30/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents 2nd Round of Discovery | Discovery | 235.00 | 1.00 Hours |
| 4/10/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings RFP | Discovery | 117.50 | 0.50 Hours |
| 4/9/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents Case Development Review | Discovery | 399.50 | 1.70 Hours |
| 5/11/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Phone with Client Declaration for Thomas Clack, directions to meeting place | Expenses | 282.00 | 1.20 Hours |
| 4/9/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings Case Development Research | General | 282.00 | 1.20 Hours |
| 5/2/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents Drive to Dadeville, AL. statement from witness | General | 1,010.50 | 4.30 Hours |
| 5/2/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents debriefed memo after meeting | General | 70.50 | 0.30 Hours |
| 5/1/2007 | Allen | Foreman, Kim | Master Brand Cabinets | General/Miscellaneous Accurint - witness search | General | 70.50 | 0.30 Hours |
| 2/21/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Research Order from Court/Calendared | Pleadings | 23.50 | 0.10 Hours |
| 7/28/2006 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents RPPM call | Telephone | 20.00 | 0.10 Hours |
| 11/27/2006 | Allen | Foreman, Kim | Master Brand Cabinets | phone Chris Murray Granted extention until 12/24/2006 | Telephone | 40.00 | 0.20 Hours |
| 5/1/2007 | Allen | Foreman, Kim | Master Brand Cabinets | phone with witness | Telephone | 47.00 | 0.20 Hours |
| 4/3/2007 | Allen | Foreman, Kim | Master Brand Cabinets | phone INT & RFP | Telephone | 117.50 | 0.50 Hours |

### Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Correspondence | 1 | 0.20 Hours | 47.00 | 0.00 | 47.00 |
| Discovery | 7 | 6.10 Hours | 1,416.00 | 0.00 | 1,416.00 |
| Expenses | 1 | 1.20 Hours | 282.00 | 0.00 | 282.00 |
| General | 4 | 6.10 Hours | 1,433.50 | 0.00 | 1,433.50 |
| Pleadings | 1 | 0.10 Hours | 23.50 | 0.00 | 23.50 |

Page 1

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:49:10 PM

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Telephone | 4 | 1.00 Hours | 224.50 | 0.00 | 224.50 |

Subtotals

## Summary Information

Number of Records: 18
Total Duration: 14.70 Hours
Total Time Fee: $3,426.50
Total Expense: $0.00
Total Fee: $3,426.50
Hours Breakdown: 0.80 Hours at $200.00/Hour
13.90 Hours at $235.00/Hour