# EXHIBIT F

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:29:06 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/2/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 200.00 | 0.50 Hours |
| | | Receipt and review of letter from opposing counsel via fax Re: Pretrial Order | | | | | |
| 8/23/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients | Correspondence | 200.00 | 0.50 Hours |
| | | Letter to client; Letter for client to be excused from work | | | | | |
| 8/31/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Clients | Correspondence | 80.00 | 0.20 Hours |
| | | Letter for client for excuse from work | | | | | |
| 5/23/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 80.00 | 0.20 Hours |
| | | E-mail from opposing counsel | | | | | |
| 8/2/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 200.00 | 0.50 Hours |
| | | Receipt and review of letter via fax Re: pretrial disclosures | | | | | |
| 8/6/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 80.00 | 0.20 Hours |
| | | E-mail from Chris Murray | | | | | |
| 5/21/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 80.00 | 0.20 Hours |
| | | Receipt and review of correspondence from opposing counsel | | | | | |
| 8/22/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 80.00 | 0.20 Hours |
| | | Receipt and review of correspondence from opposing counsel | | | | | |
| 8/17/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 200.00 | 0.50 Hours |
| | | Receipt and review of correspondence from opposing counsel (via e-mail) | | | | | |
| 8/14/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Correspondence | 200.00 | 0.50 Hours |
| | | Receipt and review of letter and enclosures from opposing counsel | | | | | |
| 8/3/2007 | David | Foreman, Kim | Master Brand Cabinets | Letter to Defense Attorne | Correspondence | 80.00 | 0.20 Hours |
| | | Fax to Chris Murray | | | | | |
| 8/3/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Discovery | 200.00 | 0.50 Hours |
| | | Receipt and review of correspondence and discovery responses from Defendant | | | | | |
| 5/15/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Pleadings | 80.00 | 0.20 Hours |
| | | Receipt and review of Order denying Motion to Amend | | | | | |
| 6/8/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Pleadings | 80.00 | 0.20 Hours |
| | | Receipt and review of Order changing date of pre-trial, calendar date | | | | | |
| 6/22/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Pleadings | 120.00 | 0.30 Hours |
| | | Receipt and review of Order setting Pretrial Hearing | | | | | |
| 8/7/2007 | David | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Pleadings | 200.00 | 0.50 Hours |
| | | Preparation and filing of Disclosure Statement | | | | | |
| 8/17/2007 | David | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Pleadings | 200.00 | 0.50 Hours |
| | | Preparation and filing of Notice of Appearance for SSW | | | | | |
| 8/15/2007 | David | Foreman, Kim | Master Brand Cabinets | PreTrial Order | Pleadings | 80.00 | 0.20 Hours |
| | | Pretrial review | | | | | |
| 8/3/2007 | David | Foreman, Kim | Master Brand Cabinets | phone | Telephone | 120.00 | 0.30 Hours |
| | | Phone with Defendant and Court | | | | | |
| 8/30/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial Preparation | Trial Preparation | 840.00 | 2.10 Hours |
| | | Trial preparation | | | | | |
| 8/22/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial Preparation | Trial Preparation | 1,320.00 | 3.30 Hours |
| | | Trial preparation; Preparation of Voir Dire | | | | | |
| 8/29/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial Preparation | Trial Preparation | 1,600.00 | 4.00 Hours |
| | | Trial preparation - examinition of witnesses | | | | | |

Page 1

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:29:07 PM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/31/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial Preparation Motions; Trial preparation; Client conference; Phone with witness; Conference with witness | Trial Preparation | 4,800.00 | 12.00 Hours |
| 9/1/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation; Research | Trial Preparation | 2,000.00 | 5.00 Hours |
| 9/3/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation; Phone with witness; Brief from Defendant | Trial Preparation | 4,600.00 | 11.50 Hours |
| 9/4/2007 | David | Foreman, Kim | Master Brand Cabinets | Travel Birmingham to Opelika | Trial Preparation | 1,000.00 | 2.50 Hours |
| 8/23/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation; Phone with client | Trial Preparation | 2,440.00 | 6.10 Hours |
| 8/24/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation; Phone with witness | Witness Preparation | 2,120.00 | 5.30 Hours |
| 8/26/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation - examinations | Trial Preparation | 520.00 | 1.30 Hours |
| 8/27/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation; Phone to witness, Alabama Bar | Trial Preparation | 2,200.00 | 5.50 Hours |
| 9/4/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation; review of opening statment, examinations | Trial Preparation | 2,400.00 | 6.00 Hours |
| 8/28/2007 | David | Foreman, Kim | Master Brand Cabinets | Trial preparation - examinations of witnesses | Witness Preparation | 1,960.00 | 4.90 Hours |
| 8/24/2007 | David | Foreman, Kim | Master Brand Cabinets | Receipt and review of Order | review of documents | Trial Preparation | 120.00 | 0.30 Hours |
| 9/4/2007 | David | Foreman, Kim | Master Brand Cabinets | meeting with plaintiff, | Meeting | Trial Preparation | 600.00 | 1.50 Hours |
| 8/8/2007 | David | Foreman, Kim | Master Brand Cabinets | Phone with co-counsel | phone | Trial Preparation | 120.00 | 0.30 Hours |

## Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Correspondence | 11 | 3.70 Hours | 1,480.00 | 0.00 | 1,480.00 |
| Discovery | 1 | 0.50 Hours | 200.00 | 0.00 | 200.00 |
| Pleadings | 6 | 1.90 Hours | 760.00 | 0.00 | 760.00 |
| Telephone | 1 | 0.30 Hours | 120.00 | 0.00 | 120.00 |
| Trial Preparation | 16 | 71.60 Hours | 28,640.00 | 0.00 | 28,640.00 |

## Summary Information

Number of Records: 35
Total Duration: 78.00 Hours
Total Time Fee: $31,200.00
Total Expense: $0.00
Total Fee: $31,200.00
Hours Breakdown: 78.00 Hours at $400.00/Hour