# EXHIBIT G

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:51:13 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/15/2007 | Allen | Foreman, Kim regarding trial | Master Brand Cabinets | Letter to Clients | Correspondence | 47.00 | 0.20 Hours |
| 5/23/2007 | Allen | Foreman, Kim settlement | Master Brand Cabinets | Correspondence | Correspondence | 23.50 | 0.10 Hours |
| 8/17/2007 | Allen | Foreman, Kim email to/from court proposed order | Master Brand Cabinets | Correspondence | Correspondence | 47.00 | 0.20 Hours |
| 5/21/2007 | Allen | Foreman, Kim Response to Letter; phone call to client; damage calculations; conference with DRA about first offer | Master Brand Cabinets | Letter to Defense Attorne Correspondence | Correspondence | 235.00 | 1.00 Hours |
| 8/16/2007 | Allen | Foreman, Kim Pre-Trial Order | Master Brand Cabinets | Letter to Clients | Correspondence | 117.50 | 0.50 Hours |
| 8/6/2007 | Allen | Foreman, Kim read email about joint moitnio | Master Brand Cabinets | Email Defense Attorney | Correspondence | 47.00 | 0.20 Hours |
| 8/21/2007 | Allen | Foreman, Kim travel to Montgomery and back | Master Brand Cabinets | Travel | Court Appearance | 705.00 | 3.00 Hours |
| 8/21/2007 | Allen | Foreman, Kim Drive to Montgomery and Back 183 miles | Master Brand Cabinets | Pre-Trial Hearing | Court Appearance | 211.50 | 0.90 Hours |
| 5/24/2007 | Allen | Foreman, Kim Calendared remaining obligations under Rule 16 Order in preparation for Trial | Master Brand Cabinets | General/Miscellaneous | General | 164.50 | 0.70 Hours |
| 5/24/2007 | Allen | Foreman, Kim preparation for meeting with Romaniuk | Master Brand Cabinets | Meeting | General | 70.50 | 0.30 Hours |
| 5/24/2007 | Allen | Foreman, Kim Face to Face Settlement Conference with Mark Romaniuk | Master Brand Cabinets | Meeting | General | 141.00 | 0.60 Hours |
| 8/17/2007 | Allen | Foreman, Kim discussions with Christopher Murray; pre trial stipulations and edits | Master Brand Cabinets | PreTrial Order | Pleadings | 141.00 | 0.60 Hours |
| 8/15/2007 | Allen | Foreman, Kim first draft | Master Brand Cabinets | PreTrial Order | Pleadings | 352.50 | 1.50 Hours |
| 5/23/2007 | Allen | Foreman, Kim left message regardin Immediate callback | Master Brand Cabinets | Phone with Client | Pleadings | 23.50 | 0.10 Hours |
| 5/24/2007 | Allen | Foreman, Kim Notice of Settlement Conference and Mediation | Master Brand Cabinets | Preparation of Pleadings | Pleadings | 117.50 | 0.50 Hours |
| 8/15/2007 | Allen | Foreman, Kim regarding trial | Master Brand Cabinets | Phone with Client | Telephone | 47.00 | 0.20 Hours |
| 8/3/2007 | Allen | Foreman, Kim letter to Murrar regarding witness list | Master Brand Cabinets | Correspondence | Telephone | 70.50 | 0.30 Hours |
| 5/18/2007 | Allen | Foreman, Kim defense counsel | Master Brand Cabinets | phone | Telephone | 23.50 | 0.10 Hours |
| 7/27/2007 | Allen | Foreman, Kim Exhibit List | Master Brand Cabinets | review of documents | Telephone | 235.00 | 1.00 Hours |
| 8/17/2007 | Allen | Foreman, Kim message to Christopher Murray; SSW | Master Brand Cabinets | phone | Telephone | 47.00 | 0.20 Hours |
| 8/16/2007 | Allen | Foreman, Kim Murray - Pre-Trial | Master Brand Cabinets | phone | Telephone | 47.00 | 0.20 Hours |
| 8/20/2007 | Allen | Foreman, Kim with client's mom, and client | Master Brand Cabinets | phone | Telephone | 47.00 | 0.20 Hours |

Page 1

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:51:14 PM

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 5/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets tried every number for settlement authority | Phone with Client | Telephone | 47.00 | 0.20 Hours |
| 7/26/2007 | Allen | Foreman, Kim | Master Brand Cabinets witness list | Trial Preparation | Trial Preparation | 70.50 | 0.30 Hours |
| 8/20/2007 | Allen | Foreman, Kim | Master Brand Cabinets Objections to W&E List | Preparation of Pleadings | Trial Preparation | 329.00 | 1.40 Hours |
| 8/20/2007 | Allen | Foreman, Kim | Master Brand Cabinets document review; trial preparation | Preparation of Pleadings | Trial Preparation | 705.00 | 3.00 Hours |
| 8/21/2007 | Allen | Foreman, Kim | Master Brand Cabinets Review documents; Objections | Preparation of Pleadings | Trial Preparation | 188.00 | 0.80 Hours |
| 8/16/2007 | Allen | Foreman, Kim | Master Brand Cabinets reviewed supplemental documents; damages calculation | Research | Trial Preparation | 517.00 | 2.20 Hours |
| 8/31/2007 | Allen | Foreman, Kim | Master Brand Cabinets Reply Briefs for Objctions and Motion in Limine; Backpay Exhibits | Preparation of Pleadings | Trial Preparation | 1,245.50 | 5.30 Hours |
| 9/4/2007 | Allen | Foreman, Kim | Master Brand Cabinets witness preparations of Betties; plaintiff, clack | Witness Preparation | Trial Preparation | 1,175.00 | 5.00 Hours |
| 8/22/2007 | Allen | Foreman, Kim | Master Brand Cabinets Motion in Limine; Phone Calls to clients | Preparation of Pleadings | Trial Preparation | 517.00 | 2.20 Hours |
| 8/22/2007 | Allen | Foreman, Kim | Master Brand Cabinets Jury Instructions; Motion in Limine Research | Preparation of Pleadings | Trial Preparation | 705.00 | 3.00 Hours |
| 8/30/2007 | Allen | Foreman, Kim | Master Brand Cabinets Anthony Green - Courtroom Deputy | phone | Trial Preparation | 47.00 | 0.20 Hours |
| 8/29/2007 | Allen | Foreman, Kim | Master Brand Cabinets Amended Motion in Limine | Preparation of Pleadings | Trial Preparation | 235.00 | 1.00 Hours |
| 8/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets DRA about witness strategy | Meeting | Trial Preparation | 141.00 | 0.60 Hours |
| 8/23/2007 | Allen | Foreman, Kim | Master Brand Cabinets dictating objections ot jury Instructions; verdict form; voir dire questions | Preparation of Pleadings | Trial Preparation | 517.00 | 2.20 Hours |
| 9/4/2007 | Allen | Foreman, Kim | Master Brand Cabinets Drive time; motion prep.; witness prep of Foreman, Betties; Clack | Travel | Trial Preparation | 587.50 | 2.50 Hours |
| 9/3/2007 | Allen | Foreman, Kim | Master Brand Cabinets juror information sheets | review of documents | Trial Preparation | 235.00 | 1.00 Hours |
| 9/4/2007 | Allen | Foreman, Kim | Master Brand Cabinets pulled cases; motions taht may be relevant to case | review of documents | Trial Preparation | 117.50 | 0.50 Hours |
| 9/4/2007 | Allen | Foreman, Kim | Master Brand Cabinets resposne to DEFZ supplemental motion in limine | Preparation of Pleadings | Trial Preparation | 470.00 | 0.30 Hours |
| 8/21/2007 | Allen | Foreman, Kim | Master Brand Cabinets Proposed Instructions | Jury Instructions | Trial Preparation | 470.00 | 2.00 Hours |
| 8/31/2007 | Allen | Foreman, Kim | Master Brand Cabinets corrections, edits to replie briefs | Preparation of Pleadings | Trial Preparation | 235.00 | 1.00 Hours |
| 8/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets Motion in Limine Response; Trial Brief | Trial Preparation | Trial Preparation | 352.50 | 1.50 Hours |
| 8/28/2007 | Allen | Foreman, Kim | Master Brand Cabinets trial brief completed | Preparation of Pleadings | Trial Preparation | 470.00 | 2.00 Hours |

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:51:15 PM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 8/28/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Trial Brief | Trial Preparation | 1,010.50 | 4.30 Hours |
| 8/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents | Trial Preparation | 70.50 | 0.30 Hours |
| 8/23/2007 | Allen | Foreman, Kim DRA's opening and closing | Master Brand Cabinets | review of documents | Trial Preparation | 164.50 | 0.70 Hours |
| 8/29/2007 | Allen | Foreman, Kim Defz Jury Instructions - notes on objections | Master Brand Cabinets | Exhibit Creations | Trial Preparation | 329.00 | 1.40 Hours |
| 8/28/2007 | Allen | Foreman, Kim and research on potential witnesses | Master Brand Cabinets | Trial Brief | Trial Preparation | 47.00 | 0.20 Hours |
| 8/27/2007 | Allen | Foreman, Kim Finished draft and Exhibits | Master Brand Cabinets | Preparation of Pleadings | Trial Preparation | 493.50 | 2.10 Hours |
| 8/27/2007 | Allen | Foreman, Kim motion in limine response | Master Brand Cabinets | Preparation of Pleadings | Trial Preparation | 235.00 | 1.00 Hours |
| 8/27/2007 | Allen | Foreman, Kim Jury instruction objections - 2nd draft | Master Brand Cabinets | Preparation of Pleadings | Trial Preparation | 70.50 | 0.30 Hours |
| 8/27/2007 | Allen | Foreman, Kim Objection to Verdict Form - 2nd draft | Master Brand Cabinets | Preparation of Pleadings | Trial Preparation | 70.50 | 0.30 Hours |
| 8/27/2007 | Allen | Foreman, Kim Objections to Voir Dire 2nd draft | Master Brand Cabinets | Preparation of Pleadings | Trial Preparation | 634.50 | 2.70 Hours |
| 8/24/2007 | Allen | Foreman, Kim Trial Brief; Objections Supplement | Master Brand Cabinets | Preparation of Pleadings | Trial Preparation | 634.50 | 2.70 Hours |
| 9/3/2007 | Allen | Foreman, Kim Rule 50 motion response; juror information sheets from DRA; direct examinations of Bettles; cross of Humphries; | Master Brand Cabinets | review of documents | Trial Preparation | 1,410.00 | 6.00 Hours |

## Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Correspondence | 6 | 2.20 Hours | 517.00 | 0.00 | 517.00 |
| Court Appearance | 2 | 3.90 Hours | 916.50 | 0.00 | 916.50 |
| General | 3 | 1.60 Hours | 376.00 | 0.00 | 376.00 |
| Pleadings | 4 | 2.70 Hours | 634.50 | 0.00 | 634.50 |
| Telephone | 8 | 2.40 Hours | 564.00 | 0.00 | 564.00 |
| Trial Preparation | 32 | 57.30 Hours | 13,465.50 | 0.00 | 13,465.50 |

## Summary Information

Number of Records: 55
Total Duration: 70.10 Hours
Total Time Fee: $16,473.50
Total Expense: $0.00
Total Fee: $16,473.50
Hours Breakdown: 70.10 Hours at $235.00/Hour

Page 3