# EXHIBIT H

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:55:28 PM

Page 1

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/6/2007 | David travel | Foreman, Kim | Master Brand Cabinets | Travel | Trial Preparation | 1,000.00 | 2.50 Hours |
| 9/10/2007 | David Trial | Foreman, Kim | Master Brand Cabinets | Trial | Trial Preparation | 3,200.00 | 8.00 Hours |
| 9/9/2007 | David Closing argument; review of evidence; rehearsal | Foreman, Kim | Master Brand Cabinets | Trial Preparation | Trial Preparation | 3,400.00 | 8.50 Hours |
| 9/10/2007 | David Opelika to B'ham | Foreman, Kim | Master Brand Cabinets | Travel | Trial Preparation | 1,000.00 | 2.50 Hours |
| 9/7/2007 | David Trial preparation; Closing | Foreman, Kim | Master Brand Cabinets | Trial | Trial Preparation | 800.00 | 2.00 Hours |
| 9/6/2007 | David Trial preparation; Trial; | Foreman, Kim | Master Brand Cabinets | Trial | Trial Preparation | 3,200.00 | 8.00 Hours |
| 9/10/2007 | David Trial preparation - Closing Argument | Foreman, Kim | Master Brand Cabinets | Trial Preparation | Trial Preparation | 1,000.00 | 2.50 Hours |
| 9/9/2007 | David Birmingham to Opelika | Foreman, Kim | Master Brand Cabinets | Travel | Trial Preparation | 1,000.00 | 2.50 Hours |
| 9/8/2007 | David Trial preparation | Foreman, Kim | Master Brand Cabinets | Trial | Trial Preparation | 840.00 | 2.10 Hours |
| 9/5/2007 | David Trial preparation; Trial | Foreman, Kim | Master Brand Cabinets | Trial | Trial Preparation | 6,400.00 | 16.00 Hours |

### Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Trial Preparation | 10 | 54.60 Hours | 21,840.00 | 0.00 | 21,840.00 |

### Summary Information

Number of Records: 10
Total Duration: 54.60 Hours
Total Time Fee: $21,840.00
Total Expense: $0.00
Total Fee: $21,840.00
Hours Breakdown: 54.60 Hours at $400.00/Hour