# EXHIBIT I

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:56:33 PM

Page 1

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/7/2007 | Allen | Foreman, Kim punitive damages brief | Master Brand Cabinets | Preparation of Pleadings | Pleadings | 681.50 | 2.90 Hours |
| 9/7/2007 | Allen | Foreman, Kim Punitive Damages Brief | Master Brand Cabinets | Preparation of Pleadings | Pleadings | 634.50 | 2.70 Hours |
| 9/10/2007 | Allen | Foreman, Kim Opelika to Birmingham | Master Brand Cabinets | Travel | Trial Preparation | 587.50 | 2.50 Hours |
| 9/6/2007 | Allen | Foreman, Kim Opelika to Birmingham | Master Brand Cabinets | Travel | Trial Preparation | 587.50 | 2.50 Hours |
| 9/10/2007 | Allen | Foreman, Kim Trial - | Master Brand Cabinets | Trial | Trial Preparation | 1,527.50 | 6.50 Hours |
| 9/10/2007 | Allen | Foreman, Kim Rule 50; punitive damages argument; jury instruction argument prep | Master Brand Cabinets | Trial Preparation | Trial Preparation | 117.50 | 0.50 Hours |
| 9/9/2007 | Allen | Foreman, Kim Closing Argument Exhibit Prep; critique with DRA | Master Brand Cabinets | Trial Preparation | Trial Preparation | 235.00 | 1.00 Hours |
| 9/9/2007 | Allen | Foreman, Kim drive to Opelika | Master Brand Cabinets | Travel | Trial Preparation | 564.00 | 2.40 Hours |
| 9/6/2007 | Allen | Foreman, Kim trial | Master Brand Cabinets | Trial | Trial Preparation | 1,621.50 | 6.90 Hours |
| 9/6/2007 | Allen | Foreman, Kim Rule 50 prep; review of Buddy Smith testimony; | Master Brand Cabinets | Trial | Trial Preparation | 164.50 | 0.70 Hours |
| 9/5/2007 | Allen | Foreman, Kim Rule 50 oral argument prep | Master Brand Cabinets | Research | Trial Preparation | 446.50 | 1.90 Hours |
| 9/5/2007 | Allen | Foreman, Kim Rule 33 Admissibility; Rule 36 Admissibility; Murray questions prep; Corporate Rep. admissibility; Rule 50 oral argument prep. | Master Brand Cabinets | Research | Trial Preparation | 235.00 | 1.00 Hours |
| 9/5/2007 | Allen | Foreman, Kim Trial | Master Brand Cabinets | Trial | Trial Preparation | 2,232.50 | 9.50 Hours |
| 9/5/2007 | Allen | Foreman, Kim Rule 50 Motion Prep; | Master Brand Cabinets | Trial Preparation | Trial Preparation | 117.50 | 0.50 Hours |

### Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Pleadings | 2 | 5.60 Hours | 1,316.00 | 0.00 | 1,316.00 |
| Trial Preparation | 12 | 35.90 Hours | 8,436.50 | 0.00 | 8,436.50 |

### Summary Information

Number of Records: 14
Total Duration: 41.50 Hours
Total Time Fee: $9,752.50
Total Expense: $0.00
Total Fee: $9,752.50
Hours Breakdown: 41.50 Hours at $235.00/Hour