# EXHIBIT J

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/25/2007 4:58:39 PM

Page 1

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Duration | Fee |
|---|---|---|---|---|---|---|---|
| 10/19/2007 | David | Foreman, Kim | Master Brand Cabinets | review of documents | Post Trial | 0.40 Hours | 160.00 |
| 9/19/2007 | David | Foreman, Kim Defendant's Opposition to Equitable Relief | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 0.50 Hours | 200.00 |
| 10/17/2007 | David | Foreman, Kim Motion for Equitable Relief | Master Brand Cabinets | review of documents | Post Trial | 0.20 Hours | 80.00 |
| 10/10/2007 | David | Foreman, Kim Brief - Rule 59 response proof | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 1.00 Hours | 400.00 |
| 9/12/2007 | David | Foreman, Kim Opposition brief to Defendant's Rule 50/59 Motion | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 0.50 Hours | 200.00 |
|  |  | Court Order; Preparation of Motion for Relief, Attorneys' Fees |  |  |  |  |  |

### Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Post Trial | 5 | 2.60 Hours | 1,040.00 | 0.00 | 1,040.00 |

### Summary Information

Number of Records: 5
Total Duration: 2.60 Hours
Total Time Fee: $1,040.00
Total Expense: $0.00
Total Fee: $1,040.00
Hours Breakdown: 2.60 Hours at $400.00/Hour