# EXHIBIT K

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 9/27/2007 | Allen | Foreman, Kim Regarding Equitable Relief Negotiations | Master Brand Cabinets | Letter to Defense Attorne Correspondence | | 70.50 | 0.30 Hours |
| 9/17/2007 | Allen | Foreman, Kim email to Mike Quinn - affidavit changes | Master Brand Cabinets | Correspondence | Correspondence | 70.50 | 0.30 Hours |
| 9/17/2007 | Allen | Foreman, Kim Fee Petition - 12 factors | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 117.50 | 0.50 Hours |
| 9/26/2007 | Allen | Foreman, Kim JMOL Motion Response | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 70.50 | 0.30 Hours |
| 9/25/2007 | Allen | Foreman, Kim email to Mike Quinn | Master Brand Cabinets | Correspondence | Post Trial | 47.00 | 0.20 Hours |
| 9/21/2007 | Allen | Foreman, Kim edit Front Pay Brief to refelct negotiations | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 23.50 | 0.10 Hours |
| 9/13/2007 | Allen | Foreman, Kim Prejudgment interest brief writing; mathematical calculations; research on 28 U.S.C. 1961. | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 282.00 | 1.20 Hours |
| 9/13/2007 | Allen | Foreman, Kim phone calls to Federal Reserve; IRS; U.S Office of COurts Adminsitration for purposes of calculating prejudgment interest | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 423.00 | 1.80 Hours |
| 9/13/2007 | Allen | Foreman, Kim Prejudgmeth Interest Research | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 117.50 | 0.50 Hours |
| 9/20/2007 | Allen | Foreman, Kim joint motion | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 94.00 | 0.40 Hours |
| 9/19/2007 | Allen | Foreman, Kim with Christopher Murray/email to DRA regarding settlement | Master Brand Cabinets | phone | Post Trial | 47.00 | 0.20 Hours |
| 9/19/2007 | Allen | Foreman, Kim Petittion for Attorney's Fees | Master Brand Cabinets | brief | Post Trial | 94.00 | 0.40 Hours |
| 9/26/2007 | Allen | Foreman, Kim began Rule 59 responses | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 47.00 | 0.20 Hours |
| 9/18/2007 | Allen | Foreman, Kim Prejudgment interest calcuaition | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 70.50 | 0.30 Hours |
| 9/18/2007 | Allen | Foreman, Kim Affidavit for Fee Petition for John Saxon | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 47.00 | 0.20 Hours |
| 9/14/2007 | Allen | Foreman, Kim Fee Petition, First Draft | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 94.00 | 0.40 Hours |
| 9/13/2007 | Allen | Foreman, Kim regarding front pay and reinstatement | Master Brand Cabinets | Correspondence | Post Trial | 47.00 | 0.20 Hours |
| 9/12/2007 | Allen | Foreman, Kim Front Pay Brief | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 305.50 | 1.30 Hours |
| 9/12/2007 | Allen | Foreman, Kim Research on Front Pay; Attorneys Fees | Master Brand Cabinets | brief | Post Trial | 916.50 | 3.90 Hours |
| 9/11/2007 | Allen | Foreman, Kim Motion for Front Pay Briefing Schedule | Master Brand Cabinets | phone | Post Trial | 94.00 | 0.40 Hours |
| 9/20/2007 | Allen | Foreman, Kim Chris Murray - equitable relief | Master Brand Cabinets | phone | Post Trial | 23.50 | 0.10 Hours |
| 10/3/2007 | Allen | Foreman, Kim Rule 59 punitive section | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 117.50 | 0.50 Hours |

Page 1

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/26/2007 11:59:28 AM

## Time Record Details

| Start Date | Person | Client | Project | Activity | Subproject | Fee | Duration |
|---|---|---|---|---|---|---|---|
| 10/1/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 117.50 | 0.50 Hours |
| | | Pretext argument of Rule 59 responses | | | | | |
| 10/1/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 658.00 | 2.80 Hours |
| | | drafted Rule 50 prima facie argument; discussed strategy for pretext section with DRA. | | | | | |
| 10/1/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 423.00 | 1.80 Hours |
| | | Rule 50 response; reviewed trial exhibits; outlined prima facie case argument | | | | | |
| 10/26/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Fee Petition | Post Trial | 517.00 | 2.20 Hours |
| | | Drafted conclusion; reviewed time reports and edited overall brief | | | | | |
| 10/25/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Fee Petition | Post Trial | 493.50 | 2.10 Hours |
| | | drafted fee petition supplement | | | | | |
| 10/24/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Fee Petition | Post Trial | 1,527.50 | 6.50 Hours |
| | | drafted fee petition supplement | | | | | |
| 9/20/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 23.50 | 0.10 Hours |
| | | Saxon Affidavit | | | | | |
| 9/20/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents | Post Trial | 23.50 | 0.10 Hours |
| | | Alician Haynes Affidavit | | | | | |
| 9/27/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents | Post Trial | 23.50 | 0.10 Hours |
| | | Court Order regarding Briefing responses; calendared on system | | | | | |
| 10/4/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents | Post Trial | 470.00 | 2.00 Hours |
| | | downloaded and researched cases in Order regarding attorney's fees | | | | | |
| 9/26/2007 | Allen | Foreman, Kim | Master Brand Cabinets | review of documents | Post Trial | 399.50 | 1.70 Hours |
| | | DEFZ Rule 50/59 motion | | | | | |
| 10/17/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 94.00 | 0.40 Hours |
| | | Rule 59 - Finish 2nd draft | | | | | |
| 10/16/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 235.00 | 1.00 Hours |
| | | JMOL 2nd draft | | | | | |
| 10/5/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 470.00 | 2.00 Hours |
| | | Rule 50/59 motion. Finished first draft; gave to DRA for markup. | | | | | |
| 10/3/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 94.00 | 0.40 Hours |
| | | drafted punitive damages | | | | | |
| 10/3/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 376.00 | 1.60 Hours |
| | | Punitive Damages o JMOL brief | | | | | |
| 10/22/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 752.00 | 3.20 Hours |
| | | Pretext Argument Responses | | | | | |
| 10/17/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 70.50 | 0.30 Hours |
| | | Rule 59 Response - Final Draft | | | | | |
| 10/19/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Preparation of Pleadings | Post Trial | 70.50 | 0.30 Hours |
| | | Rule 60(a) response | | | | | |
| 10/22/2007 | Allen | Foreman, Kim | Master Brand Cabinets | Phone with Client | Telephone | 23.50 | 0.10 Hours |
| | | update on case and her new address | | | | | |

| Subproject | # Recs | Duration | Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Correspondence | 2 | 0.60 Hours | 141.00 | 0.00 | 141.00 |

Subtotals

Page 2

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/26/2007 11:59:29 AM

| Subproject | # Recs | Duration | Subtotals Time Fee | Expense | Fee |
|---|---|---|---|---|---|
| Post Trial | 39 | 42.20 Hours | 9,917.00 | 0.00 | 9,917.00 |
| Telephone | 1 | 0.10 Hours | 23.50 | 0.00 | 23.50 |

## Summary Information

| | |
|---|---|
| Number of Records: | 42 |
| Total Duration: | 42.90 Hours |
| Total Time Fee: | $10,081.50 |
| Total Expense: | $0.00 |
| Total Fee: | $10,081.50 |
| Hours Breakdown: | 42.90 Hours at $235.00/Hour |