# EXHIBIT L

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

# Arendall & Associates Time Report for Kim Foreman

Printed on 10/26/2007 11:11:34 AM               Time Record Details                                Page 1

| Start Date | Person | Client | Project | Activity | Subproject | Fee |
|---|---|---|---|---|---|---|
| 9/1/2007 | Expense | Foreman, Kim<br>Copies (617 x .25) | Master Brand Cabinets | Expenses | Expenses | 154.25 |
| 9/1/2007 | Expense | Foreman, Kim<br>Postage | Master Brand Cabinets | Expenses | Expenses | 29.85 |
| 9/1/2007 | Expense | Foreman, Kim<br>Runner | Master Brand Cabinets | Expenses | Expenses | 100.00 |
| 9/1/2007 | Expense | Foreman, Kim<br>Binders ($3.75 x 16) | Master Brand Cabinets | Expenses | Expenses | 60.00 |
| 9/1/2007 | Expense | Foreman, Kim<br>Poster Board | Master Brand Cabinets | Expenses | Expenses | 19.00 |
| 9/1/2007 | Expense | Foreman, Kim<br>Witness Fee -- Clack | Master Brand Cabinets | Expenses | Expenses | 48.00 |
| 9/1/2007 | Expense | Foreman, Kim<br>Filing Fee | Master Brand Cabinets | Expenses | Expenses | 357.00 |
| 8/20/2007 | Expense | Foreman, Kim<br>Meals and related expenses | Master Brand Cabinets | Expenses | Expenses | 200.00 |
| 8/20/2007 | Expense | Foreman, Kim<br>Source One -- Blow-ups ( $28.34; $28.34; and $124.26) | Master Brand Cabinets | Expenses | Expenses | 180.94 |
| 9/10/2007 | Expense | Foreman, Kim<br>Mileage (Pre-trial) (182 x .485) | Master Brand Cabinets | Expenses | Expenses | 88.27 |
| 9/10/2007 | Expense | Foreman, Kim<br>Motel Rooms (2) for three nights | Master Brand Cabinets<br>$228.79 x 2 = $457.58 | Expenses | Expenses | 457.58 |
| 9/10/2007 | Expense | Foreman, Kim<br>120 miles (120 x .485) | Master Brand Cabinets | Expenses | Expenses | 58.20 |
| 9/9/2007 | Expense | Foreman, Kim<br>120 miles (120 x .30) | Master Brand Cabinets | Expenses | Expenses | 36.00 |

## Subtotals

| Subproject | # Recs | Duration | Time Fee | Expense |
|---|---|---|---|---|
| Expenses | 13 | 0.00 Hours | 0.00 | 1,789.09 |

## Summary Information

Number of Records: 13
Total Duration: 0.00 Hours
Total Time Fee: $0.00
Total Expense: $1,789.09
Total Fee: $1,789.09
Hours Breakdown: