# EXHIBIT M

# TO

# PLAINTIFF'S SUPPLEMENTAL

# BRIEF IN SUPPORT OF

# MOTION FOR ATTORNEY'S FEES

| **Attorney Fees Total for Mr. Arendall:** | | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|
| Exhibit A | 4/19/2005 – 4/18/2006 | 1.4 | $350 | $490 |
| Exhibit B | 4/19/2006 – 7/28/2006 | 5.3 | $350 | $1,855 |
| Exhibit D | 7/29/2006 – 5/15/2006 | 4.4 | $350 | $1,540 |
| | | 8.8 | $400 | $3,520 |
| ExhibitF | 5/16/2007 – 9/4/2007 | 78 | $400 | $31,200 |
| Exhibit H | 9/5/2007 – 9/10/2007 | 54.6 | $400 | $21,840 |
| Exhibit J | 9/11/2007 – 10/29/2007 | 2.6 | $400 | $1,040 |
| | | | | |
| **Attorney Fees Total for Mr. Arnold:** | | **Hours** | **Rate** | **Total** |
| Exhibit A | 4/19/2005 – 4/18/2006 | 2.4 | $200 | $480 |
| Exhibit C | 4/19/2006 – 7/28/2006 | 0.7 | $200 | $140 |
| Exhibit E | 7/29/2006 – 5/15/2006 | 0.8 | $200 | $160 |
| | | 13.9 | $235 | $3266.50 |
| Exhibit G | 5/16/2007 – 9/4/2007 | 70.1 | $235 | $16,473.50 |
| Exhibit I | 9/5/2007 – 9/10/2007 | 41.5 | $235 | $9.752.50 |
| Exhibit J | 9/11/2007 – 10/29/2007 | 42.2 | $235 | $10,081.50 |
| Total Fees | | | | $101,839.00 |

**Expenses**
Exhibit L                                                                                                             $1,789.09

**Total Fees and Expenses**                                                              **$103,628.09**