UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-cv-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION
## TO STRIKE THE AFFIDAVIT OF ALICIA HAYNES

The Court, having considered Defendant's Motion to Strike the Affidavit of Alicia Haynes, finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Affidavit of Alicia Haynes is stricken.

Date: _____      _____
                                            Judge, United States District Court
                                            Middle District of Alabama
                                            Eastern Division

Copies to:

David R. Arendall
Allen D. Arnold
Stephanie S. Woodard
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203

Mark J. Romaniuk
Christopher C. Murray
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782