UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-CV-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW**

Comes now Christopher C. Murray and advises the Court that he has left the employ of Baker & Daniels LLP, and hereby requests leave to withdraw his appearance on behalf of Defendant, MasterBrand Cabinets, Inc. Mark J. Romaniuk from the offices of Baker & Daniels LLP will remain counsel of record on behalf of Defendant, MasterBrand Cabinets, Inc.

WHEREFORE, Christopher C. Murray requests the Court approve the withdrawal of his appearance as counsel for MasterBrand Cabinets, Inc., effective as of the date hereof.

Respectfully submitted,

BAKER & DANIELS LLP

By: s/ Christopher C. Murray
   Mark J. Romaniuk (IN Bar #15255-49)
   Christopher C. Murray (IN Bar #26221-49)
   300 North Meridian Street, Suite 2700
   Indianapolis, Indiana 46204-1782
   Telephone: (317) 237-0300
   Facsimile: (317) 237-1000
   mark.romaniuk@bakerd.com
   christopher.murray@bakerd.com

   (both admitted *pro hac vice*)
   Attorneys for MasterBrand Cabinets, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

>David R. Arendall
>Allen D. Arnold
>Stephanie S. Woodard
>ARENDALL & ASSOCIATES
>2018 Morris Avenue
>Birmingham, Alabama  35203
>dra@arendalllaw.com
>ada@arendalllaw.com
>ssw@arendalllaw.com

s/ Christopher C. Murray