UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 3:06-CV-449-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| MASTERBRAND CABINETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR**
**LEAVE TO WITHDRAW APPEARANCE**

This matter is before the Court on the Motion of Christopher C. Murray, for leave to withdraw his appearance on behalf of MasterBrand Cabinets, Inc.

The Court, being duly advised in the premises, now GRANTS said Motion.

IT IS THEREFORE ORDERED that the Motion for Leave to Withdraw Appearance is granted and effective as of the date hereof, the appearance of Christopher C. Murray is hereby withdrawn on behalf of MasterBrand Cabinets, Inc.


Date: _____      _____
                                     Judge, United States District Court
                                     Middle District of Alabama
                                     Eastern Division

Copies to:

David R. Arendall
Allen D. Arnold
Stephanie S. Woodard
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama  35203
dra@arendalllaw.com
ada@arendalllaw.com
ssw@arendalllaw.com

Mark J. Romaniuk
Christopher C. Murray
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
mark.romaniuk@bakerd.com
christopher.murray@bakerd.com