IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


KIM FOREMAN,                          )
                                      )
     Plaintiff,                       )
                                      )         CIVIL ACTION NO.
     v.                               )         3:06cv449-MHT
                                      )
MASTERBRAND CABINETS, INC.,           )
                                      )
     Defendant.                       )

ORDER

It is ORDERED that the motion for leave to withdraw
(Doc. No. 94) is granted.

DONE, this the 19th day of November, 2007.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE