# EXHIBIT A

# TO

# PLAINTIFF'S REPLY BRIEF

# IN RESPONSE TO DEFENDANT'S

# OPPOSITION TO PETITION

# FOR ATTORNEYS' FEES

# BAKER & DANIELS LLP



## Mark J. Romaniuk

Partner
mark.romaniuk@bakerd.com

300 N. Meridian Street
Suite 2700
Indianapolis, Indiana 46204

T 317.237.1135
F 317.237.1000

### PRACTICES

- Labor and Employment
  - Litigation
  - Labor Relations

### PROFESSIONAL EXPERIENCE

Mark concentrates his practice in the area of labor and employment law. During his 12 years in private practice, Mark has represented management in all facets of labor and employment law. He enjoys interacting with clients and providing advice and counsel on issues before a formal conflict arises. Mark develops policies, provides supervisor training and assists clients as they navigate through the complex array of state and federal labor and employment laws. He also represents management before state and federal agencies such as the EEOC, NLRB and Department of Labor, defends against union organizing efforts and represents management in state and federal court. Mark's experience as national coordinating counsel for several large clients compliments Baker & Daniels' labor and employment practice which is national in scope.

### EDUCATION

Indiana University - Bloomington, B.S., 1987

Indiana University School of Law - Bloomington, J.D., *cum laude*, 1990

### BAR ADMISSIONS

Indiana, 1990

### PROFESSIONAL ASSOCIATIONS

- Indianapolis Bar Association
- Indiana State Bar Association
- American Bar Association