IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,                    CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE AND CONCURRENT MOTION TO SUBSTITUTE THE AFFIDAVIT OF ALICIA HAYNES**

COMES NOW, the Plaintiff, by and through undersigned counsel and responds to Defendant's Motion to Strike the Affidavit of Alicia Haynes and in provides in support as follows:

1. Plaintiff's counsel files its fee petition accompanied with the affidavit of Alicia Haynes on month, date, 2007.

2. Defendant's lead counsel in the *Foreman* case has also participated in the case of *Giles v. Masterbrand* that resulted in a plaintiff's verdict on August 22, 2007.[1] The undersigned requested fee affidavits from Ms. Haynes in both cases. Ms. Haynes' affidavit was prepared by counsel and sent to her via email. She

---

[1] Plaintiff's counsel in the *Giles v. Masterbrand* case also obtained a successful result for their client. Judgment in that case was entered on November 16, 2007.

returned the affidavit and requested several corrections.  Ms. Haynes was sent a corrected affidavit via email.  Ms. Haynes returned a signed affidavit, however, the undersigned failed to notice that the incorrect draft was the signed document.  The initial and incorrect affidavit was signed and filed with the Court as a result of error.

      3.     Plaintiff moves to substitute the erroneous affidavit of Ms. Haynes with the correct affidavit attached as Exhibit A to this response.

WHEREFORE, Premises Considered, Plaintiff requests this Honorable Court permit Plaintiff to substitute with the correct affidavit of Ms. Haynes for purposes of evaluating Plaintiffs' fee petition.

      Respectfully submitted,

      /s/ David R. Arnold
      _____
      Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office;
205.252.1556 - Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Mark J. Romaniuk, Esq.

                                              /s/ David R. Arendall
                                              _____
                                              Of Counsel