IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

KIM FOREMAN,

PLAINTIFF,    CIVIL ACTION NO. 3:06cv00449 (MHT)

V.

MASTERBRAND CABINETS, INC.,

DEFENDANT.

**PLAINTIFF'S MOTION FOR PRODUCTION OF DEFENDANT'S TIME AND BILLING RECORDS**

COMES NOW, the Plaintiff, by and through undersigned counsel, and files this motion to produce Defendant's time and billing records from their attorneys of fees billed in this matter:

1. Defendant filed an opposition to Plaintiff's Motion for Attorneys' Fees in this matter on November 12, 2007.

2. Plaintiff filed its Reply Brief on November 19, 2007.

3. As a result of Defendant's opposition, Plaintiff's counsel requests a full and fair review of Defendant's billing records.

WHEREFORE, Premises Considered, Plaintiff requests this Honorable Court order the Defendant's to produce their time and billing records to the

undersigned so a proper comparison may be made prior to the Court's decision on Plaintiff's Motion for Attorneys' Fees.

Respectfully submitted,

/s/ David R. Arendall

David R. Arendall

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, Alabama 35203
205.252.1550 - Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I have filed the foregoing with the Clerk of the Court using the CM/ECF system on November 26, 2007, which will forward a copy to:

Mark J. Romaniuk

/s/ David R. Arendall

Of Counsel