IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 3:06cv449-MHT |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's Second Motion for Production of Defendant's Time and Billing Records (Doc. #98), filed on November 26, 2007, and for good cause, it is

ORDERED Defendant shall submit a response to the motion on or before December 11, 2007.

DONE this 27th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE