IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN,                )<br>                             )<br>    Plaintiff,              )<br>                             )         CIVIL ACTION NO.<br>    v.                       )         3:06cv449-MHT<br>                             )<br>MASTERBRAND CABINETS, INC., )<br>                             )<br>    Defendant.               ) | |

### ORDER

It is ORDERED that the motion to substitute (Doc. No. 97) is granted.

DONE, this the 27th day of November, 2007.

                   /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE