IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:06cv449-MHT |
| MASTERBRAND CABINETS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion for Production of Defendant's Time and Billing Records (Doc. #98), and Defendant's Objection (Doc. #101) to the motion, it is

ORDERED that the parties shall appear for a hearing on the motion on December 18, 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

The Court desires to discuss the submissions made by the parties as well as the issue of a reasonable attorney's fee for counsel in the Middle District of Alabama. The Court directs the parties to bring to the hearing evidence in support of their position.

DONE this 13th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE