IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 3:06cv449-MHT |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

On December 18, 2007, the undersigned held a hearing on Plaintiff's Motion for Production of Defendant's Time and Billing Records (Doc. #98). For the reasons stated on the record, it is

ORDERED that the motion (Doc. #98) is DENIED.

DONE this 18th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE