IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIM FOREMAN,                  )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )       3:06cv449-MHT
                              )
MASTERBRAND CABINETS, INC.,   )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that defendant's renewed motion for judgment as a matter of law and alternative motion for new trial (Doc. No. 76) are denied.

DONE, this the 27th day of August, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE