IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIM FOREMAN,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )      3:06cv449-MHT
                                )           (WO)
MASTERBRAND CABINETS, INC.,     )
                                )
    Defendant.                  )
```

## ORDER

It is ORDERED as follows:

(1) Defendant's motion for relief from judgment (Doc. No. 83) is granted.

(2) The judgment (Doc. No. 71) is corrected to reflect that plaintiff Kim Foreman shall have and recover from defendant Masterbrand Cabinets, Inc. the sum of $44,501.48, rather than $44,901.48, in compensatory damages for lost wages.

DONE, this the 27th day of August, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE