IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


KIM FOREMAN,                    )
                                )
        Plaintiff,              )
                                )        CIVIL ACTION NO.
        v.                      )        3:06cv449-MHT
                                )
MASTERBRAND CABINETS, INC.,     )
                                )
        Defendant.              )

ORDER

It is ORDERED that defendant's motion to strike (Doc. No. 93) is denied.

DONE, this the 27th day of August, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE