IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


```
KIM FOREMAN,                   )
                               )
      Plaintiff,               )
                               )      CIVIL ACTION NO.
      v.                       )      3:06cv449-MHT
                               )
MASTERBRAND CABINETS, INC.,    )
                               )
      Defendant.               )
```

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion for equitable relief (Doc. No. 74) is granted.

(2) However, because the court cannot tell with certainty, from said motion, exactly what equitable relief plaintiff is seeking--for example, at one point plaintiff "moves this Court to award front-pay" and at another point she states that her "first choice is reinstatement"--an evidentiary hearing on equitable relief is set for October 24, 2008, at

10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, <u>Montgomery</u>, Alabama. At the hearing the parties are to present all evidence that goes to the issue of equitable relief.

(3) In the meantime, the parties are to meet by no later than September 26, 2008, to attempt to resolve the issue of equitable relief, while still preserving their objections to any other matters.

DONE, this the 27th day of August, 2008.


<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE