IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIM FOREMAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv449-MHT |
| ) | |
| MASTERBRAND CABINETS, INC., ) | |
| ) | |
|    Defendant. ) | |

### ORDER

In view of the fact that, in her motion for equitable relief (Doc. No. 74), plaintiff used a lost-earnings figure of $ 44,901.48, rather than $ 44,501.48, in calculating the prejudgment interest, it is ORDERED that. without waving objections to any other matter, the parties are to show cause, if any there be, in writing by September 17, 2008, as to why the amount of prejudgment interest in this case is not $ 4,579.51, calculated as

follows: $ 44,501.48 (lost earnings) x .0427 (interest rate) x 2.41 (years) = $ 4,579.51.

DONE, this the 27th day of August, 2008.


        /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**